AO 442 (Rev. 11/11) Arrest Warrant

U.S. District Court
Eastern District of Wis.
I hereby certify that this is a
[true and correct copy of the original]
now remaining of record in my office.
DAVID E. JONES
U.S. Magistrate Judge
DATED: 1/26/16
By: JDH

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

U.S. DISTRICT COURT
FILED
2016 JAN 28 A 8:46
JON W. SANFILIPPO
CLERK

| | |
|---|---|
| United States of America<br>v.<br>SAMY MOHAMED HAMZEH<br><br><br><br>Defendant | )<br>)<br>)  Case No. 16-M-025<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SAMY MOHAMED HAMZEH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Unlawfully possessing a machinegun in violation of 18 U.S.C. § 922(o)(1).

Unlawfully receiving and possessing firearms not registered to him in the National Firearms Registration and Transfer Record in violation of 26 U.S.C. § 5861(d).

Date: 01/26/2016

*Issuing officer's signature*

City and state: Milwaukee, WI     U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/26/2016, and the person was arrested on *(date)* 1/25/2016
at *(city and state)* Pleasant Prarie, WI.

Date: 1/26/2016

*Arresting officer's signature*

JONATHAN T. ADKINS
*Printed name and title*
SPECIAL AGENT