| | |
|---|---|
| UNITED STATES OF AMERICA, | 2016 FEB -9 A 11: 09 |
| Plaintiff, | JON W. SANFILIPPO CLERK |
| v. | Case No. 16-CR-**16-CR-021**<br>[26 U.S.C. § 5861(d)] |
| SAMY MOHAMMED HAMZEH, | |
| Defendant. | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about January 25, 2016, in the state and Eastern District of Wisconsin,

**SAMY MOHAMMED HAMZEH,**

knowingly received and possessed a firearm, an H&K MP-5 SD 9mm machinegun, serial number S93040, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 25, 2016, in the state and Eastern District of Wisconsin,

**SAMY MOHAMMED HAMZEH,**

knowingly received and possessed a firearm, an H&K MP-5 10mm machinegun, serial number 68-3049, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 25, 2016, in the state and Eastern District of Wisconsin,

SAMY MOHAMMED HAMZEH,

knowingly received and possessed a firearm, an H&K silencer, serial number 93040, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL:

_____
Foreperson

2-9-2016

GREGORY J. HAANSTAD
Acting United States Attorney