U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: | Address: City, State and Zip Code: |
|---|---|
| Samy Mohamed Hamzeh | Milwaukee, WI |

| Date of Birth: | Occupation: |
|---|---|
| xx-xx- 1992 | |

| Name of Defendant's Attorney: | Address of Defendant's Attorney: |
|---|---|
| Craig W. Albee, Federal Defender Services | 517 E. Wisconsin Ave., Milwaukee, WI |

Name of U.S. Attorney:

Paul L. Kanter

| Has warrant been issued? | When? | By Whom? |
|---|---|---|
| ☒ YES    ☐ NO | 1/26/16 | Jones |

| Has warrant been executed? | When? | Where? |
|---|---|---|
| ☒ YES    ☐ NO | 1/26/16 | |

| Has defendant appeared before a Magistrate? | When? | Who? |
|---|---|---|
| ☒ YES    ☐ NO | 1/26/16 | Jones |

| Is the defendant in custody? | Where? |
|---|---|
| ☒ YES    ☐ NO | Kenosha County Jail |

Pretrial Scheduling Conference Necessary?    ☐ YES    ☒ NO

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☒ |

Milwaukee Case ☒    Green Bay Case ☐    County: Kenosha

Minor Offense

Petty Offense

Arraignment & plea before:      Judge:      Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Count | Date | Charge | Penalty |
|---|---|---|---|
| 1-3 | 1/25/2016 | 26 USC § 5861(d) | 10 years imprisonment; $250,000 fine; 3 years supervised release |

**Agency/Agent: FBI**
**OCDETF: ☐ YES    ☒ NO**