UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                          Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

        Defendant.
_____

## NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT

Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that SAMY M. HAMZEH, the individual defendant in the above-referenced matter, is represented by FEDERAL DEFENDER SERVICES OF WISCONSIN through undersigned counsel.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2016.

                                            Respectfully submitted,

                                            **/s/ Joseph A. Bugni**
                                            Joseph A. Bugni, Bar No. 1062514
                                            FEDERAL DEFENDER SERVICES
                                                OF WISCONSIN, INC.
                                            22 E. Mifflin Street, Ste 1000
                                           Madison, Wisconsin 53703
                                           Telephone: 608-260-9900
                                           Fax: 608-260-9901
                                           E-mail: joseph_bugni@fd.org

                                           Counsel for Samy M. Hamzeh