UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs.*                                                   Case No. 16-CR-21 (WED)

SAMY M. HAMZEH,

    *Defendant.*
_____

**FIRST PRETRIAL MOTION:
MOTION TO DISMISS**

Samy Hamzeh, by counsel, files this motion to dismiss the Indictment because 26 U.S.C. § 5861 stands as an impermissible exercise of Congress's taxing power. The facts and law supporting this argument are set out in the contemporaneously filed omnibus memorandum.

Dated at Milwaukee, Wisconsin this 24th day of February, 2017.

                                                   Respectfully submitted,

                                                   */s/        Joseph A. Bugni*
Joseph A. Bugni, WI Bar #1062514
Craig W. Albee, WI Bar #1015752
FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
517 E. Wisconsin Ave - Rm 182
Milwaukee, WI 53202
Tel.: (414) 221-9900
E-mail:    joseph_bugni@fd.org
                craig_albee@fd.org

*Counsel for Defendant,* Samy Hamzeh