UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs.*                                                        Case No. 16-CR-21 (WED)

SAMY M. HAMZEH,

    *Defendant.*
_____

### THIRD PRETRIAL MOTION:
### MOTION TO PRODUCE *GIGLIO* AND *BRADY* MATERIAL
### NINETY DAYS BEFORE TRIAL

Samy Hamzeh, by counsel, files this motion requiring the government to turn over the *Giglio* and Brady material in this case 90-days before trial. The facts and law supporting this argument are set out in the contemporaneously filed omnibus memorandum.

Dated at Milwaukee, Wisconsin this 24th day of February, 2017.

                                              Respectfully submitted,

                                              /s/      *Joseph A. Bugni*
                                              Joseph A. Bugni, WI Bar #1062514
                                              Craig W. Albee, WI Bar #1015752
                                              FEDERAL DEFENDER SERVICES
                                                OF WISCONSIN, INC.
                                              517 E. Wisconsin Ave - Rm 182
                                              Milwaukee, WI  53202
                                              Tel.: (414) 221-9900
                                              E-mail:    joseph_bugni@fd.org
                                                                    craig_albee@fd.org
                                              *Counsel for Defendant,* Samy M. Hamzeh

*Federal Defender Services
of Wisconsin, Inc.*