# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant
Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
GAbriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

July 26, 2017

Honorable David E. Jones
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE:   *United States v. Samy M. Hamzeh*
       Case No. 16-CR-21

Dear Magistrate Judge Jones:

Attached for filing under seal are the discovery documents the Court requested that were cited in Hamzeh's memorandum. We have highlighted the portions of each document that support the proposition the document was cited for in the memorandum. We also have written the Record Number in the lower right hand corner of the first page of each document. Finally, we will be hand delivering a hard copy of the documents to the Court with tabs separating the documents.

There is one citation that was in error—FN 129. That footnote should be to R. 103. We have included R. 103 instead of R. 104.

Please let us know if the Court requires anything further.

Honorable David E. Jones
July 26, 2017
Page 2


Sincerely,

/s/   Craig W. Albee

CWA/cm

Enclosures (filed under seal)