UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.                                **Case No. 16-CR-21**

**SAMY M. HAMZEH**,

    Defendant.

## SEALING ORDER

Upon consideration of the government's motion to seal, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** that the three discs (marked Disc 98; Disc 99 – Part 1; and Disc 99 – Part 2) submitted by the government under cover of a letter dated July 13, 2017, ECF No. 57, be **SEALED** until further order of this Court.

Dated at Milwaukee, Wisconsin, this <u>26th</u> day of July, 2017.

                                           **BY THE COURT:**

                                           *s/ David E. Jones*
                                           DAVID E. JONES
                                           United States Magistrate Judge