UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.                                       **Case No. 16-CR-21**

**SAMY M. HAMZEH**,

    Defendant.

## SEALING ORDER

Upon consideration of the defendant's motion to seal, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** that pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, the attachments, ECF No. 61, referenced in Hamzeh's letter filed on July 26, 2017, ECF No. 59, be **SEALED** until further order of this Court.

Dated at Milwaukee, Wisconsin, this <u>27th</u> day of July, 2017.

                                                        **BY THE COURT:**

                                                    *s/ David E. Jones*
                                                    DAVID E. JONES
                                                    United States Magistrate Judge