UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                               Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

        Defendant.

---

## JOINT STIPULATION

---

        The Court has ordered the parties to propose dates for disclosure of witness lists, exhibit lists, proposed *voir dire*, proposed jury instructions, and proposed verdict forms. The parties jointly propose that the material be disclosed by the end of the day on January 16, 2018.

        Dated this 1st day of December, 2017.

s/Gregory J. Haanstad_____          s/Craig W. Albee_____
GREGORY J. HAANSTAD                        CRAIG W. ALBEE
United States Attorney                             Attorney for Defendant

s/Paul L. Kanter_____             s/Joseph Bugni_____
PAUL L. KANTER                                     JOSEPH BUGNI
Assistant United States Attorney            Attorney for Defendant