# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom Phillip
Joshua D. Uller
Kelly A. Welsh

Telephone 414-221-9900
Facsimile 414-221-9901

January 10, 2018

Honorable Pamela Pepper
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE:    *United States v. Samy M. Hamzeh*
       Case No. 16-CR-21 (PP)

Dear Judge Pepper:

The unopposed Motion to Continue that we filed yesterday failed to include that we had consulted with our client. I met with Mr. Hamzeh yesterday and explained the situation to him and the need for a continuance. While Mr. Hamzeh was not happy about the adjournment, he indicated that he understood and was agreeable to it.

Thank you for your consideration.

Sincerely,

/s/    *Craig W. Albee*

CWA/cm

Milwaukee · Madison · Green Bay