UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

    *vs.*                            Case No. 16-CR-21

SAMY M. HAMZEH,

        *Defendant.*

---

## MOTION TO SEAL

    Samy Hamzeh, by counsel, under General Local Rule 79(d), hereby requests that

the Court file and maintain under seal Hamzeh's attachments referenced in his Notice of

Supplemental Information filed via CM/ECF to the Court today as the attachments are

subject to a protective order issued by this Court.

    Dated at Milwaukee, Wisconsin this 30th day of January, 2018.

                        Respectfully submitted,


                        /s/     *Craig W. Albee*
                        Craig W. Albee, WI Bar #1015752
                        FEDERAL DEFENDER SERVICES
                          OF WISCONSIN, INC.
                        517 E. Wisconsin Ave. - Rm 182
                        Milwaukee, WI  53202
                        Tel. (414) 221-9900
                        e-mail:  craig_albee@fd.org

                        *Counsel for Defendant*, Samy M. Hamzeh