# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                              Case No. 16-CR-21-PP

**SAMY M. HAMZEH,**

        **Defendant.**

## ORDER

Based on the defendant's Motion to Seal (ECF No. 98), it is HEREBY ORDERED that defendant's Motion to Seal shall be granted.

Dated at Milwaukee, Wisconsin this 2nd day of February, 2018.

*William E. Duffin*
WILLIAM E. DUFFIN
U.S. Magistrate Judge