# Markus Brauer

# Curriculum Vitae and List of Publications

## Personal Information

Professional Address:   Department of Psychology
University of Wisconsin-Madison
1202 West Johnson St.
Madison, WI 53706-1611
U S A
Tel.: +1-608-890-3313
Fax: +1-608-262-4029
E-mail: markus.brauer@wisc.edu
Web page: http://psych.wisc.edu/Brauer/BrauerLab/

## Academic Positions

2011-present   Professor in the Department of Psychology, University of Wisconsin-Madison

2008-2011   Chair of the Laboratoire de Psychologie Sociale et Cognitive, University of Clermont-Ferrand, France

2006-2007   Visiting scholar at the Department of Psychology at the University of Wisconsin-Madison

2006-2011   Tenured "Directeur de Recherche" [Senior Research Scientist] in the C.N.R.S., Laboratoire de Psychologie Sociale et Cognitive, University of Clermont-Ferrand, France

2001-2006   Tenured "Chargé de Recherche" [Research Scientist] in the C.N.R.S., Laboratoire de Psychologie Sociale et Cognitive, University of Clermont-Ferrand, France

1997-2001   Untenured "Chargé de Recherche" [Research Scientist] in the C.N.R.S., Laboratoire de Psychologie Sociale et Cognitive, University of Clermont-Ferrand, France

1994-1997   Assistant Professor, University of Konstanz, Germany

1992-1994   Research Assistant, University of Colorado at Boulder, USA

## Education

2001            "Habilitation à Diriger les Recherches" [≅ tenure] in Psychology at the René
                Descartes University in Paris, France. Thesis Title: *L'extrémisme attitudinal et les
                perceptions intergroupes* [Attitude extremity and intergroup perception].

1994            Doctor of Philosophy (Ph.D.) in Psychology at the University of Colorado at
                Boulder, USA. Dissertation Title: *The effects of repeated expression on attitude
                extremity during a group discussion* (under the supervision of Charles Judd).

1992            Master of Arts (M.A.) in Psychology at the University of Colorado at Boulder,
                USA

1990            Licence [≅ B.A.] in Psychology at the René Descartes University in Paris, France

## Research Interests

Intergroup relations:  Automatic and controlled aspects of stereotyping and prejudice,
ethnocentrism and outgroup homogeneity, interventions to promote pro-diversity attitudes and
inclusive behaviors.

Social norms/morality:  People's judgments of and reactions to norm transgressions, uncivil
behaviors, and immoral acts, the role of political affiliation and moral foundations in people's
tendency to exert social pressure on norm transgressors.

Sustainability behaviors:  Effective ways to get people to change their habits and adopt more
sustainable behaviors, the roles of attitudes and awareness in behavior change, integration of
gamification elements in behavior change campaigns.

## Research Grants and Fellowships

Extramural funding:

Research Grant from the National Institute of Health, 2013-2017. Title: *Exploring the Science of
        Scientific Review*. My role: Senior Advisor. Total award: $ 4,373,111.

Research Grant from the French "Agence Nationale de la Recherche", 2009-2012. Title: *Courage
        civil* [Civil Courage]. My role: Principal Investigator. Total award: €210000 [$ 294,000].

Research Grant in the program "ACI Jeunes Chercheuses et jeunes Chercheurs" of the French
        Ministère de la Recherche, 2004-2007. Title: *Les effets cognitifs et comportementaux du*

*pouvoir* [Cognitive and behavioral effects of power]. My role: Principal Investigator. Total award: €80000 [$ 112,000].

Research grant in the program "Projet Cognitique" of the French Ministère de la Recherche, 2001-2003. Title: *L'hétérogénéité des groupes puissants: Mécanismes cognitifs et normatifs* [The heterogeneity of powerful groups: Cognitive and normative mechanisms]. My role: Principal Investigator. Total award: FF 200000 [$ 30,000].

Research grant from the Deutsche Forschungsgemeinschaft, Bonn, Germany, 1996-98. Title: *Die Polarisierung von Einstellungen* [The polarisation of attitudes]. My role: Principal Investigator. Total award: DM 200000 [$ 135,000].

Research grant from the Deutsche Forschungsgemeinschaft [the German counterpart to the American National Science Foundation], Bonn, Germany, 1995-97. Title: *Die Polarisierung von Einstellungen* [The polarisation of attitudes]. My role: Principal Investigator. Total award: DM 110000 [$ 70,000].

Fulbright Fellowship, Fulbright Commission, Bonn, Germany, 1990-1992. Total award: DM 36000 [$ 24000].

Intramural funding, awards, and minor grants:

Fall Research Competition, 2017-18. Title: *Normative processes and intergroup relations*. My role: Principal Investigator. Total award: $ 28,954.

Research grant from the Office of the Vice Provost & Chief Diversity Officer Grant, 2016. Title: *CEO video project: Endorsing importance of building communication skills across difference and behaving inclusively*. My role: Principal Investigator. Total award: $ 5,000.

Research grant from the Office of the Vice Provost & Chief Diversity Officer Grant, 2016. Title: *Increasing students' intrinsic motivation to behave inclusively*. My role: Principal Investigator. Total award: $ 5,000.

Research grant from the Office of the Vice Provost & Chief Diversity Officer Grant, 2015. Title: *An intervention to create an inclusive campus climate and culture*. My role: Principal Investigator. Total award: $ 5,000.

Monetary support for a CNRS Summer School, 2005. Title: *Methodology and data analysis in cognitive science*. Principal organizer: Markus Brauer. Total award: €11,000 [$ 15,400].

Monetary support for a CNRS Summer School, 2004. Title: *Methodology and data analysis in neuroscience*. Principal organizer: Markus Brauer. Total award: €8,000 [$ 11,200].

Research grant from the Conseil Général du Puy-de-Dôme [the regional government], Clermont-Ferrand, France, 2002-2003. Title: *L'insertion sociale des enfants placés* [The social insertion of foster children]. Principal Investigator: M. Brauer. Total award: €5800 [$ 8,100].

EAESP-SPSP International Teaching Fellowship, 2001. Title: *Structural Equation Modeling*. Fellows: M. Brauer and C. Judd. Total award: $ 2,000.

Ex. C

Dissertation Grant, University of Colorado- The Graduate School, Boulder, USA, 1994. Total award: $ 200.

University of Colorado Fellowship, University of Colorado - The Graduate School, Boulder, USA, 1993. Total award: $ 600.

Non-Resident Tuition Differential Fellowship Award, University of Colorado - The Graduate School, Boulder, USA, 1992-1994. Total award: $ 12,000.

Cultural Enrichment Grant, Institute of International Education, Denver, USA, 1991. Total award: $ 500.

## Publications

Moisuc, A., Brauer, M., Fonseca, A., Chaurand, N., & Greitemeyer, T. (in press). Individual differences in social control: Who "speaks up" when witnessing uncivil, discriminatory, and immoral behaviors? *British Journal of Social Psychology*.

Pier, E. L., Brauer, M., Filut, A., Kaatz, A., Raclaw, J., Nathan, M. J., Ford, C. E., & Carnes, M. (2018). Low agreement among reviewers evaluating the same NIH grant applications. *Proceedings of the National Academy of Sciences*.

Brauer, M. (2018). Préjugés et discrimination [Prejudice and discrimination]. Encyclopædia Universalis [en ligne], URL : http://www.universalis-edu.com/encyclopedie/prejuges-et-discrimination/

Brauer, M. (2018). Repeated measures designs. In B. B. Frey (Ed.), *Encyclopedia of Educational Research, Measurement and Evaluation*. Thousand Oaks, CA: Sage.

Brauer, M. & Curtin, J. J. (2018). Linear mixed-effects models and the analysis of nonindependent data: A unified framework to analyze categorical and continuous independent variables that vary within-subjects and/or within-items. *Psychological Methods*.

Campbell, M., & Brauer, M. (2018). Regression discontinuity designs. In B. B. Frey (Ed.), *Encyclopedia of Educational Research, Measurement and Evaluation*. Thousand Oaks, CA: Sage.

Murrar, S., & Brauer, M. (2018). Mixed-model analysis of variance. In B. B. Frey (Ed.), *Encyclopedia of Educational Research, Measurement and Evaluation*. Thousand Oaks, CA: Sage.

Murrar, S., & Brauer, M. (2018). Entertainment education effectively reduces prejudice. *Group Processes & Intergroup Relations*.

Eriksson, K., Strimling, P., Andersson, P. A., Aveyard, M., Brauer, M., Gritskov, V., et al. (2017). Cultural universals and cultural differences in meta-norms about peer punishment. *Management and Organization Review*, *13*, 851-870.

Gavac, S., Murrar, S., & Brauer, M. (2017). Group perception and social norms. In R. Summers (Ed.), *Social Psychology: How other people influence our thoughts and actions* (pp. 333-359). Santa Barbara: ABC-CLIO, Inc.

Murrar, S., Gavac, S., & Brauer, M. (2017). Reducing prejudice. In R. Summers (Ed.), *Social Psychology: How other people influence our thoughts and actions.* Santa Barbara: ABC-CLIO, Inc.

Pier, E. L., Raclaw, J., Kaatz, A., Brauer, M., Carnes, M., Nathan, M. J., & Ford, C. E. (2017). "Your comments are meaner than your score": Score calibration talk influences intra- and inter-panel variability during scientific grant peer review. *Research Evaluation*, *26*, 1-14

Ro, M., Brauer, M., Kuntz, K., Shukla, R., & Bensch, I. (2017). Making Cool Choices for sustainability: Testing the effectiveness of a game-based approach to promoting pro-environmental behaviors. *Journal of Environmental Psychology*, *53*, 20-30.

Lai, C. K., Skinner, A. L., Cooley, E., Murrar, S., Brauer, M., Devos, T., et al. (2016). Reducing implicit racial preferences: II. Intervention effectiveness across time. *Journal of Experimental Psychology: General, 145*, 1001-1016.

Simão, C., & Brauer, M. (2015). Beliefs about group malleability and out-group attitudes: The mediating role of perceived threat in interactions with out-group members. *European Journal of Social Psychology*, *45*, 10-15.

Brauer, M. (2014). *An der Hochschule lehren: Praktische Ratschläge, Tricks und Lehrmethoden* [Teaching at the university: Practical advice, suggestions, pedagogic methods]. Heidelberg, Germany: Springer Verlag.

Garcia-Marques, L., Garcia-Marques, T., & Brauer, M. (2014). Buy three but get only two: The smallest effect in a 2 x 2 ANOVA is always uninterpretable. *Psychonomic Bulletin & Review*, 21, 1415-1430.

Rychlowska, M. Niedenthal, P. M., Brauer, M., Droit-Volet, S., Augustinova, M., & Zinner, L. (2014). Pacifiers disrupt adults' responses to infants' emotions. *Basic and Applied Social Psychology*, 36, 299-308.

Brauer, M. (2013). *Enseñar en la Universidad: Consejos prácticos, destrezas y métodos pedagógicos* [Teaching at the university: Practical advice, suggestions, pedagogic methods]. Madrid, Spain: Pirámide.

Er-rafiy, A., & Brauer, M. (2013). Modifying perceived variability: Four laboratory and field experiments show the effectiveness of a ready-to-be-used prejudice intervention. *Journal of Applied Social Psychology*, *43*, 840-853.

Er-rafiy, A., & Brauer, M. (2013). Promouvoir la diversité intragroupe: Une nouvelle méthode de réduction de la discrimination [Promoting intra-group diversity: A new method to reduce discrimination]. In A. Ghouati and E. Agbessi (Eds.), *Diversité et innovation en milieu socioprofessionnels* [*Diversity and Innovation in professional settings*] (pp. 33-42). Clermont-Ferrand, France: Presses Universitaires Blaise-Pascal.

Ex. C

Fonseca, A., Brauer, M., Moisuc, A., & Nugier, A. (2013). Cognitive load causes people to react ineffectively to others' norm transgressions. *Journal of Applied Social Psychology*, *43*, 1518-1527.

Font, H., & Brauer, M. (2013). La cognition sociale [Social Cognition]. In L. Bègue and O. Desrichard (Eds.), *Psychologie Sociale: La nature sociale de l'être humain*. Bruxelles, Belgium: DeBoeck.

Brauer, M. (2012). Comment lutter contre les incivilités [How to fight against incivilities]. *Cerveau & Psycho*, *8*, 66-70.

Brauer, M. (2012). *Ensinar na universidade: conceitos práticos, dicas, métodos pedagógicos* [Teaching at the university: Practical advice, suggestions, pedagogic methods]. São Paolo, Brazil: Parábola.

Brauer, M., Er-rafiy, A., Kawakami, K., & Phills, C. E. (2012). Describing a group in positive terms reduces prejudice less effectively than describing it in positive *and* negative terms. *Journal of Experimental Social Psychology*, *48*, 757-761.

Badea, C., Brauer, M., & Rubin, M. (2012). The effects of winning and losing on perceived group variability. *Journal of Experimental Social Psychology*, *48*, 1094-1099.

Er-rafiy, A., & Brauer, M. (2012). Increasing variability reduces prejudice and discrimination: Theory and Application. *Social and Personality Psychology Compass*, 6, 920-935.

Kamiejski, R., Guimond, S., De Oliveira, P., Er-rafiy, A., & Brauer, M. (2012). Le modèle républicain d'intégration: Implications pour la psychologie des relations entre groupes. [The Republican integration model: Implications for the psychology of intergroup relations]. *L'Année psychologique*, *112*, 49-83.

Niedenthal, P. M., Augustinova, M., Rychlowska, M., Droit-Volet, S., Zinner, L., & Brauer, M. (2012). Negative relations between pacifier use and emotional competence. *Basic and Applied Social Psychology, 34*, 387–394.

Niedenthal, P. M. & Brauer, M. (2012). Social functionality of emotions. *Annual Review of Psychology*, *63*, 259-285.

Brauer, M. (2011). Femmes sous influence [Women under influence]. *Cerveau & Psycho*, *43*, 41-45.

Brauer, M. (2011). *Enseigner à l'université: Conseils pratiques, astuces, méthodes pédagogiques* [Teaching at the university: Practical advice, suggestions, pedagogic methods]. Paris, France: Armand Colin.

Brauer, M., & Er-rafiy, A. (2011). Increasing perceived variability reduces prejudice and discrimination. *Journal of Experimental Social Psychology*, *47*, 871-877.

Musca, S. C., Kamiejski, R., Nugier, A., Méot, A., Er-rafiy, A., & Brauer, M. (2011). Data with hierarchical structure: Impact of intraclass correlation and sample size on Type-I error. *Frontiers in Quantitative Psychology and Measurement*, *2*, Art. 74, 1-6.

Ex. C

Brauer, M., & Chaurand (2010). Descriptive norms, prescriptive norms, and social control: An intercultural comparison of people's reaction to uncivil behaviors. *European Journal of Social Psychology*, 40, 490-499.

Er-rafiy, A., & Brauer, M. (2010). L'effet bénéfique de l'augmentation de la variabilité perçue sur la réduction des préjugés et de la discrimination [The beneficial effect of increasing perceived variability on the reduction of prejudice and discrimination]. *L'Année Psychologique*, 110, 103-125.

Er-rafiy, A., Brauer, M., & Musca, S. (2010). On reducing prejudice and discrimination: Methodological considerations and empirical field experiments. *Revue Internationale de Psychologie Sociale*, *23*, 57-95.

Greitemeyer, T., Osswald, S., & Brauer, M. (2010). Playing prosocial video games increases empathy and decreases schadenfreude. *Emotion*, *10*, 796-802.

Nugier, A., Niedenthal, P. M., & Brauer, M. (2009). Influence de l'appartenance groupale sur les reactions émotionnelles au contrôle social informel [The influence of group membership on emotional reactions to social control]. *L'Année Psychologique*, *109*, 61-81.

Rohmann, A., Niedenthal, P. M., Brauer, M., Castano, E., & Leyens, J. Ph. (2009). The attribution of primary and secondary emotions to the in-group and to the out-group. The case of equal status countries. *Journal of Social Psychology*, 149, 709-730.

Sacchi, S., Castano, E., & Brauer, M. (2009). Perceiving one's nation: Entitativity, agency, and security in the international arena. *International Journal of Psychology*, *44*, 321-332.

Brauer, M., & Landry, M. (2008). Un ministre peut-il tomber enceinte? L'impacte du générique masculin sur les représentations mentales [Can a secretary of state become pregnant? The impact of the generic masculine on mental representations]. *L'Année Psychologique*, *108*, 243-272.

Chappe, B., & Brauer, M. (2008). Les stéréotypes et la variabilité perçue dans les groupes: Etat des lieux et enjeux [Stereotypes and perceived variability in groups: State of the research and current issues]. *L'Année Psychologique*, 108, 133-167.

Chaurand, N., & Brauer, M. (2008a). What determines social control? People's reactions to counternormative behaviors in urban environments. *Journal of Applied Social Psychology*, *38*, 1689-1715.

Chaurand, N., & Brauer, M. (2008b). La déviance [Deviance]. *Revue électronique de Psychologie Sociale*, *3*, 9-23.

Klein, O., Tindale, S., & Brauer, M. (2008). The consensualization of stereotypes in small groups. In Y. Kashima, K. Fiedler, and P. Freytag (Eds.), *Stereotype dynamics: Language-based approaches to the formation, maintenance, and transformation of stereotypes* (pp. 263-292). New York, NY, US: Lawrence Erlbaum Associates.

Chaurand, N., & Brauer, M. (2007). Applications sociétales de la psychologie sociale [Societal applications of social psychology]. In A. Trognon and M. Bromberg (Eds.), *Psychologie*

Ex. C

*sociale et ressources humaines [Social psychology and human resources]* (pp. 225-242). Paris: Presses Universitaires de France.

Nugier, A., Niedenthal, P., Brauer, M., & Chekroun, P. (2007). Moral and angry emotions provoked by informal social control. *Cognition & Emotion, 21*, 1699-1720.

Bourhis, R., & Brauer, M. (2006). Special issue: Notes concerning the EJSP thematic issue on 'social power'. *European Journal of Social Psychology, 36*, 433-434.

Brauer, M., & Bourhis, R. Y. (2006). Social power. *European Journal of Social Psychology, 36*, 601-616.

Brauer, M. (2005). Préjugés et stéréotypes [Prejudice and stereotypes]. In M. Borlandi, R. Boudon, M. Cherkaoui, et B. Valade (Eds.), *Dictionnaire de la Pensée Sociologique*. (pp. 571-572). Paris, France: Presses Universitaires de France.

Brauer, M. (2005). Stéréotypes et rapports de domination [Stereotypes and power relationships]. *Cerveau & Psycho, 13*, 24-28.

Brauer, M., & Chekroun, P. (2005). The relationship between perceived violation of social norms and social control: Situational factors influencing the reaction to deviance. *Journal of Applied Social Psychology, 35*, 1519-1539.

Brauer, M., & McClelland, G. H. (2005). L'utilisation des contrastes dans l'analyse des données: Comment tester des hypothèses spécifiques dans la recherche en psychologie? [The use of contrasts in data analyses: How should one test specific hypotheses in psychological research?]. *L'Année Psychologique, 105*, 273-305.

Mondillon, L., Niedenthal, P. M., Brauer, M., Rohmann, A., Dalle, N., & Uchida, Y. (2005). Beliefs about power and its relation to emotional experience: A comparison of Japan, France, Germany, and the United States. *Personality and Social Psychology Bulletin, 31*, 1112-1122.

Brauer, M. (2004). Les incivilités, un indicateur social [Incivilities: A social indicator]. *Cerveau & Psycho, 8*, 12-16.

Brauer, M., Chambres, P., Niedenthal, P. M., & Chatard-Pannetier, A. (2004). The relationship between expertise and evaluative extremity: The moderating role of experts' task characteristics. *Journal of Personality and Social Psychology, 86*, 5-18.

Brauer, M., Martinot, D., & Ginet, M. (2004). Current tendencies and future challenges for social psychologists. *Current Psychology of Cognition, 22*, 537-558.

Chappe, B., Brauer, M., & Castano E. (2004). Advantaged groups are more variable than disadvantaged groups: The case of preferences and habits. *Current Psychology of Cognition, 22*, 407-425.

Chekroun, P., & Brauer, M. (2004). Contrôle social et effet spectateur: L'impact de l'implication personnelle [Social control and the spectator effect: The impact of personal implication]. *L'Année Psychologique, 104*, 83-102.

Ginet, M., Martinot, D., & Brauer, M. (2004). The individual as a group member: Stereotypes and prejudice in an intergroup context. *Current Psychology of Cognition*, *22*, 379-386.

Martinot, D., Brauer, M., Ginet, M (2004). The self in experimental social psychology: Multiple theoretical approaches to a complex phenomenon. *Current Psychology of Cognition*, 22, 105-116.

Mondillon, L., Dalle, N., Niedenthal, P. M., Brauer, M. (2004). Emotions et pouvoir : Une étude interculturelle [Emotions and power: An intercultural study]. *Microscoop*, *44*, 10-11.

Brauer, M., Abric, J. C., Drozda-Senkowska, E., Lemaire, P., Lorenzi-Cioldi, F., Niedenthal, P. M., Sanitioso, R. B., Schadron, G., Steiner, D., & Yzerbyt, V. (2003). Doctoral training in the French-speaking countries of Europe: Objectives and suggestions for improvement. *European Psychologist*, *8*, 9-17.

Brauer, M., Judd, C. M., & Thompson, M. S. (2003). The acquisition, transmission, and discussion of social stereotypes: Influences of communication on group perceptions. In V. Yzerbyt, O. Corneille, et C. M. Judd (Eds.), *The psychology of group perception: Contributions to the study of homogeneity, entititavity, and essentialism.* (pp. 237-255). New York, NY: Psychology Press.

Brauer, M. (2002). L'analyse des variables indépendantes continues et catégorielles: Alternatives à la dichotomisation [The analysis of continuous and categorical independent variables: Alternatives to dichotomisation]. *L'Année Psychologique*, *102*, 449-484.

Brauer, M. (2002). Processus identitaires et image du soi: La cas de l'Auvergne [Identity processes and self-image: The case of Auvergne]. In D. Martin (Ed.), *L'identité de l'Auvergne: Mythe ou réalité historique?* [The identity of Auvergne: Myth or historical reality?] (pp. 695-704). Paris: Presses Universitaires de France.

Chatard-Pannetier, A., Brauer, M., Chambres, P., & Niedenthal, P. M. (2002). Représentation, catégorisation et évaluation : Différences entre experts et novices dans le domaine des meubles d'antiquité [Representation, categorisation, and evaluation: Differences between experts and novices in the domain of antique furniture]. *L'Année Psychologique*, *102*, 423-448.

Chekroun, P., & Brauer, M. (2002). The bystander effect and social control behavior: The effect of the presence of others on people's reactions to norm violations. *European Journal of Social Psychology*, *32*, 853-867.

Guinote, A., Judd, C. M., Brauer, M. (2002). Effects of power on perceived and objective group variability: Evidence that more powerful groups are more variable. *Journal of Personality and Social Psychology*, *82*, 708-721.

Niedenthal, P. M., Brauer, M., Robin, L., & Innes-Ker, A. H. (2002). Adult attachment and the perception of facial expression. *Journal of Personality and Social Psychology*, *82*, 419-433.

Ex. C

Brauer, M. (2001). Intergroup perception in the social context: The effects of social status and group membership on outgroup homogeneity and ethnocentrism. *Journal of Experimental Social Psychology*, *37*, 15-31.

Brauer, M. (2001). Les statistiques et les fours à chaleur tournante: Un outil plutôt qu'une finalité en soi [Statistics and convection ovens: A tool rather than a goal in and of itself]. *Les Cahiers Internationaux de Psychologie Sociale*, 51-52, 103-108.

Brauer, M., Abric, J. C., de la Haye, A. M., Drozda-Senkowska, E., Lorenzi-Cioldi, F., Niedenthal, P. M., Sanitioso, R. B., Schadron, G., Steiner, D., & Yzerbyt, V. (2001). La formation doctorale en psychologie sociale dans les pays francophones [The training of social psychology graduate students in francophone countries]. *Les Cahiers Internationaux de Psychologie Sociale*, *51-52*, 95-102.

Brauer, M., Judd, C. M., & Jacquelin, V. (2001). The communication of social stereotypes: The effects of group discussion and information distribution on stereotypic appraisals. *Journal of Personality and Social Psychology*, *81*, 463-475.

Niedenthal, P. M., Brauer, M., Halberstadt, J. B., & Innes-Ker, A. H. (2001). When did her smile drop? Facial mimicry and the influences of emotional state on the detection of change in emotional expression. *Cognition and Emotion*, 15, 853-864.

Brauer, M. (2000). L'identification des processus médiateurs dans la recherche en psychologie [The identification of mediating processes in psychological research]. *L'Année Psychologique*, *100*, 661-681.

Brauer, M., & Judd, C. M. (2000). Defining variables in relationship to other variables: When interactions suddenly turn out to be main effects. *Journal of Experimental Social Psychology*, 36, 410-423.

Brauer, M., Niedenthal, P. M., & Chambres, P. (2000). La relation entre l'expertise et l'extrémis-me évaluatif dans un système pluripartite [The relationship between expertise and extremity in a multi-party system]. *Les Cahiers Internationaux de Psychologie Sociale*, *45*, 77-84.

Brauer, M., Wasel, W., Niedenthal, P. M. (2000). Implicit and explicit components of prejudice. *Review of General Psychology*, *4*, 79-101.

Brauer, M. (1998). Stroop interference in bilinguals: The role of similarity between the two languages. In A. F. Healy and L. E. Bourne (Eds.), *Foreign language learning: Psycholinguistic studies on training and retention* (pp. 317-337). Hillsdale, NJ: Erlbaum.

Brauer, M., Judd, C. M., & Gliner, M. D. (1998). L'influence de la verbalisation répétée sur la polarisation des attitudes [The influence of repeated verbalization on the polarization of attitudes]. In J. L. Beauvois, R. V. Joule, and J. M. Monteil (Eds.), *Perspectives cognitives et conduites sociales* [Cognitive perspectives and social behavior] (Vol. 6). Neuchâtel: Delachaux et Niestlé.

Ex. C

Charbonnier, E., Huguet, P., Brauer, M., & Monteil, J. M. (1998). Social loafing and self-beliefs: People's collective effort depends on the extent to which they distinguish themselves as better than others. *Social Behavior and Personality*, *26*, 329-340.

Brauer, M. (1997). L'exactitude de la perception [The accuracy of perception]. In J. P. Leyens and J. L. Beauvois (Eds.), *La psychologie sociale - Tome III: L'ère de la cognition* [Social psychology – Volume III: The era of cognition] (pp. 145-157). Grenoble: Presses Universitaires de Grenoble.

Brauer, M. & Judd, C. M. (1996). Group polarization and repeated attitude expressions: A new take on an old topic. In W. Stroebe and M. Hewstone (Eds.), *European Review of Social Psychology* (Vol. 7, pp. 174-207), Chichester, UK: John Wiley & Sons.

Brauer, M., & Judd, C. M. (1996). The effects of repeated expressions on behavioral extremity. *International Review of Social Psychology*, *9*, 7-24.

Brauer, M., Judd, C. M., & Gliner, M. D. (1995). The effects of repeated attitude expressions on attitude polarization during group discussions. *Journal of Personality and Social Psychology*, *68*, 1014-1029.

Judd, C. M. & Brauer, M. (1995). Repetition and evaluative extremity. In R. E. Petty and J. A. Krosnick (Eds.), *Attitude Strength: Antecedents and Consequences* (pp. 43-71). Hillsdale, NJ: Erlbaum.

Judd, C. M., Park, B., Ryan, C. S., Brauer, M, & Kraus, S. L. (1995). Stereotypes and ethnocentrism: Interethnic perceptions of African American and White American college samples. *Journal of Personality and Social Psychology*, *69*, 460-481.

Downing, J. A., Judd, C. M., & Brauer, M. (1992). Effects of repeated expressions on attitude extremity. *Journal of Personality and Social Psychology*, *63*, 17-29.

**Invited Colloquia (2003-present)**

Brauer (2018). *Pro-diversity initiatives: Are we on the right track?* BREAD, University of Wisconsin-Madison (September 2018).

Brauer (2018). *Evaluating pro-diversity initiatives with randomized controlled trials: Recent research from the Brauer Group Lab.* College of Engineering, University of Wisconsin-Madison (April 2018).

Brauer (2017). *Reducing prejudice and promoting inclusiveness: Are we on the right track?* Department of Psychology, University of Oklahoma, Norman OK, USA (November 2017).

Brauer (2017). *Pro-diversity initiatives: Are we on the right track?* Wisconsin Center for Education Research, University of Wisconsin-Madison (April 2017).

Ex. C

Brauer (2017). *Using social norms messaging to promote positive out-group attitudes.* Department of Psychology, University of Kansas, Lawrence KS, USA (March 2017).

Brauer (2017). *Using Social Marketing to raise awareness and change behaviors.* School of Business, University of Wisconsin-Madison (February 2017).

Brauer (2017). *Gérer les relations avec les étudiants dans l'enseignement supérieur* [College teaching: Developing and maintaining a positive rapport with students]. School of Education, Université de Clermont-Ferrand, France (January 2017).

Brauer (2016). *Effective ways to promote pro-diversity attitudes and inclusive behaviors.* School of Business, University of Wisconsin-Madison (November 2016).

Brauer (2016). *Making heterogeneity salient: An effective method to reduce prejudice and discrimination.* BREAD, University of Wisconsin-Madison (September 2016).

Brauer (2016). *Empirically tested methods to reduce prejudice and discrimination.* Department of Psychology, University of Texas – El Paso, El Paso TX, USA (April 2016).

Brauer (2016). *Reducing prejudice and discrimination: What works?* Vegetable Crops Research Unit, University of Wisconsin-Madison (February 2016).

Brauer (2015). *Reducing prejudice and discrimination: What works?* Department of Communication Sciences, University of Wisconsin-Madison (October 2015).

Brauer (2015). *Normative influences on deviant workplace behaviors.* School of Business, University of Wisconsin-Madison (January 2015).

Brauer (2014). *Reducing prejudice and discrimination: What works?* Department of Kinesiology, Biomedical Engineering, and Mechanical Engineering, University of Wisconsin-Madison (November 2014).

Brauer, M. (2014). *What is prejudice? And how do we reduce it?* Keynote address at the conference "Crossing Pathways: A Community Approach to Dismantling Racism Summit", Kenosha WI (May 2014).

Brauer (2014). *Repetition in Human Cognition and Behavior.* SoundWaves, University of Wisconsin-Madison (April 2014).

Brauer (2014). *Las características de una enseñanza eficaz* [The characteristics of effective teaching]. Universidad de Granada, Spain (April 2014).

Brauer (2014). *Las características de una enseñanza eficaz* [The characteristics of effective teaching]. Universidad de Sevilla, Spain (April 2014).

Brauer (2014). *How to get people to change their behavior: Insights from research in the behavioral sciences.* Sustainability Forum, University of Wisconsin-Madison (February 2014).

Brauer (2013). *Enseigner à l'université: Développements récents et perspectives pour l'avenir* [College teaching: Recent developments and perspectives for the future]. School of Education, Université de Clermont-Ferrand, France (March 2013).

Ex. C

Brauer (2013). *Les caractéristiques d'un enseignement efficace* [Characteristics of effective teaching]. Université de Lorraine, Nancy, France (March 2013).

Brauer (2013). *Enseigner à l'université: Développements récents et perspectives pour l'avenir* [College teaching: Recent developments and perspectives for the future]. Université de Lorraine, Nancy, France (March 2013).

Brauer (2013). *How to motivate students*. Teaching Academy Summer Institute, University of Wisconsin-Madison (June 2013).

Brauer (2013). *Modifying perceived variability reduces prejudice and discrimination*. The New School of Social Research, New York (October 2013).

Brauer (2011). *Les réactions aux comportements incivils et immoraux* [People's reactions to uncivil and immoral behaviors]. Département de Psychologie, Université d'Aix-Marseille (January 2011).

Brauer (2009). *Determinants of people's reactions to norm transgressions in public settings*. Department of Psychology, Tel Aviv University, Israel (October 2009).

Brauer (2008). *Social power and within-group variability: The mediating roles of disinhibition and pressure to conform*. Instituto Superior de Psicologia Aplicada, Lisbon, Portugal (October 2008).

Brauer (2007). *Social control: People's reactions to uncivil behaviors*. Marshall School of Business, University of Southern California, Los Angeles, USA (January 2007).

Brauer (2007). *Objective variability in groups: Within-group differentiation in powerful and powerless groups*. Claremont Graduate School, Claremont, USA (January 2007).

Brauer (2007). *Social control: people's reactions to uncivil behaviors*. Department of Psychology, Emory University, USA (April 2007).

Brauer (2007). *Objective variability in groups: Within-group differentiation in advantaged and disadvantaged groups*. Department of Psychology, University of Wisconsin-Madison, Madison, USA (April 2007).

Brauer (2007). *Objective variability in groups: Within-group differentiation in advantaged and disadvantaged groups*. Department of Psychology, University of Minnesota, Minneapolis, USA (May 2007).

Brauer (2006). *Le contrôle social – La réaction des gens à des comportements incivils* [Social control: People's reactions to uncivil behaviors]. Department of Psychology, Université de Paris V (February 2006).

Brauer (2005a). *La médiation et la modulation dans les sciences cognitives* [Mediation and moderation in cognitive science research]. Department of Psychology, University of Toulouse, France (June 2005).

Brauer (2005b). *La causalité* [Causality]. Graduate School, University of Clermont-Ferrand, France (June 2005).

Brauer (2005c). *Reaktionen auf Normüberschreitungen in kleinen Gruppen: Die moderierende Rolle der Macht der Gruppe* [Reactions to norm transgressions in small groups: The moderating role of group power]. Department of Psychology, University of Munich, Germany (December 2005).

Brauer, M. (2003a) *La variabilité dans les groupes avantagés et désavantagés: Les effets perceptifs et les différences objectives* [Variability in advantaged and disadvantaged groups: Perceiver effects and objective differences]. Department of Psychology, University of Grenoble, France (February 2003).

Brauer, M. (2003b) *La variabilité dans les groupes avantagés et désavantagés: Les effets perceptifs et les différences objectives* [Variability in advantaged and disadvantaged groups: Perceiver effects and objective differences]. Department of Psychology, University of Paris X – Nanterre, France (March 2003).

Brauer, M. (2003c) *The relationship between expertise and evaluative extremity: The moderating role of experts' task characteristics*. Department of Psychology, University of Toulouse, France (April 2003).

## Invited Conference Presentations (2003-present)

Brauer, M. (2018). *Testing Pro-Diversity Interventions in Large-Scale Field Experiments*. Talk given at the "Social and Personality Psychology of Scaling Up Preconference of the 19th Annual Meeting of the Society for Personality and Social Psychology" in Atlanta, GA (March 2018).

Campbell, M. & Brauer, M. (2018). *A brief pro-diversity intervention in a course syllabus improves pro-diversity attitudes and minority outcomes months later.* Paper presented at the "19th Annual Meeting of the Society for Personality and Social Psychology" in Atlanta, GA (March 2018).

Gavac, S. & Brauer, M. (2018). *Contextual factors in partisan politics: Determining the effects of framing on relevance of the moral foundations*. Poster presented at the "19th Annual Meeting of the Society for Personality and Social Psychology" in Atlanta, GA (March 2018).

Murrar, S. & Brauer, M. (2018). *Using descriptive norms messaging to create inclusive climates*. Talk given at the "19th Annual Meeting of the Society for Personality and Social Psychology" in Atlanta, GA (March 2018).

Brauer, M. (2017). *Making Cool Choices: A game-based approach to promoting sustainable behaviors*. Talk given at the "Sustainability Preconference of the 18th Annual Meeting for the Society of Personality and Social Psychology" in San Antonio, TX (January 2017).

Brauer, M. & Murrar, S. (2017). *Creating inclusive climates with descriptive norms messaging*. Talk given at the "18th General Meeting of the European Association of Social Psychology", Granada, Spain (July 2017).

Campbell, M. & Brauer, M. (2017). *Preferences for assimilation and identifiability of sexual minorities*. Paper presented at the "18th Annual Meeting of the Society for Personality and Social Psychology" in San Antonio, TX (January 2017).

Gavac, S. & Brauer, M. (2017). *Making the moral foundations concrete: The effect of political affiliation on people's perceived immorality of and reactions to acts that violate one of the five moral foundations*. Paper presented at the "18th Annual Meeting of the Society for Personality and Social Psychology" in San Antonio, TX (January 2017).

Murrar, S. & Brauer, M. (2017). *Using descriptive norms to create inclusive climates.* Poster presentation at the "Understanding Interventions Conference", San Antonio, TX (January 2017).

Murrar, S. & Brauer, M. (2017). *Using entertainment media to reduce intergroup prejudice*. Talk given at the "18th General Meeting of the European Association of Social Psychology", Granada, Spain (July 2017).

Gavac, S. & Brauer, M. (2016). *The expression of moral foundations by U.S. senators: There's more to morality than just party affiliation*. Paper presented at the "17th Annual Meeting of the Society for Personality and Social Psychology" in San Diego, CA (January 2016). ⌊⌋

Murrar, S. & Brauer, M. (2016). *Reducing prejudice with entertainment media*. Paper presented at the "17th Annual Meeting of the Society for Personality and Social Psychology" in San Diego, CA (January 2016). ⌊⌋

Gavac, S., & Brauer, M. (2015). *Social norms and tolerance of deviance: The causal effect of threat on the normative tightness of groups.* Paper presented at the "16th Annual Meeting of the Society for Personality and Social Psychology" in Long Beach, California (February 2015).

Murrar, S., & Brauer, M. (2015). *A comparative study of prejudice interventions.* Paper presented at the "16th Annual Meeting of the Society for Personality and Social Psychology" in Long Beach, California (February 2015).

Murrar, S., & Brauer, M. (2015). *Prejudice reduction: Comparing the effects of multiple methods.* Paper presented at the "Association for Psychological Science Annual Convention" in New York, NY (May 2015).

Murrar, S., & Brauer, M. (2014). *Entertainment education and prejudice reduction.* Paper presented at the "15th Annual Meeting of the Society for Personality and Social Psychology" in Austin, Texas (February 2014).

Fonseca, A., & Brauer, M. (2014). *The role of fairness procedures, normative influences and cultural variables in deviant workplace behavior.* Paper presented at the "15th Annual Meeting of the Society for Personality and Social Psychology" in Austin, Texas (Feb 2014).

Fonseca, A., & Brauer, M. (2013). *Normative influences on deviant workplace behaviors*. Paper presented at the "14th Annual Meeting of the Society for Personality and Social Psychology" in New Orleans (January 2013).

**Ex. C**

Brauer, M., & Er-rafiy, A. (2013). *Increasing perceived variability reduces prejudice and discrimination*. Paper presented at the "14th Annual Meeting of the Society for Personality and Social Psychology" in New Orleans (January 2013).

Chekroun, P., Rui, M., Brauer, M., & Nugier, A. (2013). *In-group deviance: Friend of power, foe of status.* Paper presented at the "14th Annual Meeting of the Society for Personality and Social Psychology" in New Orleans (January 2013).

Brauer, M., & Er-rafiy, A. (2012). *Prejudice reduction*. Paper presented at the "13th Annual Meeting of the Society for Personality and Social Psychology" in San Diego (January 2012).

Fonseca, A., Moisuc, A., Nugier, A. & Brauer, M. (2012). *The identification of effective and ineffective reactions to others' norm transgressions and the influence of cognitive load*. Paper presented at the "13th Annual Meeting of the Society for Personality and Social Psychology" in San Diego (January 2012).

Font, H., & Brauer, M. (2012). *Feeling of certainty enhances congruency between personal values and behaviors*. Paper presented at the "13th Annual Meeting of the Society for Personality and Social Psychology" in San Diego (January 2012).

Moisuc, A. & Brauer, M. (2012). *The extent of individuals' engagement in interpersonal "risky" behavior*. Paper presented at the "13th Annual Meeting of the Society for Personality and Social Psychology" in San Diego (January 2012).

Brauer, M., & Er-rafiy, A. (2011). *Modifying perceived variability reduces prejudice and discrimination*. Paper presented at "The 15th General Meeting of the European Association of Social Psychology", in Stockholm, Sweden (July 2011).

Er-rafiy, A., & Brauer, M. (2011). *Describing a group in positive terms reduces prejudice less effectively than describing it in positive and negative terms*. Paper presented at "The 15th General Meeting of the European Association of Social Psychology", in Stockholm, Sweden (July 2011).

Er-rafiy, A., & Brauer, M. (2011). *Promouvoir la diversité intragroupe : une nouvelle méthode de réduction de la discrimination* [Promoting intragroup diversity: A new method to reduce discrimination]. Paper presented at "Colloque diversité et innovation en milieux socioprofessionnels", in Clermont-Ferrand, France (December 2011).

Fonseca, A., Moisuc, A., Nugier, A. & Brauer, M. (2011). *The identification of effective and ineffective reactions to others' norm transgressions and the influence of cognitive load.* Paper presented at the "16th General Meeting of the European Association of Social Psychology" in Stockholm, Sweden (July 2011).

Font, H., & Brauer, M. (2011). *Certainty and preference for uniqueness: Implications for objective intra-group homogeneity*. Paper presented at the "16th General Meeting of the European Association of Social Psychology" in Stockholm, Sweden (July 2011).

Moisuc, A. & Brauer, M. (2011). *Antecedents of people's overt opposition to uncivil behavior*. Paper presented at the "16th General Meeting of the European Association of Social Psychology" in Stockholm, Sweden (July 2011).

Ex. C

Moisuc, A. & Brauer, M. (2011). *Premises of citizen's overt opposition to uncivil behavior*. Paper presented at the PIDOP Conference 2011 in Bologna, Italy (May 2011).

Er-rafiy, A., & Brauer, M. (2010). *Modifying perceived variability: A test of a ready-to-be-used prejudice intervention in laboratory and field settings*. Paper presented at the "International Conference on Discrimination and Tolerance between Social Groups" in Jena, Allemagne (June 2010).

Font, H., & Brauer, M. (2010). *Certitude - Incertitude : Rôle dans les processus de conformité* [Certainty – uncertainty: Their role in conformity processes]. Paper presented at the "8ème Congrès International de Psychologie Sociale en Langue Française" in Nice, France (August 2010).

Moisuc, A., & Brauer, M. (2010). *Les traits de personnalité et la réaction des gens face aux comportements incivils et immoraux* [Personality traits and people's reactions to uncivil and immoral behaviors]. Paper presented at the "8ème Congrès International de Psychologie Sociale en Langue Française" in Nice, France (August 2010).

Moisuc, A., & Brauer, M. (2010). *Qui réagit face aux comportements incivils et immoraux? Relations entre caractéristiques individuelles, contrôle social et courage civil* [Who reacts to uncivil and immoral behaviors? Relationship between individual characteristics, social control, and civil courage]. Paper presented at the "Congrès Annuel de la Société Française de Psychologie [French Society of Psychology]" in Lille, France (September 2010).

Moisuc, A., & Brauer, M. (2010). *Resursele psihologice individuale implicate în fata unui comportament necivilizat si/sau imoral* [Psychological resources involved in reaction to an uncivil/immoral behavior]. Paper presented at the "5th National Conference on Psychology" in Iasi, Romania (September 2010).

Brauer, M., Leroy, D. (2008). *The effect of power on behavioral disinhibition and norm transgression*. Paper presented at the "15th General Meeting of the European Association of Social Psychology" in Opatija, Croatia (June 2008).

Chaurand, N., & Brauer, M. (2008). *Descriptive Norms, Prescriptive Norms, and Social Control: An Intercultural Comparison of People's Reactions to Uncivil Behaviors*. Paper presented at the "15th General Meeting of the European Association of Social Psychology" in Opatija, Croatia (June 2008).

Er-rafiy, A., & Brauer, M. (2008). *Modifying perceived variability in order to reduce prejudice and discrimination*. Paper presented at the "15th General Meeting of the European Association of Social Psychology" in Opatija, Croatia (June 2008).

Landry, M. & Brauer, M. (2008). *Gender biases in French language*. Paper presented at the "15th General Meeting of the European Association of Social Psychology" in Opatija, Croatia (June 2008).

Chaurand, N., & Brauer, M. (2007). *Le contrôle social et les incivilités. Facteurs situationnels, personnels et perspective appliquée*. Paper presented at the conference "7ème Congrès Jeunes Chercheurs" in Aix-en-Provence, France (July 2007).

Ex. C

Er-rafiy, A., & Brauer, M. (2007). L'effet bénéfique de l'augmentation de la variabilité perçue sur la réduction de la discrimination. Paper presented at the conference "7ème Congrès Jeunes Chercheurs" in Aix-en-Provence, France (July 2007).

Er-rafiy, A., & Brauer, M. (2007). *L'augmentation de la variabilité perçue : un nouveau moyen pour réduire la discrimination*. Paper presented at the conference "8ème Colloque International de Psychologie Appliquée" in Besançon, France (August 2007).

Landry, M., & Brauer, M. (2007). *Genre grammatical et pensées.* Paper presented at the conference "2ème Colloque International Psychologie Sociale et Communication" in Dijon, France (June 2007).

Landry, M., & Brauer, M. (2007). *Le générique masculin favorise-t-il les représentations masculines?* Paper presented at the conference "7ème Congrès Jeunes Chercheurs" in Aix-en-Provence, France (July 2007).

Leroy, D. & Brauer M. (2007). *Quand le pouvoir désinhibe l'individu: Illustration par l'aveu de conduites addictives et l'usage de mots grossiers*. Paper presented at the conference "7ème Congrès Jeunes Chercheurs" in Aix-en-Provence, France (July 2007).

Leroy, D. & Brauer M. (2007). *Quand le pouvoir désinhibe: Médiation des comportements par les réactions physiologiques*. Paper presented at the conference "8ème Colloque International de Psychologie Appliquée" in Besançon, France (August 2007).

Leroy, D., Brauer, M., Goodwin, S.A., & Hoover, A.E. (2007). *When power leads to behavioral disinhibition*. Paper presented at the "9th European Social Cognition Network Meeting" in Brno, Czech Republic (September 2007).

Chaurand, N., & Brauer, M., (2006). *Contrôle social, culture et personnalité: qui réagit le plus?* Paper presented at the conference "6e Congrès International de Psychologie Sociale en Langue Française" in Grenoble, France (September 2006).

Chaurand, N., & Brauer, M. (2006). *Contrôle social urbain: Une nouvelle optique pour la lutte contre les incivilités?* Paper presented at the conference "Deuxièmes Entretiens de la Psychologie" in Boulogne-Billancourt, France (November 2006).

Brauer, M. (2005*). Reactions to norm transgressions in powerful and powerless groups*. Paper presented at the "6th Annual Meeting of the Society of Personality and Social Psychology" in New Orleans, USA (January 2005).

Brauer, M., Chappe, B., & Chekroun, P. (2005*). Within-group differentiation in advantaged and disadvantaged groups*. Paper presented at the "14th General Meeting of the European Association of Experimental Social Psychology" in Würzburg, Germany (July 2005).

Brauer, M., & Chaurand, P. (2005*). Comment convaincre les gens à être plus civiques? L'exemple d'une collaboration fructueuse avec la Mairie de Clermont-Ferrand*. Paper presented at the conference "7e Colloque International de Psychologie Sociale Appliquée" in Rennes, France (October 2005).

Brauer, M. (2004*). Social Power*. Paper presented at the annual meeting of the "Society for Experimental Social Psychology" in Fort Worth, Texas (October 2004).

Brauer, M., Chappe, B., & Chekroun, P. (2004). *The variability of powerful and powerless groups*. Paper presented at the "5ᵗʰ Annual Meeting of the Society of Personality and Social Psychology" in Austin, Texas (January 2004).

Brauer, M., Chaurand, N., & Chekroun, P. (2004*). La réaction des gens face aux transgressions de norme*. Paper presented at the conference "5e Congrès International de Psychologie Sociale en Langue Française" in Lausanne, Switzerland (September 2004).

Chappe, B., & Brauer, M. (2004). *Homogénéité de l'exo-groupe versus homogénéité de l'endogroupe : Le rôle modérateur de l'identification à l'endo-groupe*. Paper presented at the conference "5e Congrès International de Psychologie Sociale en Langue Française" in Lausanne, Switzerland (September 2004).

Nugier, A., Niedenthal, P., Brauer, M., & Chekroun, P. (2004). *Contrôle social et réactions émotionnelles : Quand le contrevenant se fait prendre!* Paper presented at the conference "5e Congrès International de Psychologie Sociale en Langue Française" in Lausanne, Switzerland (September 2004).

Nugier, A., Niedenthal, P., Brauer, M., & Chekroun, P. (2004). *Social Control and moral emotions*. Paper presented at the "6ᵗʰ European Social Cognition Network Meeting" in Lisbon, Portugal (September 2004).

Brauer, M. (2003). *La médiation: Comment déterminer les mécanismes générateurs de nos effets observés?* [Mediational analysis: How to identify thhe generating mechanisms of the effects we observe?] Key note address given at the conference "6ᵉ Colloque International de Psychologie Sociale Appliquée" in Clermont-Ferrand (September 2003).

Chappe, B., Brauer, M., Ginet, M., & Chambon, M. (2003). *Are advantaged groups more variable than disadvantaged groups?* Paper presented at the "5ᵗʰ Meeting of the European Social Cognition Network" à Padova, Italy (September 2003).

Chappe, B., Brauer, M., Ginet, M., & Chambon, M. (2003). *L'hétérogénéité des groupes avantagés*. Paper presented at the conference "6ᵉ Colloque International de Psychologie Sociale Appliquée" in Clermont-Ferrand, France (September 2003).

Mondillon, L., Dalle, N., Rohmann, A., Niedenthal, P. M., Brauer, M. & Uchida, Y. (2003). *Emotion and power: A cross-cultural study*. Paper presented at the "5ᵗʰ Meeting of the European Social Cognition Network" à Padova, Italy (September 2003).

Perrier, E., & Brauer, M. (2003). *Un ministre peut-il tomber enceinte…? L'utilisation des génériques masculins dans la langue française*. Paper presented at the conference "6ᵉ Colloque International de Psychologie Sociale Appliquée" in Clermont-Ferrand (September 2003).

Rohmann, A., Mondillon, L., Dalle, N., Niedenthal, P. M., Brauer, M., & Uchida, Y. (2003). *Emotionen und Macht - Eine interkulturelle Studie* [Emotions et pouvoir: Une étude interculturelle]. Paper presented at the conference "9. Tagung der Fachgruppe Sozialpsychologie der Deutschen Gesellschaft für Psychologie (DGP's) [Société Allemande de Psychologie]" in Heidelberg, Germany (September 2003).

Ex. C

**Professional Activities**

Editor:
Guest-editor of a special issue on "Social Power" (2006) in the *European Journal of Social Psychology* (with Richard Bourhis, University of Quebec at Montreal, Canada).
Guest-editor of two special issues on "The Self" (2004) and "Intergroup Perceptions" in the *Cahiers de Psychologie Cognitive/Current Psychology of Cognition* (with Delphine Martinot and Magali Ginet, University of Clermont-Ferrand, France).

Editorial Board:
Journal of Personality and Social Psychology
Journal of Experimental Social Psychology
Personality and Social Psychology Bulletin
European Journal of Social Psychology

Ad hoc reviewer:
Journal of Personality and Social Psychology
Journal of Experimental Social Psychology
Personality and Social Psychology Bulletin
European Journal of Social Psychology
Psychological Science
Psychological Review
Personality and Social Psychology Review
Journal of Applied Social Psychology
Group Processes and Intergroup Relations
Social Cognition
Cognition and Emotion
British Journal of Social Psychology
Current Anthropology
Swiss Journal of Psychology.
L'Année Psychologique
Nouvelle Revue de Psychologie Sociale
Les Cahiers Internationaux de Psychologie Sociale
Revue Internationale de Psychologie Sociale
Psychologische Rundschau
Zeitschrift für Experimentelle Psychologie

National Science Foundation

Fond National Suisse de la Recherche Scientifique (Switzerland)

Fonds National de la Recherche Scientifique (Belgium)

Agence Nationale de la Recherche (France)

## Teaching History and Workshops

University of Wisconsin-Madison (2006-2007, 2011-present)

*Design and Analysis of Psychological Experiments 1 (PSYCH 610).* Graduate level, 2012/13, 2013/14, 2014/15, 2015/16, 2016/17.

*Design and Analysis of Psychological Experiments 2 (PSYCH 710).* Graduate level, 2006/07, 2011/12, 2012/13, 2013/14, 2014/15, 2015/16, 2016/17.

*Structural Equation Modeling (PSYCH 711).* Graduate level, 2011/12, 2013/14.

*Designing and Testing Social Interventions (PSYCH 411).* Undergraduate level, 2012/13, 2014/15.

Graduate School of Management, Clermont-Ferrand (2009-10)

*Organizational Behavior.* Graduate level, 2009/10.

University of Clermont-Ferrand (1997-2011)

*Current contributions to social psychological research.* Graduate level, 2008/09.

*Séminaire professionnel* [Professional seminar]. Graduate level, 2007/08.

*Les penseurs clé en psychologie* [Key thinkers in psychology]. Graduate level, 2005/06.

*L'influence sociale et la modification des comportements* [Social influence and the modification of behavior]. Graduate level, 2004/05.

*L'enseignement à l'université* [College teaching]. Graduate level, 2004/05, 2005/06, 2009/10.

*La causalité: Les relations de cause à effet dans les sciences sociales et humaines* [Causality: Cause and effect in the social and human sciences]. Graduate level, 2001/02, 2002/03.

*La cognition sociale* [Social cognition]: Graduate level, 1997/98, 1998/99, 1999/2000.

*Méthodologie, analyse de données et SPSS* [Methodology, data analysis, and SPSS]: Graduate level, 1997/98, 1998/99, 1999/2000, 2000/01, 2001/02, 2002/03, 2003/04, 2004/05, 2005/06, 2007/08, 2008/09, 2009/10, 2010/11.

University of Konstanz, Germany (1994-1997)

*Die wichtigsten Beiträge der Sozialpsychologie in den letzten 10 Jahren* [The most important contributions to social psychology in the last 10 years]: Sophomore level, Spring 1996.

*Kommunikation und soziale Interaktion* [Communication and social interaction]: Sophomore level, Spring 1996.

*Feldstudien: Planung, Ausführung und Datenanalyse* [Field studies: Planification, execution, and data analyses]: Graduate level, Spring 1996.

*Sozialpsychologie* [Social psychology]: Introductory lecture for first year students, Winter 1995/96.

*Sozialpsychologische Forschung* [Research in social psychology]: Seminar for honor's students and graduate students, Winter 1995/96.

*Intime Beziehungen* [Intimate relationships]: Sophomore level, Spring 1995.

*Experimentelle et quasi-experimentelle Designs* [Experimental and quasi-experimental designs]: Graduate level, Spring 1995.

*Soziale Kognition* [Social cognition]: Sophomore level, Winter 1994/95.

*Extreme Einstellungen* [Extreme attitudes]: Senior level, Winter 1994/95.

University of Colorado at Boulder, USA (1993-1994)

*Introduction to Social Psychology*: Junior level, lab groups accompanying the lecture of Prof. Bernadette Park, Spring 1994.

*Statistics and methodology*: Sophomore level, lab groups accompanying the lecture of Prof. Charles Judd, Fall 1993.

Scientific Workshops (2000-present)

*How to improve your effectiveness as a university teacher*. Workshop given at the School of Education, Université de Clermont-Ferrand, France, March 2013, January 2014, January 2015, January 2016, January 2017, 15h each.

*Introduction to Linear Mixed-Effects Models*. Workshop given at the Universidad de Granada, Spain, April 2014, 3h.

*How to improve your effectiveness as a university teacher*. Workshop given at the Université de Lorraine, Nancy, March 2013, 3h.

*L'analyse des trajets et la modélisation par equations structurales* [Path analysis and structural equation modeling]. Workshop given at the Université de Louvain-la-Neuve, Belgium. Graduate and postgraduate level, January 2011, 25h.

*Intimate relationships*. Workshop given at the University of Granada, graduate and postgraduate level, May 2009, 6h.

*Mediation and moderated mediation*. Workshop given at the University of Granada, graduate and postgraduate level, May 2009, 6h.

*Leadership in Organizations*. Workshop given at the Ecole Supérieure de Commerce, Clermont-Ferrand. Undergraduate level, March 2009, 18h.

*L'analyse des trajets et la modélisation par equations structurales* [Path analysis and structural equation modeling]. Workshop given at the Université Libre de Bruxelles, Belgium. Graduate and postgraduate level, January 2009, 25h.

*Data Analysis: Mediation and Moderation*. Workshop given at the "Graduate Institute of Applied Psychology" in Lisbon, Portugal, graduate and postgraduate level, October 2008, 10h.

*Behavior Modification*. Workshop given at the University of Granada, graduate and postgraduate level, March 2008, 6h.

*Social Power*. Workshop given at the University of Granada, graduate and postgraduate level, March 2008, 6h.

*The use of contrasts in data analysis*. Workshop given at Emory University, USA, graduate and postgraduate level, April 2007, 3h.

*Enseigner la psychologie* [Teaching psychology]. Workshop given at the University of Clermont-Ferrand, graduate and postgraduate level, June 2006, 18h.

*L'utilisation des contrastes dans l'analyse de variance* [The use of contrasts in analysis of variance]. Workshop given at the University of Clermont-Ferrand, graduate and postgraduate level, June 2005, 18h.

*Enseigner à l'université* [College teaching]. Workshops given at the University of Clermont-Ferrand, graduate and postgraduate level, February 2005, March 2005, February 2006; March 2006; 4 x 18h.

*L'analyse de régression simple et multiple* [Simple and multiple regression analysis]. Workshops given at the University of Clermont-Ferrand, graduate and postgraduate level, June 2004, July 2004; 2 x 18h.

*L'analyse des trajets et la modélisation par equations structurales* [Path analysis and structural equation modeling]. Workshops given at the University of Clermont-Ferrand, graduate and postgraduate level, June 2004, July 2004, June 2005; 3 x 18h.

*Méthodologie de la Recherche Appliquée* [Methodology of applied research]. Workshop given at the University of Clermont-Ferrand, graduate and postgraduate level, September 2003, 18h.

*L'analyse de régression simple et multiple* [Simple and multiple regression analysis]. Workshop given at the University of Rennes, graduate and postgraduate level, April 2003, 18h.

*L'analyse de données pour les étudiants en 3$^e$ cycle* [Data analysis for graduate students]. Workshop given at the René Descartes University in Paris, graduate level, June 2002, 18h.

*Die Benutzung von Kontrasten für den Test spezifischer Hypothesen* [The use of contrasts for the tests of specific hypotheses]. Workshop given at the University of Jena, Germany. Graduate level, April 2002, 3h.

*Modèles avancés d'analyses de données: Etablir des relations causales dans la recherche en psychologie* [Advanced data analysis models: How to establish causal relationships in psychological research]. Workshop given at the University of Geneva, Switzerland. Graduate level, December 2001, March 2002, and June 2002, 45h.

*Les techniques statistiques avancées dans la recherche comportementale* [Advanced statistical techniques in behavioral research]. Workshop given at the René Descartes University in Paris, France. Graduate level, December 2000, 12h.

*Group perception and social cognition.* Workshop given in collaboration with Patricia Devine during the EAESP Summer School 2000 in Clermont-Ferrand, France. Graduate level, July 2000, 75h.

**Organization of Scientific Events**

2006    Organization of the CNRS Summer School "Méthodologie et analyse de données en psychologie" [Methodology and data analysis in psychology] in Clermont-Ferrand, France (June 2006). Six days, 60 participants.

2005    Organization of the CNRS Summer School "Méthodologie et analyse de données en sciences cognitives" [Methodology and data analysis in cognitive science] in Clermont-Ferrand, France (June 2005). Six days, 60 participants.

2004    Organization of the CNRS Summer School "Méthodologie et analyse de données en neurosciences" [Methodology and data analysis in neuroscience] in Clermont-Ferrand, France (June 2004). Twelve days, 120 participants.

Ex. C

2002    Organization of the "5th Meeting of the European Social Cognition Network" in Paris (September 2002). Co-organization avec Sophie Brunot, Fabrizio Butera, Sylvia Krauth-Gruber and François Ric. Three days, 120 participants.

2002    Organization of the workshop "Méthodologie de la Recherche Appliquée" [Methodology of applied research] in Clermont-Ferrand (September 2003). Three days, 30 participants.

2001    Organization of the "Workshop on Structural Equations Modeling" in Clermont-Ferrand, France (September 2001). Six days, 12 participants.

2000    Organization of the "Summer School of the European Association of Experimental Social Psychology (EAESP)" in Clermont-Ferrand (July 2000). Co-organization with Jean-Claude Croizet, Serge Guimond, and Pascal Huguet. Fourteen days, 80 participants.

1997    Organization of the conference "Tagung der Fachgruppe Sozialpsychologie der Deutschen Gesellschaft für Psychologie (DGP's) [bi-annual meeting of the social psychology section of the German Psychological Association]" in Konstanz, Germany (June 1997). Co-organization avec Miguel Brendl. Four days, 300 participants.

## Membership in Professional Organizations

- European Association of Social Psychology (EASP)
- Society for Personality and Social Psychology (SPSP)
- American Psychological Association (APA)
- Society for Experimental Social Psychology (SESP)
- Association pour la Diffusion de la Recherche Internationale en Psychologie Sociale (ADRIPS)
- Deutsche Gesellschaft für Psychologie (DGPs), Fachgruppe Sozialpsychologie

## Supervision of Ph.D. theses

Campbell, Mitch (in preparation). *Motivational processes in prejudice reduction.* Defense planned for summer 2020, University of Wisconsin-Madison.

Gavac, Sarah (in preparation). *Normative processes in groups.* Defense planned for summer 2019, University of Wisconsin-Madison.

Murrar, Sohad (in preparation). *Effective methods to reduce prejudice and discrimination.* Defense planned for summer 2018, University of Wisconsin-Madison.

Moisuc, Alexandrina (2016). *La reaction des gens face aux incivilities et immoralités dans des situations publiques.* [People's reactions to uncivil and immoral behaviors in public settings]. Ph.D thesis completed at the University of Clermont-Ferrand, France.

Ex. C

Font, Hélène (2013). *Pressions normatives, differentiation intra-groupe, et statut social.* [Normative pressures, within-group differentiation, and social status]. Ph.D thesis completed at the University of Clermont-Ferrand, France.

Er-Rafiy, Abdelatif (2010). *Modifier la perception de variabilité d'un groupe pour réduire les préjugés envers ce groupe.* [The modification of the perception of variability of a group as a means to reduce prejudice against this group]. Ph.D thesis completed at the University of Clermont-Ferrand, France.

Chaurand, Nadine (2008). *La reaction des gens face aux incivilités* [People's reactions to uncivil behaviors]. Ph.D thesis completed at the University of Clermont-Ferrand, France.

Chatard-Pannetier, Angelique (2003). *L'extrémisme attitudinal: Le rôle de l'expertise et des buts temporels* [Attitude extremity: The role of expertise and temporary goals]. Ph.D thesis completed at the University of Clermont-Ferrand, France.

Chekroun, Peggy (2002). *Normes, déviance et contrôle social: La réaction des gens face à des comportements contre-normatifs.* [Norms, deviance, and social control: People's reactions to counter-normative behaviors]. Ph.D thesis completed at the University of Clermont-Ferrand, France.

Wasel, Wolfgang (1998). *Wir könnten wenn wir wollten: Negative Primingeffekte bei der Stereotypactivierung und -unterdrückung* [We could if we wanted: Negative priming effects in the activation and suppression of stereotypes]. Ph.D thesis completed at the University of Konstanz, Germany (co-supervision with Peter Gollwitzer).

## Community Service

*Insights from Behavioral Scientists.* Invited Presentation at the Mad City BECCsters, Madison WI (February 2017)

*Reducing Discrimination and Promoting Inclusiveness.* Invited Presentation at the Madison West Rotary Club, Madison WI (January 2017)

*Racial Prejudice Workshop.* Workshop taught for the Environmental Organizations Equity Working Group and Sustain Dane, Madison WI (February 2016)

*Reducing Racism and Prejudice: What Works?* Workshop taught at the YWCA Racial Justice Summit, Madison WI (October 2015)

*Repetition in Human Cognition and Behavior.* Invited Presentation at SoundWaves, Madison WI (April 2014)

*How to effectively reduce prejudice and discrimination.* Workshop given at the Kenosha County Department of Health, Kenosha WI (November 2013)

*Le role de l'élu dans la lutte contre les incivilités*. Workshop given at the Ecole Nationale Supérieure de la Police, St. Cyr, September 2008, 4h.