CURRICULUM VITAE

**Michael  S.  Kimmel**
**Distinguished Professor of Sociology and Gender Studies**
**SUNY Stony Brook**

487 13th St.                                Department of Sociology
Brooklyn, NY 11215                          SUNY at Stony Brook
                                           Stony Brook, NY 11794

phone and FAX:                             phone: (631) 632-7708
(718) 768-5919                             FAX:   (631) 632-8203

email:  Michael.Kimmel@sunysb.edu
        Michael_Kimmel@yahoo.com

EDUCATION:
B.A.   Vassar College, with highest honors, l972.
M.A.   Brown University, l974.
Ph.D.  University of California, Berkeley, 1981.
       dissertation: Absolutism and its Discontents: Fiscal Crisis and Political Opposition in
       Seventeenth Century France and England

AWARDS:

Jessie Bernard Award, American Sociological Association, 2018
John D. and Catherine T. MacArthur Foundation, foundational grant to establish the Center for
        the Study of Men and Masculinities, 2013
SUNY Distinguished Professor
Vassar College, Distinguished Alumna/us Award, "The Spirit of Vassar," 2012.
Feminist Mentor Award, Sociologists for Women in Society, 2009.
American-Scandinavian Foundation, research fellowship, 2007, 2008.
Carnegie Scholars Program, 2004-6.
New York Public Library, "Best of Reference," 2004 (for Encyclopedia of Men and
        Masculinities)
American Educational Studies Association Critics' Choice Award, 2001 (for The Gendered
        Society)
Senior Research Grant, United States Institute of Peace, 2001-2002.
Fulbright Senior Specialist, Council for International Exchange of Scholars, 2001-2006.
SWS Feminist Lecturer, sponsored by Sociologists for Women in Society, 1999.

1

Research Grant, Spencer Foundation Small grants program, for project on educational
        opportunities for women at military schools, 1996-1997; refunded, 1999-2000
Presidential Mini-Grant for Departmental Diversity Initiatives, SUNY at Stony Brook, 1996
"Best Professor" Award, U.C. Berkeley, 1992-1993
        (based on a poll of students conducted by the campus newspaper)
Research Grant, Small Grants Program, Spencer Foundation, 1990-1
Travel Grant, American Council of Learned Societies, 1990
Summer Research Fellowship, SUNY at Stony Brook, 1988, 1990
Resident Fellowship, Arthur and Elizabeth Schlesinger Library on the History of Women,
        Radcliffe College, Harvard University, summer, 1988.
Travel Grant, SUNY at Stony Brook (for keynote speech at British Sociological Association
        conference on "Masculinity and Social Theory), summer, 1988.
Travel Grant, American Council of Learned Societies, 1986
Resident Fellowship, William Andrews Clark Memorial Library, Los Angeles, CA, 1985.
University Research Grant, Rutgers University, 1983-4.
Faculty Research Fellowship, Rutgers University, summer, 1983.
Research Apprentice, Institute for International Studies, University of California, Berkeley
        (for research abroad), 1978-9.
Chancellor's Patent Fund Fellow, University of California, 1979.



EXPERIENCE:

current: SUNY Distinguished Professor of Sociology, Stony Brook

1995-2011:  Professor of Sociology, SUNY at Stony Brook
                Visiting Professor, Institute for Women and Gender Studies, University of Oslo
                (summer)
1990-1994: Visiting Professor, Political Economy of Industrial Societies and Department of
        Sociology U.C. Berkeley.
1990-1995: Associate Professor of Sociology, SUNY at Stony Brook.
1987-1990: Assistant Professor of Sociology, SUNY at Stony Brook.
1982-1986: Assistant Professor of Sociology, Rutgers University.
1984-1985: Visiting Assistant Professor of Sociology, New York University.
Fall, l979-Fall, l98l: Visiting Lecturer in Sociology, University of California, Santa Cruz.
Spring, l980: Lecturer in Sociology, U.C., Berkeley (also summer l978)
Summer, l978: Instructor of Social Science, California College of Arts and Crafts
l976-l977: Research Assistant, Childhood and Government Project, School of Law
l974-l977: Teaching Assistant in Sociology, U.C. Berkeley
l973-l974: Instructor in Sociology, State University of New York College at Oneonta
l972-l973: Instructor of Social Science, Bryant College

2

Ex. L

COURSES TAUGHT:

SUNY at Stony Brook: (graduate)  Sociology of Gender
                                               Sexualities
                                               Masculinities
                                               Classical Sociological Theory
                                               Gender and Law

(undergrad) Classical Sociological Theory
Sex and Society
Sociological Writing
Sociology of Gender
Sociology of Masculinity

New York University: (graduate) Contemporary Soc. Theory
(undergrad) Society and Sexual Variations
Sociology of Revolution (seminar)
Rutgers University: (graduate) Industrialization and Development
Contemporary Sociological Theory
Teaching Sociology
(undergrad) Classical Sociological Theory
Contemporary Sociological Theory
Social Movements
Introduction to Sociology
Sociology of the Male Experience
U.C., Santa Cruz: (graduate) Teaching Sociology
(undergrad) Development and Underdevelopment
Sociology of Culture
Comparative Historical Methods
Seminar in Sociological Theory: Max Weber
U.C., Berkeley: Social Change
Classical Sociological Theory
Sociology of Men
Calif. College of Arts and Crafts: Sociology of Art
SUNY/Oneonta: Social Change and Modernization
Sociology of Knowledge

AREAS OF TEACHING AND RESEARCH SPECIALIZATION:

3

Ex. L

Gender Studies (Masculinity Studies)
Gender and Law
Social Change and Social Movements
Comparative Historical Sociology/ Comparative and Historical Methods
Classical Sociological Theory
Sexuality and Society

OTHER EXPERTISE:
Expert Witness for United States Department of Justice, Civil Rights Division, on Gender Issues, Gender Inequality, and the History of Masculinity.  Testified in Cases involving sex discrimination at Virginia Military Institute (U.S. v. VMI) and The Citadel (U.S. v. Jones et al).

Expert witness in Yeaw v Boy Scouts of America, for girl who wanted to join the Explorer Scouts.

Expert witness in Simpson and Gilmore v University of Colorado, on behalf of women suing the university for sexual harassment and sex discrimination.

Expert witness for American Civil Liberties Union in ACLU v Breckinridge Unified School Distinct (KY) in case involving public school classroom gender segregation.

Ex. L

PUBLICATIONS:

<u>Books</u>:

2019 (forthcoming): <u>The Gender Equality Advantage: Why Gender Equality is Good for Countries, Good for Business, and Good for Everyone – Including Men!</u> (State University of New York Press)

2018: <u>Healing from Hate: How Young Men Get Into – And Out Of – Extremist Movements</u> Berkeley: University of California Press.

2013 <u>Angry White Men: American Masculinity at the End of an Era</u>.  New York: Nation Books/Perseus  (German translation, 2015).

2011: <u>The Guy's Guide to Feminism</u> (with Michael Kaufman).  Berkeley: Seal Press.

2010: <u>Misframing Men: Essays on the Politics of Contemporary Masculinities</u> New Brunswick: Rutgers University Press.

2008: <u>Guyland: The Perilous World Where Boys Become Men.</u> New York: HarperCollins.

2008: <u>Sociology Now</u> (with Amy Aronson and Tristan Bridges).  New York: Pearson.  (3rd edition, forthcoming, 2018).

2005. <u>The History of Men: Essays on American and British Masculinities</u>. (SUNY Press.)

2005. <u>The Gender of Desire: Essays on Masculinity and Sexuality</u>. (SUNY Press).

2000:  <u>The Gendered Society</u>. New York: Oxford University Press.  (4th edition, 2010) (Ukranian edition, 2011, Polish edition, 2015)

1996:  <u>Manhood in America: A Cultural History</u>. New York: The Free Press. [nominated for Pulitzer Prize for non-fiction and the National Book Award.] (10th anniversary revised edition, Oxford University Press, 2006; 3rd edition, 2009).

1992 <u>Against the Tide: Pro-Feminist Men in the United States, 1776-1990</u>, a documentary history (with Tom Mosmiller). Boston: Beacon Press.

1990 <u>Revolution: A Sociological Perspective</u> Cambridge: Polity Press, and Philadelphia: Temple University Press.

1988 <u>Absolutism and its Discontents: State and Society in Seventeenth Century France and England</u>. New Brunswick, NJ: Transaction Books.

Ex. L

Edited Books:

2018 (forthcoming) Male Femininiities (with Dana Berkowitz) NYU Press.

2014 Sexualities (with the Stony Brook Sexualities Studies Group). Oxford University Press.

2009: The Lillian Rubin Reader (with Amy Traver). Boulder: Paradigm.

2008: The Jessie Bernard Reader (with Yasemin Besen) Boulder: Paradigm.

2007. The Sexual Self: The Construction of Sexual Scripts. Vanderbilt University Press.

2004. The Encyclopedia of Men and Masculinities (with Amy Aronson) 2 volumes. ABC-Clio.

2004. Handbook for Studies of Men and Masculinities (with R.W.Connell and J. Hearn). Sage.

2004: Sexualities (with Rebecca Plante) Oxford University Press.

2003: Privilege (with Abby Feber) Westview Press. (2nd edition, 2009; 3rd edition, 2013)

1999: The Gendered Society Reader. Oxford University Press. (4th edition, 2010).

1998: Women and Economics by Charlotte Perkins Gilman. Co-edited (with Amy Aronson) with a new introduction. Berkeley: University of California Press.

1998: Classical Sociological Theory (an anthology for multicultural classical theory) Boston: Allyn and Bacon.

1998: Gay Macho by Martin P. Levine. Edited, with an introduction. New York University Press.

1996: The Politics of Manhood: Pro-Feminist Men Respond to the Men's Movement (and the Mythopoetic Leaders Respond). Philadelphia: Temple University Press.

1990. Men Confront Pornography. New York: Crown. (paperback, New American Library.)

1990. Love Letters Between a Certain Late Nobleman and the Famous Mr. Wilson. edited with annotation and commentary. New York: Harrington Press.

1989. Men's Lives (edited with Michael Messner). New York: Macmillan. (second edition, 1992; 3rd edition, Boston: Allyn and Bacon, 1995; 4th edition, 1997, 5th edition, 2000; 6th edition, 2003, 7th edition, 2006, 8th edition, 2009)

1987. Changing Men: New Directions in the Study of Men and Masculinity, Newbury Park,

Ex. L

CA: Sage Publications.

1987.  Mundus Foppensis and The Levellers (two English political pamphlets, edited and with an introduction). Augustan Reprint Series of the William Andrews Clark Memorial Library.


Books in the series "Classics in Gender Studies" (at Rowman and Littlefield/Altamira Press).
All are edited with a new introduction.

2005. Human Work by Charlotte Perkins Gilman.
2004.  Wear and Tear and Fat and Blood by S. Weir Mitchell.
2004.  His Religion and Hers by Charlotte Perkins Gilman.
2004.  The Unemployed Man and His Family by Mirra Komarovsky.
2004.  Women in College by Mirra Komarovsky.
2004.  Dilemmas of Masculinity by Mirra Komarovsky.
2004.  Women in the Modern World by Mirra Komarovsky.
2003. The Home by Charlotte Perkins Gilman.
2003. Concerning Children by Charlotte Perkins Gilman.

.

PUBLICATIONS: Articles:

2015. "Pulp Friction: How College Women Navigate Identity, Sexuality and Gender Conformity in Recent Mega-Hit Book Series" (with Suzyn Walters) in Teaching Gender and Sex in Contemporary America. (Kristin Haltinner and Ryanne Pilgeram, eds.) New York: Springer.

2013. "White Men as the New Victims: Reverse Discrimination Cases and the Men's Rights Movement." (with Bethany Coston). *Nevada Law Journal, vol. 13.*

2012. "The Gender of Resistance: contesting manhood and womanhood in Social Movements of Resistance and Restoration" (with Gabriela Gonzalez and Farshad Malekahmadi) in Gender, Agency and Political Violence, edited by Laura Shepard, London: Routledge.

2012. "Aging Men, Masculinity, and Alzheimer's: Caretaking and Caregiving in the New Millennium." In A. Kampf, B. Marshall, and A. Peterson (Eds.), *Aging Men: Masculinities and Modern Medicine*. New York, NY: Routledge (Chapter 11, pp. 191-200).

2012. "Heterosexuality, Gender Nonconformity and the Neoliberal State" (with Cheryl Llewellyn) in Journal of Homosexuality, 59, pp. 1087-1094.

2012. "When History Intervenes" in Contexts, 11(3).

2012. "Engaging Men in the United States: Soft Essentialism and the Obstacles to Coherent Initiatives in Education and Family Policy" (with Tristan Bridges). In

2012 "Men who *Love* Women: Profeminist Masculinities in the *Millennium* Trilogy" in Men Who Hate Women and the Women Who Kick Their Ass (edited by Donna King and Carrie Lee Smith). Nashville: Vanderbilt University Press.

2012. "Seeing Privilege Where it isn't: Marginalized Masculinities and the Intersectionality of Privilege" (with Bethany Coston). Journal of Social Issues, 68(1).

(forthcoming): The Pleasures of Danger and the Dangers of Pleasure: The Inversion of Gender Relations in the Twilight Series (with Suzan Walters). In Adolescent Girls' Sexualities and the Media (edited by Yasmina Katsuilis and Georgeanne Scheier).

2012 "The moderating effects of support for violence beliefs on masculine norms, aggression, and homophobic behavior during adolescence" (with V. P. Poteat and R. Wilchins). In Journal for Research on Adolescence.

(forthcoming) "Coeducational Sex 40 Years On: From Familial Ties to Hooking Up" (with Rachel Kalish) Forthcoming volume from the Trinity College Conference on Coeducation.

8

EX. L

2011: "Three and a Half Things Men have Learned from Feminist Scholarship" in Journal of Feminist Scholarship 1(1), inaugural issue.

2011: "Hooking Up: Hot Hetero Sex, or the New Numb Normative?" (with Rachel Kalish) in *Australian Feminist Studies*, January.

2011: "Suicide by Mass Murder: Masculinity, Aggrieved Entitlement, and Random School Shootings," (with Rachel Kalish) in *Health Sociology Review.*

2011. "What About the Men?" In K. Skelton, A. Gieger, O. Morgan, R. Hollander, and K. Meyer (Eds.), *Alzheimer's in America: The Shriver Report on Women and Alzheimer's* (pp. 217-230). New York, NY: Simon& Schuster (also Chicago, IL: The Alzheimer's Association.)

2009: "From "A Man's World" to "A Woman's Nation:" Men's Responses to Women's Increased Equality in the Twenty-first Century" in The Shriver Report: A Woman's Nation Changes Everything (edited by Heather Boushey and Ann O'Leary). Washington: Center for American Progress

2009: "The Most Hated Man in Sweden" in Thinking About Hate Crime: Hate Crime Offenders, Randy Blazak (ed.), Praeger Publishing, Westport, CT.

2008: "Gender Equality: Not for Women Only" in Equality, Diversity and Inclusion: A Research Companion, edited by Mustafa Ozbilgin. Cheltenham and New York: Edward Elgar.

2008: "Profiling School Shooters and Shooters' Schools: The Cultural Contexts of Aggrieved Entitlement and Restorative Masculinity" in There's a Gunman on Campus: Tragedy and Terror at Virginia Tech (edited by Ben Agger and Tomothy Luke). Lanham: Rowman and Littlefield.

2008. "Good Sociology Makes Lousy TV" in Contexts, 7(4).

2007. "Racism as Adolescent Male Rite of Passage: Ex-Nazis in Scandinavia" in Journal of Contemporary Ethnography 36(2), April.

"How I Became a Feminist." In Men Speak Out, edited by Shira Tarrant. New York: Routledge.

2006. "Ritualized Homosexuality in a Nacirema Subculture" in sexualities.

2005. "Mentoring Masculinities: Race and Class in the (Re-)Construction of Gender in the US, Britain, and Ireland" with Amy Traver). In Irish Journal of Sociology.

2004: "The Hidden Discourse of Masculinity in Gender Discrimination Law" (with Tyson Smith) in Signs.

Ex. L

2004: "Men as 'Minorities' in Higher Education: Historical Perspectives and Contemporary Dilemmas" (with Nancy Sacks) in Doing Gender in Policy and Practice: Perspectives on Single-Sex and Coeducational Schooling (A. Datnow and L. Hubbard, eds.) New York: Routledge.

2004: "'Toxic Virus' or Lady Virtue: Gender Integration and Assimilation at West Point and VMI" (with Diane Diamond). In Going Coed in the Twentieth Century: Women's Experiences in Formerly Men's Colleges and Universities. Nashville: Vanderbilt University Press.

2004: "The Hidden Discourse of Masculinity in Sexual Harassment Law" (with Tyson Smith) in In the Company of Men: Re-Discovering the Links Between Sexual Harassment and Male Domination (J. Gruber and P. Morgan, eds.) Boston: Northeastern University Press.

2003: "Globalization and its Mal(e)contents: The Gendered Moral and Political Economy of Terrorism" in International Sociology 18(3), pp. 603-620.

"Adolescent Masculinity, Homophobia and Violence: Random School Shootings, 1982-2001" (with Matthew Mahler) in American Behavioral Scientist 46(10), June.

"Masculinities and Development" a paper prepared for The World Bank.

2002: "'Gender Symmetry' in Domestic Violence: A Substantive and Methodological Research Review" in Violence Against Women 8(11), November.

"Sexual Fantasies and Gender Scripts: Heterosexual Men and Women Construct their Ideal Sexual Encounters" (with Rebecca F. Plante) in Advances in Gender Research, volume 6. Elsevier.

"All Theory is a Drag: What Can Men Say About Feminist Theory" in Masculinity Studies and Feminist Theory: New Models, New Directions, edited by Judith Kegan Gardiner, Columbia University Press.

"An Unnatural History of Rape" in Evolution, Violence and Gender (C. Travis, ed.). Cambridge: The M.I.T. Press.

"Global Masculinities: Restoration and Resistance" in Global Masculinities (R. Pease, ed.). London: Zed Press; New York: St. Martin's Press.
[published as "Masculinidades globales: restauracion y resistencia" in Masculino Plural: Construcciones de la masculinidad (C. Sanchez-Palencia and J. C. Hildago, eds.) Edicions de la Universitat de Lleida, 2001.]

"Gender Integration at the Virginia Military Institute and the United States Military

10

EX. L

Academy at West Point" (with Diane Diamond) in <u>Doing Gender in Policy and Practice: Perspectives on Single-Sex and Coeducational Schooling</u> (A. Datnow and L. Hubbard, eds.)  New York: Routledge.

2001.        "Boy Trouble" in <u>What About the Boys: Issues of Masculinity and Schooling</u> (W. Martino, ed.)  Buckingham: Open University Press.

"The Saviors and the Saved: Masculine Redemption in Contemporary Films" (with Amy Aronson) in <u>Masculinity: Bodies, Movies, Culture</u> (P. Lehman, ed). New York: Routledge.

"Afterword" in <u>Conceptions of Postwar German Masculinity</u> (R. Jerome, ed.) New York: Columbia University Press.

"Afterword" in <u>Changing Men in Southern Africa</u> (R. Morrell, ed.). Durban: Univesity Press of Natal.

2000:        "Men, Masculinities and Development" (with James Lang and Alan Grieg) published by the United Nations Development Programme (UNDP).

"'White Men Are This Nation': Right Wing Militias and the Restoration of Rural American Masculinity" (with Abby Ferber) in <u>Rural Sociology</u>.

"Reading Right: The Western Tradition in White Supremacist Discourse" (with Abby Ferber) in <u>Sociological Focus</u>, 33(2), May.

"Sexual Violence in Three Pornographic Media: Towards a Sociological Explanation" (with Martin Barron), in <u>Journal of Sex Research</u>. . 37(2), May, p161-168.

"Saving the Males: The Sociological Implications of VMI and the Citadel" in <u>Gender & Society</u>, August.

"'What About the Boys?' What the Current Debates Tell Us – and Don't Tell us – about Boys in School" in <u>Michigan Feminist Studies</u>, 14.

"Fuel for Fantasy: The Ideological Construction of Male Lust" in <u>Male Lust: Pleasure, Power and Transformation</u> (K. Kay, J. Nagle and B. Gould, eds).  New York: Harrington Park Press.

1999:  "What's This About a Few Good Men: Doing Gender at West Point" (with Diane Diamond and Kirby Schroeder) in <u>Masculinities and Schooling</u>, (N. Lesko, ed.). Thousand Oaks, CA: Sage Publications.

EX. L

"Patriarchy's Second Coming as Masculine Renewal" in <u>Standing on the Promises: The Promise Keepers and the Revival of Manhood</u> (D. Claussen, ed). Cleveland: The Pilgrim Press.

1998: "Fear of Feminism"  in <u>Men Do Feminism</u> edited by Thomas Digby.  New York: Routledge.

"Bisexuality: A Sociological Perspective" (with J.H. Gagnon and C. Greenblat) in <u>Bisexualities: The Ideology and Practice of Sexual Contact with Both Women and Men</u> (J. Haeberle and R. Grindorf, eds). New York: Continuum.

1997: "Integrating Men into the Curriculum" in <u>Duke Journal of Gender Law and Policy</u>.

1996:  "Does Censorship Make a Difference?: An Aggregate Empirical Analysis of Pornography and Rape" (with Annulla Linders). <u>Journal of Psychology and Human  Sexuality</u>.

"Defensive Revolutionaries: The Moral and Political Economy of Ethnic Nationalism" in <u>Current Perspectives in Social Theory</u>.
[This article was also Working Paper 6.8 of the Center for German and European Studies, Institute for International Studies, U.C. Berkeley.]

1995: "The National Organization for Men Against Sexism: A Profile" (with R. Brannon) in <u>Handbook of Women's Rights Organizations</u> (Sarah Slavin, ed). Westport: Greenwood.

1994: "Pro-Feminist Writing By Men" in <u>The Oxford Companion to Women's Writing in the United States</u> (Cathy Davidson and Linda Wagner-Martin, eds.). New York: Oxford University Press.

"Ethnicity and the Erotics of Violence" in <u>Critical Essays on **Raging Bull**</u> (Steven Kellman, ed.) Chicago: G.K. Hall.

 "Weekend Warriors: Robert Bly and the Politics of Male Retreat" (with Michael Kaufman). in <u>Feminist Issues.</u>

 "Bisexualitat aus soziologischer Sicht" (with John H. Gagnon and Cathy Greenblat) in <u>Ideologie und Praxis des Sexualkontaktes mit bieden Geschlechtern</u> (Erwin Haeberle and Rolf Gindorf, eds.) Stuttgart: Gustav Fischer.  (in German.)

"Weekend Warriors: The New Men's Movement" (with Michael Kaufman) in <u>Theorizing Masculinities</u> (edited by H. Brod and M. Kaufman). Newbury Park: Sage Publications.
[This article has been reprinted in <u>Women, Men and Gender: Ongoing Debates</u> edited by Mary Roth Walsh. New Haven: Yale University Press, 1996]

12

"Masculinity as Homophobia: Fear, Shame and Silence in the Construction of Gender Identity" in Theorizing Masculinities (ed. by H. Brod and M. Kaufman). Newbury Park: Sage Publications.

1993: "'Born to Run': Fantasies of Male Escape from Rip Van Winkle to Robert Bly (or: The Historical Rust on Iron John)" in masculinities 1(3), Fall, 1993.

"The New Organization Man: What Does He Really Want?" in Harvard Business Review, November-December.
[This article was reprinted in The Harvard Business Review on Work and Life Balance, Cambridge: Harvard Business School Press, 2000]

"Democratic Theory and the New Essentialisms," in Social Research, Fall.

"Consuming Manhood: The Feminization of American Culture and the Recreation of the Male Body, 1832-1920" in Michigan Quarterly Review (special issue on the male body), Fall.

"The 'Invisibility' of Masculinity in American Social Science" in Society, Fall.

"Men's Responses to Women's Demands for Educational Equality, 1840-1990" in Thought and Action (the journal of the National Educational Association).

"Does Pornography Cause Rape?" in Violence UpDate, June.

1992: "Legal Issues for Men in the 1990s" in University of Miami Law Review, special issue
on      Law and Gender.

"Men, Masculinity and Publishing: A Review Essay" in Contemporary Sociology, April.

"The History of Pro-Feminist Men in America, 1776-1990" introduction to Against the Tide, Boston: Beacon Press.

"Pornography and Male Sexuality" in El Pais (Madrid) supplement on Sexuality, May.

1991: "The Making and Unmaking of Men" (a review essay) in Gender and Society

"After Fifteen Years: The Impact of the Sociology of Masculinity on the Masculinity of Sociology" in Men, Masculinity and Social Theory, (edited by Jeff Hearn and David Morgan) London and Boston: Unwin Hyman.

1990: "Baseball and the Reconstitution of American Masculinity, 1880-1920" in Sport, Men, and the Gender Order: Critical Feminist Perspectives, (edited by Don Sabo and Michael Messner) Champaign, IL: Human Kinetics Press, 1989.

13

Ex. L

[A revised version of this article appeared in <u>Baseball and the American Culture: Essays in     Celebration of the 50th Anniversary of the Baseball Hall of Fame</u> (Alvin Hall, ed.) Westport, CT: Meckler, 1991.  A further revised version also appeared in <u>Baseball History</u>, Volume 3, 1991.]

"'Old Ideals' and 'New Prophets': Religion and  Revolution in Iran" in <u>Social Compass</u>, 1988.

"Guilty Pleasures: Pornography in Men's Lives," introduction to Kimmel, ed. <u>Men Confront Pornography</u> (Crown, 1990).

"'Insult' or 'Injury': Sex, Pornography and Sexism" in  Kimmel, ed. <u>Men Confront Pornography</u> (Crown, 1990).

1989:  "Defensive Revolutionaries: The Moral and Political Economy of Ethnic Nationalism in Industrial Nations" in <u>Research on Social Movements, Conflict and Change</u> (L. Kriesberg, ed.) Volume XI.

"From Pedestals to Partners: Men's Reactions to Feminism" in <u>Women: A Feminist Perspective</u> (4th edition) edited by Jo Freeman (Mountain View, CA: Mayfield Publishing Co.)

"The Sixties Without Metaphor" in <u>Society</u>, May/June.

"Men and AIDS" (with Martin P. Levine) in Kimmel and Messner, eds. <u>Men's Lives</u> (Macmillan).
[This essay was reprinted in <u>Men and Intimacy</u>, edited by Franklin Abbott. (Freedom, CA: The Crossing Press, 1990) and in <u>Between Worlds: A Reader, Rhetoric, and Handbook</u>, edited        by Susan Bachmann and Melinda Barth (New York: HarperCollins, 1995).]

"Men's Lives: A View from the Social Sciences" (with Michael Messner) introduction to Kimmel and Messner, eds. <u>Men's Lives</u> (Macmillan).
[Portions of this essay were republished as "Men as Gendered Beings" in <u>Issues in Feminism</u>, edited by Sheila Ruth. Mountain View, CA: Mayfield  1990.]

1988:  "'Disheveled Improvisation': Agrarian Resistance to Industrialization in the late 19th Century" in <u>Rethinking the Nineteenth Century</u> (ed. by Francisco Ramirez). Westport, CT: Greenwood Press.

"From Separate Spheres to Sexual Equality: Men's Responses  to Feminism at the Turn of the Century" in <u>Gender in Intimate Relationships</u> (ed. by Barbara Risman and Pepper  Schwartz). Wadsworth.
[This essay was republished in <u>Sociology of Gender</u> (ed. by Laura Kramer). New York:

14

Oxford University Press, 1990.]

1987: "Men's Responses to Feminism at the Turn of the Century" in  Gender & Society 1(3).

"The Arts and Crafts Movement: Handmade Socialism or Elite Consumerism?" in Contemporary Sociology, 16(3).

"Hard Issues and Soft Spots: Counseling Men About Sexuality" (with Jeffrey Fracher) in Handbook of Counseling and Psychotherapy with Men (edited by Murray Scher and Mark Stevens). Beverly Hills, CA: Sage Publications.

"The Cult of Masculinity: American Social Character and the Legacy of the Cowboy" in Beyond Patriarchy: Essays by Men.  (edited by Michael Kaufman). Toronto: Oxford University Press.

"Reconstituting Community: Moral Economy of Community-Based Social Movements in          Industrial Nations" in Community Development Journal, Fall.

"The 'Crisis' of Masculinity in Historical Perspective" in The Making of Masculinities. (ed. by Harry Brod). Boston: Allen and Unwin.

"From Lord and Master to Cuckold and Fop: Masculinity in Seventeenth Century England" in University of Dayton Review, 18(2).

1986: "Against Satan: Charisma and the Revolt Against Modernity  in Iran," (with Rahmat Tavakol) in Charisma and Politics in the Modern World. (Ronald Glassman and Bill Swatos, eds). Westport, CT: Greenwood Press.

"Towards Men's Studies: An Interdisciplinary Perspective" American Behavioral Scientist, 29(5).

"Teaching About Men: Retrieving Women's Studies Long Lost Brother" in Journal of the National Association for Women Deans, Administrators, and Counselors 49(4).

"Toward a Sociology of Men: A Teaching and Research Agenda" in Journal of the National Association for Women Deans, Administrators and Counselors 49(4).

1985: "Out of the Guilds and into the Streets: The Ideology and Organization of the Arts and Crafts Movement in England and America" in Art, Ideology, and Politics, (Judith Balfe and Margaret Wyszomirski, eds.) New York: Praeger.

"The Ambivalence of Absolutism: State and Nobility in l7th Century France and England" in Journal of Political and Military Sociology, Fall.

15

Ex. L

"Beyond Dependency: New Directions in Research on Latin American Development" in <u>Insurgent Sociologist</u>, Spring.

l984: "Toward the Republic of Virtue: The Ideology and Organization of the Levellers and the <u>sans-culottes</u>" in <u>Research in Social Movements, Conflict and Change</u> (Louis Kreisberg, ed.) Westport, CT: JAI Press.

"Der Mannlichkeitskult: Amerikanscher Sozialcharakter und das Vermachtnis des Cowboys" ("The Cult of Masculinity: American Social Character and the Legacy of the Cowboy") in <u>Amerika: Der Riskante Partner</u>, Andreas Guha and Sven Papke, eds.) Bonn, FRG: Athenaum. (in German)

"Teaching About the '60's in the '80's" in <u>Vassar Quarterly</u>, Winter.

l982: "War, State Finance, and Revolution: Foreign Policy and Domestic Opposition in the Seventeenth Century World Economy" in <u>Foreign Policy and the World System</u>, (Sage Studies in Foreign Policy) (Charles Kegley and Pat McGowan, eds.). Newbury Park, CA: Sage Publications.

l98l: "States and Revolutions: The Implications and Limits of Skocpol's Structural Model" a review essay in <u>American Journal of Sociology</u>, March. (with Jerome L. Himmelstein).

l979: "Beyond Bureaucratic-Authoritarianism: Towards a Theory of Latin American Development" (with Tim McDaniel) in <u>Current Sociology</u>, Spring.

"Absolutism and Crisis: The English Civil War and the Fronde" in <u>The World System of Capitalism: Past and Present</u>, (Walter Goldfrank, ed.) Newbury Park, CA: Sage Publications.

l977: "Wallerstein's <u>Modern World System</u>: A Critique" in <u>Contemporary Crises</u>, l(2).

l975: "The Negation of National Sovereignty: The Multinational Corporation and the World Economy" in <u>Berkeley Journal of Sociology</u>, 20.

EX. L

PUBLICATIONS/ <u>Academic Book Reviews</u>:

2000-2012: For length reasons, I have stopped enumerating individual book reviews. There are about 10 per year.

2000: <u>Rituals of Blood: Consequences of Slavery in Two American Centuries</u> by Orlando Patterson, featured essay in <u>Contemporary Sociology</u>.

1999: <u>A Return to Modesty: Discovering the Lost Virtue</u>, by Wendy Shalit in <u>Men and Masculinities</u> 2(4).

1998: <u>Reaching Up for Manhood</u>, by Geoffrey Canada, in <u>Contemporary Sociology</u>.

1997: <u>Unheroic Conduct</u> by Daniel Boyarin in <u>Contemporary Sociology</u>.

<u>Challenging Macho Values</u> by Jonathan Salisbury and David Jackson, in <u>American Journal of Sociology</u>.

1995: <u>Dual Attraction: Understanding Bisexuality</u>. by Martin Weinberg, Colin Williams, and Douglas Pryor. in <u>Contemporary Sociology</u>.

<u>Gay New York</u> by George Chauncey, and <u>Male Impersonators</u> by Mark Simpson, in <u>Culturefront.</u>

1994: <u>The Romance of Reunion</u> by Nina Silber, in <u>masculinities</u>, 2(2).

1993: <u>Protecting Soldiers and Mothers</u> by Theda Skocpol in <u>Society</u>.

<u>Revolution and Rebellion in the Early Modern World</u> by Jack A. Goldstone. in <u>Social Forces</u>.

1992: <u>Transforming the Revolution</u> by Samir Amin, Giovanni Arrighi, Andre Gunder Frank and Immanuel Wallerstein. in <u>Social Forces</u>.

<u>Pornography in a Free Society</u> by Gordon Hawkins and Franklin Zimring. in <u>British Journal of Sociology</u>.

<u>In the Name of the Fathers: The Story Behind Child Custody</u> by Susan Crean and <u>Fathers' Rights</u> by Jon Conine. in <u>Phoebe: An Interdisciplinary Journal of Feminist Scholarship, Theory and Aesthetics</u>.

1991: <u>You Just Don't Understand</u> by Deborah Tannen. in <u>The Responsive Community</u> 1(1).

<u>Rediscovering Masculinity: Reason, Language and Sexuality</u> by Victor Seidler, in <u>Journal</u>

of the History of Sexuality.

Unleashing Our Unknown Selves: An Inquiry into the Future of Femininity and Masculinity by France Morrow. in Contemporary Sociology.

Fraternity Gang Rape: Sex, Brotherhood and Privilege on Campus by Peggy Reeves Sanday in American Journal of Sociology.

1990: Faces of Degeneration: A European Disorder, 1848-1918. by Daniel Pick. in Society, September/October.

 In the Public Interest: The League of Women Voters, 1920-1970. by Louise Young. in Journal of American History.

1990: Science of Pleasure: Cosmos and Psyche in the Bourgeois World View by Harvie Ferguson.in Contemporary Sociology.

1988: Ritual, Politics and Power by David Kertzer, in American Journal of Sociology.

Comparative Social Research vol. 8: Deviance; and Comparative Social Research vol. 9: Historical Studies, edited by Richard Tomasson. Contemporary Sociology, 17(4).

1987: Radical Islam: Medieval Theology and Modern Politics by  Emmanuel Sivan, in Sociological Analysis.

Revolutions: Theoretical, Comparative and Historical Perspectives edited by Jack A. Goldstone, in Contemporary Sociology.

1986: Experience and Enlightenment: Socialization for Cultural Change in Eighteenth Century Scotland by Charles Camic, in Social Forces.

1985: Reluctant Rebels: Comparative Studies of Revolution and Underdevelopment by John Walton; Roots of Rebellion: Workers' Politics and Organizations in St. Petersburg and Moscow, 1900-1914 by Victoria Bonnell; and The Russian Worker: Life and Labor Under the Tsarist Regime edited by Victoria Bonnell, in Telos.

The Institutions of France Under the Absolute Monarchy, 1598-1789 by Roland Mousnier, in Contemporary Sociology.

l984: Regulating Society by Ephraim Mizruchi, in Society.

Europe and the People Without History by Eric Wolf, in American Journal of Sociology.

Contemporary International Problems by Wesley M. Bagby, in Journal of Political and

EX. L

Military Sociology.

Marxism and Domination by Isaac Balbus, in Contemporary Sociology.

l983:  Art Worlds by Howard Becker, in American Journal of  Sociology.

Outbreaks by Jerry Rose and Social Movements by James Wood and Maurice Jackson, in Contemporary Sociology.

European Imperialism in the Nineteenth and Twentieth Centuries by Woodruff Smith, and From Conquest to Collapse by V.G. Kiernan, in Journal of Political and Military Sociology.

l982:  The Modern World System, Volume II, by Immanuel Wallerstein, in Theory and Society.

Violence, Conflict and Politics in Colombia, by Paul Oquist, in Contemporary Sociology.

The Cheese and the Worms by Carlo Ginzburg, in Theory and Society.

l98l:  The Insitutions of France Under the Absolute Monarchy, l598-l789 and Paris capitale au temps de Richelieu et de Mazarin by Roland Mousnier,in Contemporary Sociology.

l980:  The Culture of Narcissism and Haven in a Heartless World by Christopher Lasch, in Cornell Journal of Social Relations.

Carnival in Romans and The Territory of the Historian by Emmanuel LeRoy Ladurie, in American Journal of Sociology.

Printed Propaganda Under Louis XIV: Absolute Monarchy and Public Opinion by Joseph Klaits, in Contemporary Sociology.

Elites in French Society by Ezra Suleiman, in Contemporary Sociology.

l979:  Milton and the English Revolution by Christopher Hill, in Contemporary Sociology.

Afterthoughts on Material Civilization and Capitalism, by Fernand Braudel, in Berkeley Journal of Sociology.

l978:  The Wayward Gate by Philip Slater, in American Journal of Sociology.

Patriots and Liberators: The Revolution in the Netherlands by Simon Schama, in Theory and Society.

The Peasants of Languedoc by Emmanuel LeRoy Ladurie, in American Journal of

19

Sociology

l977:    The Transition from Feudalism to Capitalism edited by  Rodney Hilton, in American Journal of Sociology.

Passages by Gail Sheehy, in Contemporary Sociology.

The Rise of the Western World by Douglass North and Robert Thomas, in Contemporary Sociology (with Walter Goldfrank).

l976:    An Ethnography of a Chiropractic Clinic by James B. Cowie and Julian Roebuck, in Cornell Journal of Social Relations.

l975:    Tales of Power by Carlos Casteneda, in American Journal of Sociology.

l974:    Journey to Ixtlan by Carlos Casteneda, in American Journal of Sociology.


Regular book review in Psychology Today.  Regular reviews (monthly) in San Francisco Chronicle.  Over 100 others in The New York Times Book Review,  The Nation, Newsday, San Francisco Review of Books, Philadelphia Inquirer, Vassar Quarterly, Brother, Changing Men, In These Times, The Village Voice, and St. Petersburg Times.  A complete list (or sample reviews) available upon request.

PAPERS AND PANEL PRESENTATIONS:

2004-2012: I deliver about 10 keynote lectures at conferences every year, and about twenty lectures on college campuses. In the interests of length, I have stopped enumerating these individually.

2012: "Anders Brevik and American Angry White Men" lecture at National Theatre, Oslo; briefing with Minister of Defense on gender and terrorism

2004: International Women's Day lecture, European Space Agency, Noordwijk, Netherlands;

Lucille Mathuin Mair annual lecture, University of West Indies, Jamaica.

Keynote lecture, "Gender in the Mediterranean" conference, Nicosia, Cyprus

2003-2004: lectures at the following universities: U.S. Air Force Academy, University of Colorado, Boulder, University of Colorado, Colorado Springs, University of Colorado, Pueblo, University of Richmond, Trinity College, Dublin, Waterford Institute of Technology, Ireland.

2003: keynote address, World Women Work conference, Berlin, February.

Keynote address, Women's International Networking Conference, Lausanne, October.

Keynote address on Gender Discrimination and masculinity to LA County Public Defender's Office Conference (mandatory conference for all employees of the office), May.

2002-2003: lectures at the following colleges and universities: Bowdoin College, Colby College, Dartmouth College, University of Southern Maine, Tennessee Tech, The Collegiate School, Harvard University, University of Northern Iowa, Creighton University, Iowa State University, UCLA, University of San Francisco, Colgate University, Hamilton College, University of Oslo, University of Tromso, University of Bergen.

2002: keynote address: Gender Mainstreaming conference, Leipzig, Germany, November.

Annual International Women's Day Lecture, European Commission, Brussels.

2001: Annual International Women's Day lecture, Parliament of Europe, Brussels.

Annual International Women's Day lecture, Council of Europe, Strasbourg.

"Men in Women's Studies" at National Women's Studies Association, Minneapolis, June.

Ex. L

"Workplace Equality: Bringing Men into The Conversation" – invited address to the subcommittee on "gender issues" of the House of Lords, London. November

"Men's Issues in Education" for the Men's Issues Study Group, National Education Association annual meeting, Los Angeles, 1 July.

2001-2002: Lectures at the following schools, colleges and universities: Bowling Green State University, College of Wooster, Miami University, Ohio University, Wright State University, Colorado College, University of Colorado, Boulder, University of Colorado, Colorado Springs, Vanderbilt University, McNeese State University, Lehigh University, Amherst College, Smith College, Western Kentucky University, College of New Jersey, Choate/Rosemary Hall School, Phillips Academy, Andover, D.C. Parents Council, Packer Collegiate School.

2000: "What About the Boys?" keynote presentation at Sixth Annual Conference on Gender Equity in Schools, Wellesley College, January.

"Integrating Men into Gender Equity Work" presented at Ms. Foundation, New York City; Alan Guttmacher Institute, New York City; Planned Parenthood conference, Marco Island Florida.

"The Politics of Masculinity and the Masculinity of Politics: The Rhetoric Gender Politics in the U.S." keynote speech at conference on Rhetorics of Masculinity, University of Seville, Seville, Spain, February.

"Men, Masculinities and Development" keynote lecture at international conference on masculinity, University of Bahia, Brazil.

"The History of Masculinity in America" keynote speech at conference on Representing the Male, John Moores University, Liverpool, U.K., August, 2000.

Lectures at the following colleges and universities: University of Richmond, University of Colorado, Sweet Briar College,. Randolph Macon College, Gustavus Adolphus College, New College, SUNY at Brockport, ; also Feminist Majority conference, Nordic Ministers panel on gender Equality, United Nation Beijing +5 conference; annual dinners for Planned Parenthood of Massachusetts, Amarillo, Texas, and Monterey County, California.

1999: "Fathers and Sons: Where are the Men?" at Families and Work Conference "Work, Family and Community after 2001" January.

"Integrating Masculinity into Health and Population Research" keynote lecture at conference on Masculinity, Health and Population, Mexico City, March.

22

EX. L

lectures at the following colleges and universities: Lewis and Clark College (keynote speaker at Gender Symposium); Willamette University, Michigan State University, Southwest Missouri State University,

1998: "Gender: What Do We Know? What Do We Think We Know? What Do We Need to Know" Opening keynote address at inauguration of the Fisher Center for the Study of Women and Men, Hobart and William Smith College, October.

"Educating Women and Men Equally" keynote address at conference on Coeducation in the 21st Century at Wheaton College, October.

"Towards a History of Masculinity: Comparative Questions" keynote lecture at conference on history of gender sponsored by the Swedish Academy of research, Stockholm, July.

"The History of Masculinity in America" featured lecture at the Chicago Humanities Festival, October.

"The (Gender) Development of (Gender) Underdevelopment: The Simultaneous Production of Hegemonic and Subaltern Masculinities in Europe and the United States" keynote lecture at conference on "Gender Equity in Latin America and the Caribbean: Challenges from Male Identities," Santiago, Chile, 8-10 June 1998

Lectures at the following colleges and universities: University of Northern Iowa, Hartwick College, Swarthmore College, Ohio Wesleyan University, Montifiore Hospital (grand rounds)

1997: "What's This About a Few Good Men?" Negotiating Sameness and Difference in Military Education from the 1970s to the Present (with Diane Diamond and Kirby Schroeder). American Sociological Association meetings, Toronto, August.

"Reducing Men's Violence:The Personal Meets the Political" prepared for a conference on "Male Roles and Masculinities in the Perspective of a Culture of Peace" sponsored by UNESCO, Oslo Norway, 24-28 September.

"Different Planets, Same School: Can Women and Men Learn Together as Equals?" Convocation address, Hobart and William Smith Colleges, 16 September

1997-1998: lectures at the following colleges and universities: University of Oslo, Vanderbilt University, Belmont College, Shippensburg University, Indiana State University, Quincy University, Marshall University, Jersey City State College, Montifiore Hospital (grand rounds).

EX. L

1996: "Gender and Social Movements" at Presidential panel of the American Sociological Association, New York, August.

"A Comparative Theory of Masculinity: Towards a Research Agenda," keynote lecture at conference on "Masculinity in the West Indies," University of the West Indies, Trinidad

"Where Now for Men?" a debate with Robert Bly. Keynote lecture at the national Conference on Men and Masculinity, Portland, Oregon. July.

1995-1996: lectures at the following universities: University of Utah, Jersey City (N.J.) State College, Organization for Economic Cooperation and Development (OECD, Paris), University of Aarhus, Denmark, Cornell University, Duke University Law School, University of Richmond.

1994: "The Gender of Social Movements" Presidential panel at American Sociological Association meetings, Los Angeles, August.

"Fear, Shame and Silence: Towards a New Politics of Masculinity" keynote speech at the National Conference on Men and Masculinity, August.

"Revenge, Retreat and Reconciliation: Men's Responses to Feminism in the United States" keynote lecture at Conference on Men's Families, Danish Equal Status Council, Copenhagen.

1994-1995: Lectures at the following schools and universities: University of Copenhagen, University of Roskilde, University of Oslo, University of Stockholm, University of Aarhus, Denmark, Folkuniversitetet (Gothenborg, Sweden), Wabash College, University of Notre Dame, St. John's University, College of Saint Benedict, Illinois State University, Illinois Wesleyan University, The Hotchkiss School, The Park School, Greenwich Academy, Goucher College, Vanderbilt University

1993-1994: Convocation lectures at Lafayette College, Central Washington University, St. Lawrence University. Other lectures presented or scheduled at Hamilton College, Syracuse University, Illinois Wesleyan University, Colgate University, University of Georgia, Emory University, Duke University, St. Benedict's College, Ivy Tech (Indianapolis).

1992-1993: lectures presented at the following colleges and universities: Hampden-Sydney College, University of Richmond, University of Wyoming, Colorado State University, Stanford University, Lafayette College.

1992: "From Biological Imperative to Power Struggle: Images of Masculinity in 20th Century Sociology" at Thematic Session on "Gender and Reconceptualizing Sociology," at the annual meetings of the American Sociological Association, Pittsburgh, August.

Ex. L

"Sexual Fantasies and Gender Scripts: Heterosexual Women and Men Construct their Ideal Sexual Encounters" with Rebecca F. Plante, presented at the annual meetings of the American Sociological Association, Pittsburgh, August.

"Tame Questions for Wild Men" at the Second International Men's Conference, Austin, October.

"Fear, Same and Silence: Towards a New Theory of Masculinity" keynote address at the First "Man to Man" Conference for Men in the Helping Professions, Ontario Institute for Studies on Education (OISE) at University of Toronto, September.

1991-1992: lectures presented at the following colleges and universities: Princeton University, Lehigh University, Allbright College, Ramapo College, University of Texas, Tulane University, Louisiana State University, Temple University, Monroe County Community College.

1991: "Pornography, Sexuality and Violence: An Empirical Study" (with Annulla Linders) presented at annual meetings of the American Sociological Association, Cincinnati, August.

"The Moral and Political Economy of Ethnic Nationalism in Eastern Europe and the Soviet Union" paper presented at the Conference on Regime Liberalization and Social Movements at the Kellogg Institute, University of Notre Dame.

"Guilty Pleasures: Pornography and Men's Lives" keynote lecture on Cultural Constructions of Sexuality conference, University of Michigan, October.

1990-1991: lectures given at the following colleges and universities: Mt. Union College, Haverford College, Kean College, University of North Carolina, North Carolina State University, Duke University, Nazareth College, University of Rochester, Hobart and William Smith College, Southern Methodist University, University of Miami Law School, Florida Atlantic University.

1990: "Defensive Revolutionaries II: The Moral and Political Economy of Ethnic Nationalism in Eastern Europe and the Soviet Union" at the World Congress of Sociology, Madrid, Spain, July.

1989: "Baseball and the Reconstitution of American Masculinity, 1880-1920" at Fiftieth Anniversary of Baseball Hall of Fame, Cooperstown, New York, June 6.

"Men and Sex in the Age of AIDS" keynote address at New Jersey Nurses Association, March.

1988-1989: lectures given at the following colleges and universities: Hobart College, Vassar College, Wheaton College.

Case 2:16-cr-00021-PP   Filed 07/20/18   EX. L   Page 25 of 32   Document 145-12

1988:  "From 'Conscience and Common Sense' to 'Feminism for Men':  Pro-Feminist Men in Victorian America" at Research Conference on Masculinity in Victorian America, 8-9 January,   Columbia University. (also presented at annual convention of the American Sociological Association, Atlanta, GA.

1988:  "Sex: Male, Sexuality: Masculine: Gendered Sex in the Age of AIDS" invited address to International Academy of Sex  Research annual conference, Minneapolis, MN.

"After Fifteen Years: The Impact of the Sociology of  Masculinity on the Discipline" keynote speech at Conference on "Masculinity and Social Theory" sponsored by the British  Sociological Association, Social Theory Group, Bradford, England, 15-17 Sept.

1987-1988: lectures delivered at the following colleges and  universities: University of Kansas, Siena College, Ohio Wesleyan University, University of Virginia, University of  Richmond, Lewis and Clark College, New School for Social Research, Rutgers University School of Nursing, School of Visual Arts.

1987: "The State of Sex Research, Sex Research and the State" keynote address at Society for the Scientific Study of Sex annual meeting, April.

"The 'Crisis' of Masculinity in Historical Perspective" at <u>The New Gender Scholarship</u> Conference, University of  Southern California, February.

"The Promise of Desire: Sex and the American Dream" presider and discussant, Eastern Sociological Society  meetings, Boston.
"'Disheveled Improvization': Rural Reactions to Industrialization in the 19th Century" at American Sociological Association, Chicago, August.

1986-7: lectures at the following colleges and universities: S.U.N.Y. at New Paltz, Barnard College, S.U.N.Y. at Oneonta, New School for Social Research, Brooklyn College, Hobart College.

1985:  "Charisma and Revolution in Iran" at American Sociological  Association convention, session on Political  Sociology.  Washington, D.C.

"The Ideology and Organization of the Arts and Crafts Movements in England and the United States" at American Sociological Association convention, session Social Movements. Washington, D.C.

"Redefining the Hero" at Imagine There's a Future Conference,  Los Angeles, August.
(for    40th anniversary of Hiroshima)

"Teaching Men's Studies: What's at Stake" at Tenth National Conference on Men and

26

Ex. L

Masculinity, St. Louis. June.

"Feminist Theory and Male Scholarship" organizer and  participant in panel discussion at Third Annual  Research Conference on Women, Rutgers University, May.

"The Social Construction and Reconstruction of Masculinity"  keynote address as Rockland County Conference on Men, May.

1985-6: lectures at the following colleges and universities: New York University, Hobart College.

l984:   "Rentes and Revolt: Fiscal Crisis and Political Opposition in mid-l7th Century France" at Eastern Sociological  Society  meetings, Boston.

"The Feminist Critique of Arts and Crafts Movement" at Second  Annual Research Conference on Women, Rutgers University, May.

"Pornography and Sexual Freedom" at 9th National Conference on Men and Masculinity, Washington, D.C.

"Masculinity: Deconstructing the Social Construction" lecture at 92nd St. Y lecture series.  January.

l983:   "Against Satan: Charisma and the Revolt Against Modernity in Iran" at Max Weber Colloquium, William Paterson College, October.

"Out of the Guilds and into the Streets: The Ideology and Organization of the Arts and Crafts Movement" at Social Theory and the Arts Conference, Rutgers University, October.

"Starvation Diet: The Political Ecology of Third World Agriculture" keynote address at Urban Symposium, Jersey City State College, June.

moderator "Feminists, Feminism, and Social Movements" panel at First Annual New Jersey Research Conference on Women, Rutgers University, June.

discussant and moderator "The Formation of the European and American Proletariat" panel at Proletarianization: Past and Present conference, Rutgers University, May.

l982:   "Toward the Republic of Virtue: The Ideology and Organization of the Levellers and the sans-culottes" at American Sociological Association convention, San Francisco.

l979:   "The Fiscal Crisis of the Absolutist State" at American Soc. Association convention, Boston.

l978: "Absolutism and Crisis: The English Civil War and the Fronde" at Political Economy of the World System conference, U.C., Santa Cruz.

l976: Roundtable discussion leader, "Recent Marxist Theories of the State" at American Sociological Association convention, New York.

discussant, "Imperialism and Social Classes" panel at Society for the Study of Social Problems convention, New York.

l975: "The Negation of National Sovereignty: The Multinational Corporation and the World Economy" at Society for the Study of Social Problems convention, San Francisco.

l974: "Images of Women in Western Social Thought" Women's Week, SUNY at Oneonta.

EX. L

ARTICLES ABOUT MICHAEL KIMMEL:

2015 articles in The New York Times, Washington Post, Esquire, Atlantic, and dozens of other newspapers and magazines about the launching of the Center for the Study of Men and Masculinities.

2011: More than 30 articles about A Guy's Guide to Feminism.

2008: More than 100 articles in magazines and newspapers about Guyland.

1995:   "Why is Michael Kimmel So Happy?" in Wabash Commentary (cover story), February.

1993:   "A Pro-Feminist Man Looks at Men's Studies and Men's Movements" in U.S.-Japan Women's Journal, 13.
          "Scholars Debunk the Marlboro Man: Examining Stereotypes of Masculinity" in The Chronicle of Higher Education 3 February.

1992:   "Pro-Feminist Man" cover story in East Bay Express, March.
          "Have We Got a Husband for You!" in Newsweek, 5 November.

1989:   "A Clean Sweep for Our Relationships" in People special issue on Trends of the 1990s.
          "A Focus on Masculinity" in Insight

Dozens of other articles about me and my work in magazines and newspapers.


PERFORMANCES, EXHIBITIONS AND OTHER MEDIA ACTIVITIES

2015: TED Women speaker.
http://www.ted.com/talks/michael_kimmel_why_gender_equality_is_good_for_everyone_men_included


2012-present: regular contributor, CNN.com and Time.com

2009-present: regular columnist, The Huffington Post – monthly blog posts

2009-present: regular columnist, Ms. Magazine – monthly blog posts

2005: "The Rodeo and the West: The Photographs of Donald Woodman" catalog essay for photography exhibition, New Mexico State University Art gallery.

2003:   Foreword to Familiar Men photographs by Laurie Toby Edison.  San Francisco: Shifting Focus Press.

1990-1991: "Post- Boys and Girls, But Still Gendered" catalog essay for exhibit, "Post- Boys and Girls" at Artists Space, November, 1990-January 1991.

1988:   Instructor's Manual to Reflections on American Society video  to accompany Sociology

29

(edited by Hess, Markson and Stein) Third edition, New York; Macmillan.

1988: Student Manual for "Travels to the Desert Horn" computer simulation to accompany <u>Sociology</u> (edited by Hess, Markson and Stein) Third edition, New York; Macmillan.

1986: participation in MASS Project, organized by Group Material; co-produced two panels for traveling art exhibition.  (in New York, exhibition appeared at The New Museum.)

EX. L

EDITORIAL POSITIONS:

current:       Editor, <u>Men and Masculinities</u>, scholarly journal
                Series Editor, "Global Masculinities" Palgrave Books
                Advisory Editor, <u>International Journal of Men's Health</u>
                Editorial Board, <u>Psychology of Men and Masculinity</u>
                Editorial Board, <u>Journal of Social Change and Critical Inquiry</u>
                [http://www.uow.edu.au/arts/joscci]

past positions: Editorial Collective: Rose Series of the American Sociological Association
                Consulting Editor, <u>Contexts</u> (2002-5)
                Series editor, <u>Research on Men and Masculinities</u>. Sage Publications.
                Series editor, Men and Masculinities, University of California Press.
                editor, special issue of <u>Social Compass</u> ("Religion and Revolution in Iran")
                Contributing Editor, <u>Psychology Today</u> (1986-1992)
                Associate Editor, <u>Journal of the History of Sexuality</u> (1990-1994)
                Editorial Board: <u>Studies in Historical Social Change,</u> U of Kansas Press
                Associate Editor, <u>Gender & Society</u>. (1990-1993)
                Book Review Editor, <u>Society</u> (1982-1987).
                editor, special issue of <u>American Behavioral Scientist</u> (1985)
                Contributing Editor, <u>Theory and Society</u> (1978-1985).
                Contributing Editor, <u>San Francisco Review of Books</u> (1976-1986).
                Contributing Editor, <u>Working Papers on the Kapitalistate</u> (1975-1978).
                Co-editor, <u>Berkeley Journal of Sociology</u> (1974-1975).

editorial reviewer: <u>American Sociologist</u>, <u>Gender & Society</u>, <u>Theory and Society</u>, <u>American Studies</u>, <u>American Sociological Review</u>, <u>Social Psychology Quarterly</u>, <u>American Journal of Sociology</u>, <u>Sociology of Marriage and the Family</u>, <u>Family Planning Perspectives</u>, <u>Journal of American History</u>.

Case 2:16-cr-00021-PP   Filed 07/20/18   Page 31 of 32   Document 145-12

EX. L

COMMITTEES:

current:  Chair, Martin P. Levine Memorial Dissertation Award Committee, Sexualities Section,
                American Sociological Association
2012-2015:ASA Distinguished Scholarly Book Award committee
2003-4: Chair, Sex and Gender Section, American Sociological Association
2003-4: Chair, Jessie Bernard Award Committee, ASA
1993-4: "Gender Module Committee" General Social Survey
1990-1992: Council, section on Comparative and Historical Sociology, American Sociological
        Association.
1986-7: Selection Committee, Pre-Dissertation Fellowship Awards, Council for European
        Studies
1985-1987: co-chair, Committee on the Status of Women, Eastern Sociological Society


ADVISORY BOARDS:
Wellesley College Center for Research on Women
True Child
Daughters: For Parents of Girls
Dads and Daughters
Take Our Daughters and Sons to Work Day


REFERENCES:

Dr. Martin B. Duberman, Distinguished Professor of History, Emeritus, Lehman College, CUNY
Dr. Cynthia Epstein, Distinguished Professor of Sociology, CUNY Graduate Center, 365 5th
        Ave.,New York, NY 10016
Dr. John Gagnon,  Dept. of  Sociology, SUNY at Stony Brook, Stony Brook, NY 11794
Dr. William Gamson, Department of Sociology, Boston College, Chestnut Hill, MA
Dr. Michael Schwartz, Chair, Dept. of Sociology, SUNY at Stony Brook, Stony Brook, NY
        11794

Ex. L