# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

October 30, 2018

Honorable William E. Duffin
U.S. District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: *United States v. Samy Hamzeh*
Case No. 16-CR-21 (WED)

Dear Magistrate Judge Duffin:

Yesterday the defense filed a motion seeking to adjourn next week's status conference. In it, we indicated one reason we had for seeking the adjournment was continuing concerns about the transcripts. After we filed the motion, the government expressed concern that the Court might conclude that the government agreed with our position on the transcripts and the problems that persist. We didn't intend such an implication. We merely intended to communicate our view on the transcripts and that, as to the adjournment request, the government did not oppose it. This letter should clarify that the government does not agree with our assessment of the transcripts.

That being said, we will continue to try to work with the government on the transcripts and hope to have the problems resolved without the Court's intervention.

FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.

Honorable William E. Duffin
October 30, 2018
Page 2


Thank you for your consideration.

Sincerely,

/s/   Craig W. Albee

CWA/cm