UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs.*                            Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

    *Defendant*.

## MOTION TO SEAL

Samy Hamzeh, by counsel, under General Local Rule 79(d), hereby requests that the Court file and maintain under seal Exhibits A through E referenced in his Omnibus Memorandum filed via CM/ECF to the Court today as the exhibits are subject to a protective order issued by the Court.

Dated at Milwaukee, Wisconsin this 11th day of December, 2018.

                Respectfully submitted,

                /s/    *Craig W. Albee*
                Craig W. Albee, WI Bar #1015752
                FEDERAL DEFENDER SERVICES
                  OF WISCONSIN, INC.
                517 E. Wisconsin Ave. - Rm 182
                Milwaukee, WI 53202
                Tel. (414) 221-9900
                e-mail: craig_albee@fd.org

                *Counsel for Defendant*, Samy M. Hamzeh