Filed with the Classified Information Security Officer
CISO [signature]
Date 05/01/2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMY HAMZEH,

    Defendant.

Case No. 16-CR-21

<u>FILED IN CAMERA, EX PARTE AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE</u>

**(U) GOVERNMENT'S CLASSIFIED *IN CAMERA, EX PARTE* RESPONSE TO THE DEFENDANT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(D)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**