UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs.*                                                                         Case No.  16-CR-21

SAMY M. HAMZEH,

    *Defendant*.

## MOTION TO SET PRETRIAL DATES

Samy Hamzeh, by counsel, files this unopposed motion to set dates and deadlines leading up to trial. At the status conference setting a trial date, the parties were directed to inform the Court about dates and deadlines leading up to the trial. These dates are proposed with agreement of the government. Here is what the parties propose:

- o   The parties will disclose experts by September 4.
- o   The Court's joint pretrial filing will be filed on September 20.
- o   The government will turn over any grand jury transcripts that must be disclosed by October 14.
- o   The parties request that the jury questionnaire be sent out 60 days before trial—August 21.

Dated at Milwaukee, Wisconsin this 31st day of July, 2019.

> Respectfully submitted,
>
> /s/       *Craig Albee*
> Craig W. Albee, WI Bar #1015752
> FEDERAL DEFENDER SERVICES
>   OF WISCONSIN, INC.
> 517 E. Wisconsin Ave - Rm 182
> Milwaukee, Wisconsin 53202
> Tel.: (414) 221-9900
> E-mail: craig_albee@fd.org
>
> *Counsel for Defendant,* Samy M. Hamzeh