UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

SAMY M. HAMZEH,

        Defendant.

Case No. 16-cr-21-pp

---

### ORDER REQUIRING DEFENDANT TO PROPOSE A REVISED JUROR QUESTIONNAIRE

---

Prior to the last scheduled trial date, the defendant submitted a proposed juror questionnaire. Dkt. Nos. 133, 134. The defendant proposed that the court send out the questionnaire and require potential jurors to return it at least ten days prior to trial. Dkt. No. 133 at 1. The defendant also informed the court that while the government took no issue with most of the questions the defendant had proposed, there were a few on which the parties disagreed; the defendant identified those few. Id. at 1-3.

As the court turned its attention to preparing for the trial (scheduled to begin October 21, 2019), it began to review the questionnaire, and the disputed questions. In the process, the court consulted with the jury coordinator in the clerk's office. The court learned that the clerk's office allows a total of **six** pages for a jury questionnaire, including the cover letter to the prospective jurors and the signature block. More specifically, the clerk's office will mail three pages of

paper with printing on both sides of each sheet. The questionnaire the defendant has proposed is nineteen pages long, single-sided.

Before the court rules on any disagreements the parties have over particular questions, the court will require the defendant to submit a revised questionnaire that is no longer than six pages, including the cover letter and the signature block. If the parties disagree about any questions on the revised questionnaire, the court will rule on those disagreements as quickly as possible after the parties identify them.

The court will not set a deadline for the defendant to file the revised questionnaire—it assumes, given that the defendant wants to get the questionnaires out quickly so that the jurors can return them in advance of trial, that the defendant will file the revised questionnaire as soon as he is able.

The court **ORDERS** that the defendant must file a revised proposed jury questionnaire that is no longer than six typed pages, including the cover sheet and signature block.

Dated in Milwaukee, Wisconsin this 22nd day of August, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**