CONFIDENTIAL JUROR QUESTIONNAIRE

Your answers in this questionnaire will only be used by the parties, the judge, and their assistants. <u>Your answers will be kept confidential</u>. It may be necessary to follow up on some responses with additional questions. Please mark any of your responses with a (*) if you prefer that any follow up questions be asked privately. Complete and truthful answers to all of these questions are essential. Please answer each question as completely and accurately as you can. Answer each question by yourself, without anyone's help. If you need assistance in completing the questionnaire, please ask the court staff for help. If you are not sure whether a question applies to you, please answer it. **If you need additional space for your responses, please use the blank last page to elaborate.**

Please remember that there are no "right" or "wrong" answers to these questions. It is essential that you be complete and honest. Do not leave any questions blank—if a question does not apply to you, write "N/A". You are expected to sign your questionnaire and your answers will be given the same effect as a statement given to the Court under oath. Do not discuss this case with anyone. That includes friends and family members. Do not read, watch, or listen to any media accounts or conversations about this case. Do not look up this case on the internet. If you are exposed accidentally to information or discussion about this case, please inform the Judge when you appear for individual questioning.

| Name:<br><br>Marital Status:<br><br>Gender:<br><br>Race:<br><br>Ethnic Background: | City and county in which you currently live, and how long you have lived there:<br><br><br>Highest grade you completed in school (if college, please list any degree(s) received): | Current employer & job title [if retired or unemployed, what/where was your last job]<br><br>Other than your current job, what other kinds of jobs have you had in the past?:<br><br><br>Have you ever supervised others at your job? ☐ Yes  ☐ No |
|---|---|---|
| Have you, your spouse or partner, or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)? ☐ Yes  ☐ No<br>If yes, please explain:<br><br><br>Have you ever *applied for a job* with any federal, state or local law enforcement department, prosecutors office or corrections? ☐ Yes  ☐ No<br>If yes, please explain: | Have you, or anyone close to you, received training or taken courses, in any of the following areas?<br>☐ Law Enforcement  ☐ Law<br>☐ Criminal Justice  ☐ Religion<br>☐ Corrections  ☐ Terrorism<br>☐ Firearms or Weaponry<br>☐ Forensic sciences (fingerprints, DNA, trace evidence)<br><br>If yes, please explain: | Spouse/partner's current employer & job title [if retired or unemployed, what & where was last job]<br><br><br><br>Spouse/partner's highest level of education completed (please list any degree(s) received): |

| What groups have you or your spouse/partner donated money or volunteered time? |
|---|

| Have you ever attended a meeting, sponsored an effort, or supported any group that deals with victim's rights or assistance? ☐ Yes  ☐ No    If yes, please explain: |
|---|

| Have you or anyone close to you ever been employed in any capacity or volunteered for any criminal defense organization? If "yes" to someone close to you, also state that person's relationship to you): | Have you or anyone close to you ever been employed or volunteered, in any law enforcement or prosecutors office? If yes, please explain. |
|---|---|

**PLEASE USE <u>PAGE 6</u> IF YOU NEED ADDITIONAL SPACE FOR A RESPONSE.**

| | |
|---|---|
| Have you or your spouse/partner ever belonged to any civic, social, political, environmental, professional or trade clubs or organizations? Please identify the group and any leadership position held: | **Please check the response that best describes your personal belief for each of the following:**<br><br>(a) A criminal defendant is innocent until proven guilty beyond a reasonable doubt.<br><br>☐ Strongly Agree  ☐ Somewhat Agree  ☐ Somewhat Disagree  ☐ Strongly Disagree |
| | (b) If a person is brought to stand trial in a criminal case, the person is probably guilty.<br><br>☐ Strongly Agree  ☐ Somewhat Agree  ☐ Somewhat Disagree  ☐ Strongly Disagree |
| | (c) There are too many technicalities in the law that allow guilty people to go free.<br><br>☐ Strongly Agree  ☐ Somewhat Agree  ☐ Somewhat Disagree  ☐ Strongly Disagree |
| What is your primary source of news (e.g. newspapers, internet, TV, radio, social media, etc.), and what newspapers, social media news sites, TV news programs, or radio news programs do you use? | (d) Regardless of what the law says, a criminal defendant should be required to prove his/her innocence.<br><br>☐ Strongly Agree  ☐ Somewhat Agree  ☐ Somewhat Disagree  ☐ Strongly Disagree |
| | (e) Even though the law says a defendant has the right not to testify, an innocent person accused of a crime should testify.<br><br>☐ Strongly Agree  ☐ Somewhat Agree  ☐ Somewhat Disagree  ☐ Strongly Disagree |
| | Do you believe that the testimony of law enforcement officers should be given more weight, less weight, or the same weight as the testimony of other witnesses? Please explain. |
| Some people believe that law enforcement officers are too restricted in what they are allowed to do when trying to catch criminals. What is your opinion? | What is your opinion about whether there should be laws in effect for greater gun control in our country, and have you ever been a part of any group or effort that seeks to modify gun laws? |
| Are you a gun owner or do you have guns in your household?<br>☐ Yes    ☐ No<br><br>If yes, what type(s): | Do you have a concealed carry permit, or do you plan to get one?<br>☐ Yes    ☐ No | Have you ever handled a gun?<br>☐ Yes    ☐ No    If yes, why? |
| | Have you ever been to a firing range?<br>☐ Yes    ☐ No | |
| Do you belong to a church, mosque, synagogue, or any other religious community?    ☐ Yes   ☐ No    If yes, which one and how often do you attend services?<br><br>Do you now or have you ever had a position of leadership in your religious community? ☐ Yes   ☐ No  If yes, please explain: | Have you or has anyone close to you ever been a member of the Masons (Freemasons) or any of the affiliated organizations (e.g. Scottish Rite or York Rite, Shriners, Eastern Star, Rainow Girls, etc.) and/or have you visited a Masonic lodge or building where meetings/ ceremonies take place? ☐ Yes     ☐ No<br>If yes, please explain. |

**PLEASE USE PAGE 6 IF YOU NEED ADDITIONAL SPACE FOR A RESPONSE.**

| | |
|---|---|
| Do you have any personal experience with people who are Muslim, or practice the Muslim (Islam) religion?<br>☐ Yes ☐ No If yes, please explain. | |
| Have your experiences with people who are Muslim generally been:<br><br>☐ Positive ☐ Negative ☐ Mixed ☐ Not Applicable | Some people think that people who are Muslim are more likely to be violent than people of other faiths. What do you think? |
| Do you believe that Muslims or people of Arab descent are more or less law abiding than other people?<br><br>☐ More law abiding ☐ Less law abiding ☐ About the same as others | |
| Do you believe that Muslims or people of Arab descent are generally more truthful, less truthful or about the same as other people?<br><br>☐ More truthful ☐ Less Truthful ☐ About the same as others | |
| Would you vote for a Muslim for President?<br>☐ Yes ☐ No | |
| Do you think prejudice against Muslims or people of Arabic descent is a problem in Wisconsin? ☐ Yes ☐ No<br>Please explain. | Do you know, have any experience with, or have an opinion about people who identify as Jordanian or Palestinian?<br>☐ Yes ☐ No If yes, please explain. |
| What opinions have you heard your friends and family members express about the conflicts between Israelis and Palestinians? | Have you ever visited Israel and/or Palestine? ☐ Yes ☐ No<br>If yes, please state where you visited and the reason for your visit. |
| How aware/concerned are you about conflicts between Israel/Palestine?<br><br>☐ More than most people I know<br>☐ About the same as post people I know<br>☐ Less than most people I know | What is your view regarding the conflicts between Israelis and Palestinians?<br><br>☐ My sympathies are more with the Israelis<br>☐ My sympathies are more with the Palestinians<br>☐ My sympathies are about equal on both sides<br>☐ No opinion |
| The defendant is a Muslim of Palestinian descent. Have you had any experiences with Muslims, Palestinians, or persons of Middle Eastern descent that would make it difficult for you to be fair and impartial to the defendant? ||

**PLEASE USE PAGE 6 IF YOU NEED ADDITIONAL SPACE FOR A RESPONSE.**

| What is your opinion of attorneys who prosecute people accused of crimes? | What is your opinion of criminal defense attorneys? |
|---|---|

An "entrapment defense" alleges that law enforcement, and people working for them, went too far by encouraging people to commit crimes that they otherwise would not have committed. Some people believe that this type of defense should not be allowed and would not be open to considering it. What, if any, is your opinion?

| What are your thoughts and opinions about the immigration policies of the United States? | Some people believe that we allow too many people who are not citizens of the U.S. to *legally* immigrate here to work or attend school, and that we give these immigrants too many rights. What do you think? |
|---|---|

| Have you or a close friend or relative been the victim of, or witness to, any kind of crime, in which a person was injured, killed or in danger (even if it was not reported)? If yes, please briefly describe that situation. | Are you familiar with any case or situation that involves a confidential informant, or do you know anyone who has ever worked as a confidential informant?   ☐ Yes   ☐ No   If yes, please explain. |
|---|---|
| | Are you familiar with any situation in which a person was recorded, either on audio or video, without their knowledge – so one person was recording without the other person's knowledge?   ☐ Yes   ☐ No   If yes, please explain. |

The defendant in this case is Samy Hamzeh. Mr. Hamzeh is charged with illegally obtaining machine guns. The government believes he planned an attack on the Masonic Center in Milwaukee to kill people there. Mr. Hamzeh has plead not guilty to these charges.

There has been publicity about this case in the news media. There is nothing at all wrong about your having read or heard of the case, or having discussed the case, or having opinions about the case. We simply need to know what you know or have heard about the case, and what your thoughts and opinions are.

Have you heard of this case?   ☐ Yes   ☐ No

| Please describe what you remember hearing about the case on the television or radio, including any programs, news reports, talk shows, or internet sources, that particularly stand out in your mind. | Have you used Google or other similar search engines to find information about this case?   ☐ Yes   ☐ No |
|---|---|
| | Have you written any on-line comments or posts about any aspect of this case?  ☐ Yes   ☐ No |

| What kinds of things have you heard other people say about this case, or about any matters related to this case? | What kinds of things have you said to other people about this case, or about any matters related to this case? |
|---|---|

**PLEASE USE PAGE 6 IF YOU NEED MORE SPACE FOR A RESPONSE.**

| | |
|---|---|
| Before receiving your jury duty letter, what were your thoughts and opinions about this case? | Have you or has anyone that you know in any way been involved in or affected by the events of this case?<br>☐ Yes   ☐ No    If yes, please explain. |
| Have you or has anyone you know been in any way impacted by any events that involved foreign or domestic terrorism, or threats or fears of terrorism?  ☐ Yes   ☐ No  If yes, please explain. | What did you think or feel when you realized you were being considered as a potential juror in this particular case? |
| If you or someone close to you were charged with a crime, would you be satisfied with someone who thinks like you as a juror? Please explain.<br><br>What is the condition of your hearing and eyesight? | The trial of this case could take up to two weeks. Do you currently have any situation in your life that you believe is extreme or severe enough that you should be excused from jury service due to hardship (medical, personal, family, or professional)?  If yes, please explain. |
| Based on this questionnaire, or anything you've heard, or for any other reason, are you thinking to yourself at this moment that I am leaning towards or favoring the prosecution? | Is there any matter not covered by this questionnaire that should be brought to the attention of the Court because it would affect your ability to decide whether the defendant is guilty or not guilty of the crimes charged? If yes, please tell us what it is: |

Is there anything else that you would like to tell us, or that you feel we should know about you?

I declare under the penalty of perjury that all my answers to the questions on this questionnaire are true and correct to the best of my knowledge and belief.

_____     _____     _____
Print name                                           Signature                                           Date

**PLEASE TURN OVER AND USE <u>PAGE 6</u> FOR ADDITIONAL WRITING SPACE**

CONFIDENTIAL JUROR QUESTIONNAIRE

**PLEASE USE THIS SPACE TO PROVIDE MORE DETAIL**