

# KENNETH IAN ROBBINS, MD, MPH

_____

**CONTACT INFORMATION:** P.O. Box 259428
Madison, WI 53725-9428
Phone 608-220-5428© 608-258-8291(O)
Fax 877-614-5910
E-mail  kirobbin@wisc.edu

## EDUCATION

| | |
|---|---|
| Undergraduate: | 1969-1973:  University of Rochester, B.A. |
| Medical School | 1973-1977:  University of Michigan Medical School, M.D. |
| Graduate School: | 1979-1980: University of Michigan School of Public Health Department of Health Planning and Administration, M.P.H. |
| Residency | 1977-1978:  Internship, St. Mary's Hospital, Grand Rapids, MI |
| | 1980-1982:  Internal Medicine, Blodgett Memorial Medical Center/ St. Mary's Hospital, Grand Rapids, MI |
| | 1982-1985:  University of Wisconsin Department of Psychiatry |

**LICENSURE** — Wisconsin Dept. of Safely and Professional Services, Medicine and Surgery
The Medical Board of California, Physician and Surgeon

**BOARD CERTIFICATION** — American Board of Psychiatry and Neurology in the
Specialty of Psychiatry, 11/86

Diplomat of the American College of Internal Medicine, 9/82

## PROFESSIONAL EXPERIENCE

1985 - Present:  Clinical Faculty, University of Wisconsin Department of Psychiatry, currently Adjunct Professor
of Psychiatry

1994 - Present:  Consultant, WPS Insurance Company

1994 - Present:  Private practice Forensic Psychiatry

1997 - Present:  Assoc. Clinical Professor of Psych & Behav Medicine, Medical College of WI

2001 - Present:  Medical Director, Stoughton Hospital Geriatric-Psychiatry Unit

2007 - Present:  Psychiatry Consultant, Madison Police Department

2014 - Present:  Medical Director, Rock County Mental Health and AODA Services

2019 – Present:  Psychiatry Consultant, Agrace Hospice

**ADDITIONAL MEDICAL PRACTICE HISTORY:**

2016 – 2019: Clinical Instructor of Psychiatry, University of California-Davis Dept. of Psychiatry

2016 – 2018 : Chief Clinical Officer, Psychiatry, Adventist Health

2008 – 2014: Psychiatric Consultant, Short Term Assessment Program, Central Wisconsin Center

2007 - 2014:  Medical Director, Wisconsin Education Association (WEA) Insurance Trust

2002 - 2006:  Consultant, University of Wisconsin Football Team

2001 – 2004:  Consultant, Eldercare of Dane County

1999 – 2002:  Consultant, Columbia County Community Support Program

1989 – 2001:  Consultant, Unified Counseling Services of Grant and Iowa Counties

1998 – 1999:  Associate Medical Director, Mendota Mental Health Institute

1992 – 1998:  Medical Director, Mendota Mental Health Institute

1989 – 1992:  Medical Director, Parkway Hospital

1989 – 1992:  Psychiatrist, City Psychiatric Group

1985 – 1989:  Psychiatrist, Dean Medical Center

1982 – 1985:  Emergency Room Physician, Methodist Hospital, Madison, WI

1979 – 1980:  Director of Medicine, Milan Plastics Plant, Ford Motor Co.

1978 – 1979:  General Physician, University of Michigan Student Health Service

--

**SELECTED PUBLICATIONS**

Robbins, K.I. (2013).  Be an advocate, not an adversary. Chapter in Surviving Alzheimer's: Practical tips and soul-saving wisdom for caregivers. Paula Spencer.  Eva-Birch Media, San Francisco, p. 15-20.

Van Rybroek, G.J., Robbins, K.I. (1996). Wisconsin's Supreme Court Holds Sexual Predator Law Constitutional. Newsletter of American Academy of Psychiatry and the Law, Vol. 21, No. 1, 9-11.

Robbins, K.I., Van Rybroek, G.J. (1995).  The State Psychiatric Hospital in a Mature System, in L.I. Stein and E.J. Hollingsworth, (Eds.), Maturing Mental Health Systems:  New Challenges and Opportunities, from New Directions for Mental Health Services, No. 66, San Francisco: Jossey-Bass, Summer, 1995, 87-100.

Van Rybroek, G.J., Robbins, K.I., Watters, S.J. (1995). Safer Psychiatric Facilities. Psychiatric Services, Vol 46, No. 5, p. 516.

Van Rybroek, G.J., Caldwell, M.F., and Robbins, K.I., (1995). Intractable Inpatient Aggression: New Approaches to Protracted Emergencies. Emergency Psychiatry, Vol 1, No. 2, 27.

Robbins, K.I. (1995). Rock 'N Roll Holiday. Wisconsin Psychiatrist, Vol. 35, No. 1, Winter.

Robbins, K.I. (1994). Employment Relations in the Nineties. In Taking Issue, <u>Hospital and Community Psychiatry</u>, Vol. 45, No. 10.

Robbins, K.I., Jefferson, J., and Greist, J., (1986). Depression: A Review for the Non-Psychiatric Physician. <u>Hospital Medicine</u>, Vol. 22, No. 1.

Robbins, K.I., (1974). Interhemispheric Alpha Asymmetry and Imagery Mode. <u>Brain and Language</u>, Vol. 1, No. 2.

## SELECTED PRESENTATIONS

Chronic Disease and Mental Health, at the FOCUS Conference of the State of Wisconsin Division of Quality Assurance, November 16, 2016.

Ethical Issues in the Care of Patients with Dementia, at the Meriter Hospital Fall Ethics Conference, November 11, 2016

A Dialogue on Violence, Presented with Dr. Burr Eichelman at the Wisconsin Psychiatric Fall Conference on Violence: Clinical Management, Policy and Public Concerns, September 30, 2016.

Stalking: Forensic Evaluation and Case Studies, Presented with Atty. Robert Kaiser to mental health staff from the Departments of DOC and DHS at the Mendota Mental Health Institute, May 8, 2015.

Chronic Illness and Geriatric Mental Health, Presented to the University of Wisconsin Summer Institute on Mental Disorders and the Older Adult, 7/31/14

Caregivers: What Do We Know and How Can We Help? Presented at the University of Wisconsin School of Medicine and Public Health Alzheimer's Disease Update, 11/8/2013.

The Impact of Common Geriatric Conditions on Mental Health, Presented to the University of Wisconsin Division of Continuing Studies, September 26, 2013.

Psychiatric Co-morbidities in Patients with Chronic Pain, Presented at the University of Wisconsin 11th Annual Comprehensive Board Review Symposium, August 7, 2013.

Suicide and the Elderly, Presented to the Safe Communities of Dane County Group, 8/1/2013.

The Impact of Common Geriatric Conditions on Mental Health, Presented to the University of Wisconsin Division of Continuing Studies, September 6, 2012.

Liability and Suicide, Presented to the Wisconsin Psychiatric Association, March 2, 2012.

Taboo Topics of Caregiving, Presented at the Aging in America Conference, April 29, 2011.

Caregivers and Dementia, Presented at the WI Nurses Association Annual Meeting, 4/16/11.

Caregivers and Dementia, Presented at the Wisconsin Psychological Association, Annual Meeting, March 31, 2011.

Charting your career path, Wisconsin Psychiatric Association 2010 Career Fair, August 28, 2010.

Depression, Presented at the National Council on Aging, Aging in America Conference in Chicago, IL, March 16, 2010.

Prescribing Issues, Presented at the WI Psychiatric Association Annual Meeting, 3/27/2009.

Psychiatric Disorders and Disability, Presented to the Wisconsin Association of Rehabilitation Professionals, May 9, 2008.

Jeffrey Dahmer and Psychiatry, Presented at the WI Psych Assoc Annual Meeting, 4/18/08.

Posttraumatic Stress Disorder, Presented to city of Stoughton residents (following a tornado), November 3, 2005.

Mental Health Issues and Dementia, Presented at the State Conference on Alzheimer's Disease and Related Disorders, May 2, 2005.

Co-facilitator for semi-monthly statewide teleconference on selected psychiatric issues, July 1995 - present.

**SELECTED HONORS**

2016 – present:  Awarded Distinguished Life Fellow, American Psychiatric Association

2012 – 2014:  Member, Wisconsin Legislative Council's Special Committee on Legal Interventions for Persons with Alzheimer's Disease and Related Dementias

2009 – 2011:  Member, United Way of Dane County, Delegation to Improve Behavioral Health

2005 – present:  Councilor- At-Large, Wisconsin Psychiatric Association

2005 – present:  Member, Mental Health Drug Advisory Group, State of Wisconsin Department of Health and Family Services

2005 – 2007:  Appointed member, Dane County Human Services Board

2004 – present:  Member, Prior Authorization Advisory Committee for Medicaid, State of Wisconsin Department of Health and Family Services

2002 - 2004: Chief of Medical Staff, Stoughton Hospital

2002 – 2003: Member, State of Wisconsin Controlled Substance Board

1999 – 2005: Wisconsin Assembly Representative to the American Psychiatric Association

1999:  Invited participant, U.S. Department of Justice Conference on Mental Health and Criminal Justice

1999: Invited participant, White House Conference on Mental Health

1999: Distinguished Service Award, National Alliance of the Mentally Ill, Dane County

1997 - 1999: President, Wisconsin Psychiatric Association

1997 - 1999: President, Board of Directors, Jewish Social Services

1997 -1998: Member, Experts Panel of the American Bar Association's Commission on Mental and Physical Disability Law

1996 - 1997: Member, Governor's Blue Ribbon Commission on Mental Health

1996 - present: Member, Editorial Advisory Board of The Mental Health Advocate, published by the Center for Public Mental Health Advocacy

1995 – 1997: President-Elect, Wisconsin Psychiatric Association

1994 - 2002: Member of Health Advisory Group for Senator Russell Feingold

1995:  Exemplary Psychiatrist Award, National Alliance for the Mentally Ill.

1994:  Exceptional Performance Award, Wisconsin Department of Health and Social Services

## PROFESSIONAL ORGANIZATIONS

Member - Dane County Medical Society

Member - Wisconsin State Medical Society

Distinguished Life Fellow- American Psychiatric Association

Member - Wisconsin Psychiatric Association