Dear Prospective Juror:

This October, I will preside over a trial at the United States District Court (the federal court) in Milwaukee. You are one of the group of people from which the jury for this trial will be selected. We sincerely appreciate your participation as a prospective juror and hope that you will find the experience rewarding. Our system of justice depends on fair and impartial juries, and regardless of whether you are selected to sit as a juror, you are a very important part of that system.

The trial will begin on October 21, 2019, and we expect it to last two weeks. To streamline the jury selection process, we have prepared the attached questionnaire, asking about your background and qualifications to serve as a juror in the criminal case <u>United States v. Samy M. Hamzeh</u>, Case No. 16-cr-21. The government has alleged that Mr. Hamzeh received and possessed two unregistered machine guns and an unregistered silencer. Mr. Hamzeh denies the charges. The questions are intended to focus on your ability to be objective and free from biases about the issues in the case, the lawyers and the parties. Your clear and complete answers to the questions will allow us to shorten in-court questioning and should speed up the jury selection process. I ask that you complete this questionnaire by taking the following steps:

1. Answer each question as completely and accurately as you can. Your answers will be kept confidential; they will be used only by the judge, the parties and their assistants. There are no "right" or "wrong" answers. Do not leave any question blank. If a question does not apply to you, write in "N/A." If you cannot remember, please answer "can't remember."

2. Print your answers legibly.

3. Do not consult with any other person in answering the questions. Do not do any research or investigation (on the internet or otherwise) when answering these questions. After completing the questionnaire, do not discuss it with anyone, because you are a potential juror. If you are exposed accidentally to information about this case, please inform the judge when you appear for questioning.

3. Read and sign the oath once you've competed the questionnaire.

4. Return the completed questionnaire to the court **by October 2, 2019** in the envelope enclosed or you can scan the document and e-mail it to jury_management@wied.uscourts.gov.

Thank you for your cooperation.

_____
Pamela Pepper
United States District Court Judge

PLEASE PRINT ALL ANSWERS

1) Name:

2) Marital Status:

3) Gender:

4) Race:

5) Ethnic Background:

6) City and county in which you currently live, and how long you have lived there:

7) Highest grade you completed in school (if college, please list any degree(s) received):

8) Current employer & job title (if retired or unemployed, what/where was your last job):

9) Other than your current job, what other kinds of jobs have you had in the past?

10) Have you ever supervised others at your job?  ☐ Yes    ☐ No

11) Have you, your spouse/partner, or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?  ☐ Yes    ☐ No   If yes, please explain:


12) Have you ever *applied for a job* with any federal, state or local law enforcement department, prosecutor's office or corrections?  ☐ Yes    ☐ No   If yes, please explain:


13) Have you, or anyone close to you, received training or taken courses, in any of the following areas?
☐ Law Enforcement   ☐ Law      ☐ Criminal Justice    ☐ Religion     ☐ Corrections         ☐ Terrorism
☐ Firearms or Weaponry      ☐ Forensic sciences (fingerprints, DNA, trace evidence)   If yes, please explain:


14) Spouse/partner's current employer & job title (if retired or unemployed, what & where was last job):


15) Spouse/partner's highest level of education completed (please list any degree(s) received):

1

16) Have you ever attended a meeting, sponsored an effort, or supported any group that deals with victim's rights or assistance? ☐ Yes ☐ No If yes, please explain:

17) Have you or anyone close to you ever been employed in any capacity or volunteered for any criminal defense organization? If "yes" to someone close to you, also state that person's relationship to you:

18) Have you or anyone close to you ever been employed or volunteered, in any law enforcement or prosecutor's office? If yes, please explain.

19) What is your primary source of news (e.g. newspapers, internet, TV, radio, social media, etc.), and what newspapers, social media news sites, TV news programs, or radio news programs do you use?

20) Are you a gun owner or do you have guns in your household? ☐ Yes ☐ No If yes, what type(s):

21) Do you have a concealed carry permit, or do you plan to get one? ☐ Yes ☐ No

22) Have you ever been to a firing range? ☐ Yes ☐ No

23) Do you belong to any organization(s) that either support the rights of gun owners or oppose gun ownership? If so, please list the organization(s):

24) Have you or has anyone close to you ever been a member of the Masons (Freemasons) or any of the affiliated organizations (e.g. Scottish Rite or York Rite, Shriners, Eastern Star, Rainbow Girls, *etc*.) and/or have you visited a Masonic lodge or building where meetings/ ceremonies take place? ☐ Yes ☐ No If yes, please explain.

25) The defendant is a Muslim of Palestinian descent. Have you had any experiences with Muslims, Palestinians, or persons of Middle Eastern descent that would make it difficult for you to be fair and impartial to the defendant?

26) Do you disagree with the statement that racial, ethnic and religious prejudice exist in America today? ☐ Yes ☐ No

2

Case 2:16-cr-00021-PP   Filed 09/18/19   Page 3 of 7   Document 283

27) Do you believe that Muslims are more likely to engage in criminal activity than people of other faiths?
☐ Yes  ☐ No

28) Do you believe that people of Arab or Middle Eastern descent are more likely to engage in criminal activity? ☐ Yes  ☐ No

29) Do you disagree with the statement that people engage in racial or ethnic stereotyping without realizing it?
☐ Yes  ☐ No

30) Have you or a close friend or relative been the victim of, or witness to, any kind of crime, in which a person was injured, killed or in danger (even if it was not reported)? If yes, please briefly describe that situation.


31) The defendant in this case is Samy Hamzeh. Mr. Hamzeh is charged with illegally obtaining machine guns. The government believes he planned an attack on the Masonic Center in Milwaukee to kill people there. Mr. Hamzeh has pled not guilty to these charges.
There has been publicity about this case in the news media. There is nothing wrong about your having read or heard of the case, or having discussed the case, or having opinions about the case.
Have you heard of this case?  ☐ Yes  ☐ No

32) Please describe what you remember hearing about the case on the television or radio, including any programs, news reports, talk shows, or internet sources, that particularly stand out in your mind.


33) Have you used Google or other similar search engines to find information about this case?
☐ Yes  ☐ No

34) Have you written any on-line comments or posts about any aspect of this case?  ☐ Yes  ☐ No

35) What kinds of things, if any, have you heard <u>other people</u> say about this case, or about any matters related to this case?


36) What kinds of things, if any, have <u>you</u> said to other people about this case, or about any matters related to this case?


37) Before receiving your jury duty letter, what were your thoughts and opinions about this case, if any?

3

38) Have you or has anyone that you know in any way been involved in or affected by the events of this case?
☐ Yes     ☐ No   If yes, please explain.


39) Have you or has anyone you know been in any way impacted by any events that involved foreign or domestic terrorism, or threats or fears of terrorism?  ☐ Yes     ☐ No   If yes, please explain.


40) What is the condition of your hearing and eyesight? Do you have any other health issues that may impair your ability to focus and pay strict attention during a two-week trial?


41) If you or someone close to you were charged with a crime, would you be satisfied with someone who thinks like you as a juror? Please explain.


42) The trial of this case could take up to two weeks. Do you currently have any situation in your life that you believe is extreme or severe enough that you should be excused from jury service due to hardship (personal, family, or professional)?  If yes, please explain.


43) Based on this questionnaire, or anything you've heard, or for any other reason, are you thinking to yourself at this moment that you are leaning towards or favoring the prosecution?


44) Is there any matter not covered by this questionnaire that should be brought to the attention of the Court because it would affect your ability to decide whether the defendant is guilty or not guilty of the crimes charged? If yes, please tell us what it is:


43) Is there anything else that you would like to tell us, or that you feel we should know about you?


I declare under the penalty of perjury that all my answers to the questions on this questionnaire are true and correct to the best of my knowledge and belief.


_____        _____        _____
Print name                                                    Signature                                                         Date

**IF NECESSARY, PLEASE USE THIS SPACE AND THE REVERSE SIDE TO PROVIDE MORE DETAIL**

5

**PLEASE USE THIS SPACE TO PROVIDE MORE DETAIL**