UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                   Case No. 16-CR-21

SAMY HAMZEH,

      Defendant.

## ORDER TO SEAL

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, that the government's submission filed on September 20, 2019, ECF NO. 290, filed in the above-named case, be **SEALED** until further order of this Court.

SO ORDERED this ____ day of September, 2019.

                                                        HONORABLE Pamela Pepper
                                                        United States District Judge