UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    *Plaintiff*,

                                                    Case No. 16cr21

      *vs*.

SAMY M. HAMZEH,

                    *Defendant*.

## MOTION TO CONTINUE

Samy Hamzeh, by counsel, moves to continue the pretrial conference scheduled for Wednesday, September 25, to Friday, September 27. The government has no objection to it being moved to that day. Here is the defense's basis.

On Friday, Mr. Albee's brother-in-law was taken to the hospital, he is seriously ill, and Mr. Albee has flown to Texas to be at his bed side and support his sister during this extremely difficult time. Mr. Albee would like to spend some additional days with his family in Texas before returning for the hearing. Pushing the hearing to Friday will allow him those precious extra days. Thus, the defense respectfully asks that the Court continue the hearing and move it to Friday, September 27.

Dated at Milwaukee, Wisconsin this 23rd day of September, 2019.

Respectfully submitted,

/s/    *Joseph A. Bugni*
Joseph A. Bugni
FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
517 E. Wisconsin Ave - Rm 182
Milwaukee, WI 53202
Tel. (414) 221-9900

*Counsel for Defendant*, Samy M. Hamzeh

2