UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

    Defendant.

## ORDER TO SEAL

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, that the government's submission filed in the above-named case on October 7, 2019, ECF NO. 313, be **SEALED** until further order of this Court.

SO ORDERED this \_\_\_\_ day of October, 2019.

 

                                                                             THE HONORABLE PAMELA PEPPER
                                                                             UNITED STATES DISTRICT JUDGE