UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      *Plaintiff*,

vs.                                   Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

      *Defendant*.

## MOTION TO SEAL

Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the exhibit attached to Defense's Sur-Reply to Government's Brief Concerning Hamzeh's Statements filed on today's date. The grounds for this request is that the exhibit is covered by the parties' protective order.

Dated at Milwaukee, Wisconsin this 10th day of October, 2019.

                                          Respectfully submitted,

/s/    *Craig W. Albee*
Craig W. Albee, WI Bar #1015752
Joseph A. Bugni, WI Bar #1062514
FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
517 E. Wisconsin Ave - Rm 182
Milwaukee, WI 53202
Tel. (414) 221-9900
E-mail: craig_albee@fd.org

*Counsel for Defendant*, Samy M. Hamzeh