UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      *Plaintiff*,

      Case No. 16-CR-21 (PP)

*vs*.

SAMY M. HAMZEH,

      *Defendant*.

---

## MOTION TO SEAL

Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the exhibits attached to the Omnibus Memorandum re: Statements, filed on today's date. The grounds for this request is that the exhibits are covered by the parties' protective order.

Dated at Milwaukee, Wisconsin this 18th day of October, 2019.

      Respectfully submitted,

      /s/    *Craig W. Albee*
      Craig W. Albee, WI Bar #1015752
      Joseph A. Bugni, WI Bar #1062514
      FEDERAL DEFENDER SERVICES
       OF WISCONSIN, INC.
      517 E. Wisconsin Ave - Rm 182
      Milwaukee, WI 53202
      Tel. (414) 221-9900
      E-mail: craig_albee@fd.org

      *Counsel for Defendant*, Samy M. Hamzeh