UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.	Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

    Defendant.

## ORDER

Upon consideration of the government's Motion to Withdraw as Attorney, the Court finds good cause shown and, therefore, **ORDERS** that Adam H. Ptashkin, Assistant U.S. Attorney, is hereby withdrawn as counsel for the United States of America in the above matter.

Dated at Milwaukee, Wisconsin this _____ day of _____, 2020.

_____
HONORABLE PAMELA PEPPER
U.S. DISTRICT COURT JUDGE
EASTERN DISTRICT OF WISCONSIN