UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

SAMY M. HAMZEH,

        Defendant.

Case No. 16-cr-21-pp

## ORDER GRANTING UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER (DKT. NO. 397)

The court **GRANTS** the defendant's unopposed motion to amend the scheduling order. Dkt. No. 397.

The court **ORDERS** that:

* By September 17, 2021, the defense must submit to the government a draft brief about the statements and evidence to which the defense plans to object;

* By October 8, 2021, the government must respond, identifying points of agreement and disagreement;

* By October 22, 2021, the defense must file an omnibus brief identifying all the points of agreement and disagreement and the briefing as to why the defense believes certain statements are inadmissible;

* By November 5, 2021, the government must file its response to the defense brief, explaining why the government believes any disputed statements are admissible; and

\*      By November 12, 2021, the defense will file its reply brief.

The court wishes Attorney Bugni a speedy recovery to full health, and hopes all other counsel stay safe.

Dated in Milwaukee, Wisconsin this 1st day of September, 2021.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**