UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

Case No. 16-cr-21-PP

SAMY M. HAMZEH,

    *Defendant*.

## UNOPPOSED MOTION TO EXTEND TIME FOR FILING BRIEF ON ADMISSION OF STATEMENTS

Samy Hamzeh, by counsel, moves to extend the date for filing his brief regarding the admissibility of statements in light of the Seventh Circuit's decision in this case. The brief currently is due today, October 22, but the parties are in agreement in requesting an extension until October 26. The purpose of the requested extension is to give the government the opportunity to review the accuracy of a defense chart that will be filed with the brief.

In light of the requested extension, Hamzeh also requests the Court to extend the government's time for filing a response from November 5 to November 9 and the time for the defense reply from November 12 to November 16.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Milwaukee, Wisconsin this 22nd day of October, 2021.

>Respectfully submitted,
>
>/s/ _Craig W. Albee_
>Craig W. Albee, WI Bar No. 1015752
>FEDERAL DEFENDER SERVICES
>  OF WISCONSIN, INC.
>517 E. Wisconsin Ave - Rm 182
>Milwaukee, WI 53202
>Tel. (414) 221-9900
>E-mail: craig_albee@fd.org
>
>*Counsel for Defendant*, Samy M. Hamzeh