Hello Judge Pepper,

My name is Amy, I am the wife of Samy Hamzeh. I am extremely grateful for the opportunity to leave this message for you. It is sometimes difficult for me to communicate about a subject of such great importance without having organized my thoughts in advance, which is why I have prepared this statement for you. I also wanted to convey that I consider this correspondence as one of the most important moments in my entire life.

It was decided that perhaps we could create a short video for you to help you have a better understanding of what Samy's life has been like post incarceration. I wanted you to be able to see him with me and our children. I wanted to have a chance for you to know Samy outside of the court hearings and legal representations from the government.

From the moment I met Samy, he was extremely forthcoming about his situation and his case. There was never and has never been a time in which Samy has ever been elusive with me in any respect. While I do not feel it is my position to make any level of subjective commentary regarding the details of Samy's case, I wanted to be able to explain the things in his life that have changed for him during this time while he has awaited his trial. I think it would be a fair statement to make, that prior to Samy's case, he didn't necessarily have a very defined purpose or direction. I don't mean to imply he was in any way arrogant or malicious, only that he was young, easily impressionable, and working to figure out what this world was like.

Regardless of the circumstances to which he was detained, meaning, just or unjust, he walked away from that experience with newfound insight and direction for himself. It was made very clear during his incarceration the importance of one's time and how best he could utilize it. I can tell you with certainty that he has not had a single idle moment awaiting this trial regarding shaping his character and being productive within his community. He is laser focused on being a good husband, father, son, and employee.

Before I talk about how Samy and I met, I wanted to give a small background about myself. I was born and raised in the suburbs of Milwaukee and have lived here the entirety of my life. I hold a degree in early childhood education and am in current (albeit slow) pursuit to obtaining my degree in healthcare administration at Concordia University. I have worked for Aurora St. Luke's Medical Center for the last 10 years in my profession of sleep medicine. I converted to Islam 4 years ago after studying a world religion class. While praying at the Mosque in Milwaukee, I became acquainted with Samy's sister, Malak. During our daily nightly prayers, Malak and I became close friends and she introduced me to her brother. Shortly after our introductions we became engaged, which is customary in Islam, as couples do not date in the traditional American sense.

We soon after married quietly and have since produced two beautiful children together. We spend our days living our daily family life, with work, and then family meals at home during the week. My husband has lived his life so fully every day, never taking for granted the time he has with his family and the good work he can do within the community. He studies within his religion and spends many hours during his day praying and reading religious texts. He frequently leads the early morning and late evening prayers at the mosque near our home. Every day he wakes up grateful to see the faces of his children, to make them smile and see them happy. Every day he makes time for each person in his family, just to see them happy, as this is what bring him happiness.



EXHIBIT A

It is my strong opinion that Samy poses no threat to our community. He is kind, gentle, and loving. He is a good husband, and more importantly, a good father. Every day I have prayed one thing for my husband, which is, to help people see Samy for who he really is and to set him free. It is my hope that you will consider these words as a testament towards my husband's character and use them in consideration when determining his sentencing.

I thank you deeply for hearing me and allowing me to share these words with you.

Sincerely,

Amy Gostisha

Dear Judge Pepper,

I hope this letter finds you well. I am Samy Hamzeh's mom, Khawla. I wanted to write a letter to help you to see the Samy we know. I wanted you to understand what kind of person Samy really is.
Samy was raised in a loving and happy home. We gave them the best childhood we were able to. He was a fun-loving child who was always happy with a big smile on his face. Samy was always a kindhearted person and did his best to help everyone around him. He has always been generous and thoughtful to the people around him. It is hard for him to even put food in his mouth without making sure everyone around him has what they need first. He doesn't let a day pass without checking on everyone in his family. He has so much love for all of us. He donates to charity to help all he can to those who are less fortunate. He is the heart and soul of our family.

Samy is a good son to us. He provides for us financially and cares for all our needs within his capacity. He is a wonderful father to his children and cares for them so beautifully.

When Samy went away it was extremely hard for all of us. We were all completely devastated by his incarceration. My husband suffered 3 heart attacks during this time due to the stress of Samy being away and I myself fell into a very deep depression.

I am asking that you please do not send Samy back to jail. He is not a dangerous criminal. He is a kindhearted man. We cannot bare the thought of losing our son again.

Thank you for reading my letter,
Khawla Hamzeh

Dear Judge Pepper,

My name is Loui Al Hamzeh, Samy's oldest brother. I wanted to write a letter to tell you my viewpoint about my brother. He is a very responsible man. He takes care for his family and our parents on his own. He is very kind and has no problems with anyone in the community. Everyone who meets Samy really takes a strong liking to him. All Samy is focused on is being a good citizen and accomplishing the most he can.
He is an active member in our family always calling everyone to make sure everyone is OK and has everything they need. Things have been harder for us overseas during the pandemic and he was constant communication with us all to make sure we were OK.
We all love Samy very much and miss him. We are hopeful he will be released soon so we can all be reunited with each other.

Thank you for your time,

Loui Alhamzah

Hello Judge Pepper,

My name is Walla AlHamzeh, I am Samy's oldest sister. I wanted to write a letter to talk to you about Samy and let you know him the way our family knows him. We were raised learning to love and respect others, and to help those who are less fortunate.

Even as a child Samy had a strong sense of urgency to help the less fortunate. He even visited orphanages to play with the children there and help with anything he could. Samy is a strong advocate for the poor. To this day he arranges food packages to be delivered to poor families. Samy will send money to me when he is able so that I can purchase food for needy families in Jordan. There are many very poor families in our country right now and we do not have food programs available in this country. I have included some photos for you to see his donations.

Even though Samy was younger than me he would always try to help take care of me. He was always making sure we were safe and had the things we needed. He is a good son and father. He has the most respect for our parents. He takes care of them and helps them with anything they need. He is also a great father. You can see the love in his eyes when he is with his children. He loves his wife and treats her like his princess.

Samy loves to laugh and spreads his cheer everywhere he goes. He has brought our family so much joy. We all miss him terribly. We are hopeful that his case will finally come to an end, and he can be freed.

We hope that you will be able to free Samy so we can all be reunited again. You see, I am unable to get a travel visa to America as my country does not offer many visas. I have applied every year but have not been granted one yet. I have not seen my brother in ten years. If he is freed, he will be able to travel here so we can all be together.

Thank you for reading my letter. May God bless you always.

Walla Alhamzeh









