# Surveillance of Samy Hamzeh

**AUGUST 17, 2015 – JANUARY 26, 2016**

*Source: Surveillance_000001 - 705*



| | |
|---|---|
| **AUGUST** | 0 days |
| **SEPTEMBER** | 6 days |
| **OCTOBER** | 24 days |
| **NOVEMBER** | 7 days |
| **DECEMBER** | 14 days |
| **JANUARY** | 22 days |
| TOTAL | 73 days |

EXHIBIT E

DEFENDANT'S EXHIBIT
AO386-B
CASE NO. 16-CR-21
EXHIBIT NO. 1728

# September 2015

| DATE STARTED | DATE ENDED | TIMES THAT ARE NOTED ON REPORT | AGENTS |
|---|---|---|---|
| 9/23/15 | 9/23/15 | 1:00 p.m. – 7:35 p.m. | Luciana Gottlieb, Matthew Desorbo, Amy Horwath, Timothy Loeh, Donald Robel, David Slager, Annette Tisdale |
| 9/24/15 | 9/25/15 | 4:43 p.m. – 11:10 p.m. | Luciana Gottlieb, Matthew Desorbo, Donald Robel, Annette Tisdale, David Slager |
| 9/25/15 | 9/25/15 | 10:18 a.m. – 7:05 p.m. | Matthew Desorbo, Amy Horwath, Donald Robel, Luciana Gottlieb, David Slager, Annette Tisdale |
| 9/28/15 | 9/29/15 | 3:11 p.m. – 11:47 p.m. | Matthew Desorbo, Luciana Gottlieb, Timothy Loeh, Donald Robel, David Slager, Annette Tisdale |
| 9/29/15 | 9/30/15 | 3:26 p.m. – 6:10 p.m. | Matthew Desorbo, Luciana Gottlieb, Timothy Loeh, David Slager, Annette Tisdale, Amy Horwath |

**TOTALS**  6 Days of Surveillance

# October 2015

| DATE STARTED | DATE ENDED | TIMES THAT ARE NOTED ON REPORT | AGENTS |
|---|---|---|---|
| 10/01/15 | 10/01/15 | 4:37 p.m. – 9:36 p.m. | Matthew Desorbo, Timothy Loeh, Donald Robel, David Slager, Annette Tisdale |
| 10/02/15 | 10/03/15 | 3:47 p.m. – 11:25 p.m. | Matthew Desorbo, Luciana Gottlieb, Timothy Loeh, Donald Robel, David Slager, Annette Tisdale |
| 10/05/15 | 10/06/15 | 4:00 p.m. – 10:51 p.m. | Luciana Gottlieb, Matthew Desorbo, Donald Robel, Annette Tisdale, David Slager, Timothy Loeh |
| 10/06/15 | 10/07/15 | 3:40 p.m. – 12:08 a.m. | Luciana Gottlieb, Matthew Desorbo, Donald Robel, Annette Tisdale, David Slager, Timothy Loeh |
| 10/07/15 | 10/07/15 | 4:00 p.m. – 5:40 p.m. | Matthew Desorbo, Luciana Gottlieb, Timothy Loeh, David Slager, Annette Tisdale |
| 10/08/15 | 10/09/15 | 4:07 p.m. – 11:45 p.m. | Matthew Desorbo, Luciana Gottlieb, Hagan Connor, Donald Robel, David Slager, Annette Tisdale |
| 10/09/15 | 10/10/15 | 4:00 p.m. – 11:05 p.m. | Matthew Desorbo, Donald Robel, Hagan Connor, Annette Tisdale, David Slager, Luciana Gottlieb |
| 10/13/15 | 10/14/15 | 3:47 p.m. – 12:10 a.m. | Matthew Desorbo, Luciana Gottlieb, Hagan Connor, Timothy Loeh, David Slager |
| 10/15/15 | 10/16/15 | 3:50 p.m. – 12:20 a.m. | Jonathan Adkins, Michael Buono, Joseph Zuraw, Timothy Loeh, Connor Hagan, David Slager, Donald Robel, Matthew Desorbo, Luciana Gottlieb |
| 10/16/15 | 10/17/15 | 7:20 p.m.– 11:59 p.m. | Luciana Gottlieb, Matthew Desorbo, Connor Hagan, Donald Robel, Timothy Loeh |
| 10/17/15 | 10/17/15 | 11:24 a.m. – 8:48 p.m. | Luciana Gottlieb, Connor Hagan, Amy Horwath, Timothy Loeh, Donald Robel |
| 10/18/15 | 10/18/15 | 1:50 p.m. – 9:25 p.m. | Luciana Gottlieb, Amy Horwath, Donald Robel, Connor Hagan, Annette Tisdale |
| 10/19/15 | 10/19/15 | 10:30 a.m. - | Oscar Alvarez, Jeffrey Balinao, Irving Clark, Nicholas Hoffman, Carrie Kelley, Milosz Szymczak, Kristy Kennelly, Brent Dempsey |

# October 2015 *cont.*

| DATE STARTED | DATE ENDED | TIMES THAT ARE NOTED ON REPORT | AGENTS |
|---|---|---|---|
| 10/19/15 | 10/20/15 | 3:15 p.m. - 11:09 p.m. | Luciana Gottlieb, Connor Hagan, Annette Tisdale, Timothy Loeh, David Slager, Matthew Desorbo |
| 10/20/15 | 10/20/15 | 7:30 a.m. – 4:26 p.m. | Jeffrey Balinao, Oscar Alvarez, Carrie Kelley, Mark Kelley, Kristy Kennelly, Nicholas Hoffman, Milosz Szymczak, Irving Clark |
| 10/20/15 | 10/21/15 | 4:26 p.m. – 11:11 p.m. | Luciana Gottlieb, Connor Hagan, Donald Robel, Connor Hagan, David Slager, Timothy Loeh |
| 10/21/15 | 10/21/15 | 9:17 a.m. - 4:46 p.m. | Matthew Desorbo, Donald Robel, Connor Hagan, David Slager, Timothy Loeh, Kristy Kennelly |
| 10/21/15 | 10/21/15 | 5:00 p.m. – 8:45 p.m. | Oscar Alvarez, Kristy S. Kennelly, Milosz J. Szymcak, Yun Charles, Brian Watts |
| 10/21/15 | 10/22/15 | 2:30 p.m – 11:17 p.m. | Milosz Szymczak, Oscar Alvarez, Jeffrey Balinao, Irving Clark, Nicholas Hoffman, Carrie Kelley, Mark Thomas Kelley, Kristy Kennelly |
| 10/22/15 | 10/22/15 | 6:50 a.m. – 11:45 p.m. | Kristy Kennelly, Jeffrey Balinao, Carrie Kelley, Oscar Alvarez, Nicholas Hoffman, Irving Clark, Milosz Szymczak |
| 10/22/15 | 10/23/15 | 3:12 p.m. – 11:46 p.m. | Matthew Desorbo, Timothy Loeh, Donald Robel, David Slager |
| 10/26/15 | 10/27/15 | 3:43 p.m. – 11:08 p.m. | Matthew Desorbo, Connor Hagan, Timothy Loeh, Donald Robel, David Slager |
| 10/29/15 | 10/29/15 | 8:45 a.m. – 4:35 p.m. | Matthew Desorbo, Luciana Gottlieb, Connor Hagan, Donald Robel, David Slager |
| 10/30/15 | 10/30/15 | 8:43 a.m. – 4:52 p.m. | Donald Robel, Matthew Desorbo, Luciana Gottlieb, David Slager, Connor Hagan |



**TOTALS** — **24 Days of Surveillance**

# November 2015

| DATE STARTED | DATE ENDED | TIMES THAT ARE NOTED ON REPORT | AGENTS |
|---|---|---|---|
| 11/2/15 | 11/2/15 | 9:50 a.m. – 5:07 p.m. | Luciana Gottlieb, Connor Hagan, Matthew Desorbo, David Slager |
| 11/3/15 | 11/3/15 | 10:45 a.m. – 6:48 p.m. | Matthew Desorbo, Luciana Gottlieb, Connor Hagan, Timothy Loeh, Donald Robel, David Slager |
| 11/4/15 | 11/4/15 | 9:40 a.m. – 4:31 p.m. | Matthew Desorbo, Donald Robel, Connor Hagan, David Slager, Timothy Loeh |
| 11/6/15 | 11/6/15 | 8:40 a.m. – 4:40 p.m. | Matthew Desorbo, Luciana Gottlieb, Amy Horwath, Timothy Loeh, Donald Robel, David Slager, Connor Hagan |
| 11/12/15 | 11/12/15 | 10:45 a.m. – 6:26 p.m. | Donald Robel, Luciana Gottlieb, Matthew Desorbo, Connor Hagan, Timothy Loeh, David Slager |
| 11/16/15 | 11/16/15 | 10:45 a.m. – 6:45 p.m. | Matthew Desorbo, Connor Hagan, David Slager, Timothy Loeh, Donald Robel, Amy Horwath |
| 11/22/15 | 11/22/15 | 8:40 a.m. – 4:54 p.m. | Matthew Desorbo, Luciana Gottlieb, Connor Hagan, Amy Horwath, Timothy Loeh, David Slager |



**TOTALS** — 7 Days of Surveillance

# December 2015

| DATE STARTED | DATE ENDED | TIMES THAT ARE NOTED ON REPORT | AGENTS |
|---|---|---|---|
| 12/04/15 | 12/04/15 | 8:45 a.m. – 4:34 p.m. | Matthew Desorbo, Amy Horwath, Donald Robel, David Slager |
| 12/07/15 | 12/07/15 | 10:50 a.m. – 7:09 p.m. | Luciana Gottlieb, Amy Horwath, Matthew Desorbo, Donald Robel, David Slager, Timothy Loeh |
| 12/08/15 | 12/08/15 | 12:45 p.m. – 8:35 p.m. | Matthew Desorbo, Luciana Gottlieb, Amy Horwath, David Slager, Timothy Loeh |
| 12/09/15 | 12/09/15 | 12:15 p.m. – 5:43 p.m. | Luciana Gottlieb, Matthew Desorbo, Amy Horwath, Timothy Loeh, David Slager |
| 12/10/15 | 12/10/15 | 12:50 p.m. – 8:45 p.m. | Matthew Desorbo, Luciana Gottlieb, Amy Horwath, Timothy Loeh, David Slager |
| 12/11/15 | 12/11/15 | 10:43 a.m. – 6:48 p.m. | Matthew Desorbo, Luciana Gottlieb, Amy Horwath, Timothy Loeh, David Slager |
| 12/14/15 | 12/14/15 | 10:46 a.m. – 6:36 p.m. | Amy Horwath, Matthew Desorbo, Luciana Gottlieb, Timothy Loeh, David Slager |
| 12/15/15 | 12/16/15 | 4:41 p.m. – 12:11 a.m. | Welden Howard, Milosz Szymczak, Michael Viggiani, Shannon Ciesla, Carrie Kelley, Mark Kelley |
| 12/17/15 | 12/17/15 | 12:44 p.m. – 8:38 p.m. | Matthew Desorbo, Luciana Gottlieb, Donald Robel, Timothy Loeh, David Slager |
| 12/23/15 | 12/23/15 | 1:10 p.m. – 5:58 p.m. | Donald Robel, Matthew Desorbo, Luciana Gottlieb, David Slager |
| 12/29/15 | 12/29/15 | 10:44 a.m. – 5:15 p.m. | Luciana Gottlieb, Matthew Desorbo, Ronald Robel, David Slager, Amy Horwath |
| 12/30/15 | 12/30/15 | 11:44 a.m. – 7:14 p.m. | David Slager, Luciana Gottlieb, Matthew Desorbo, Donald Robel |
| 12/31/15 | 12/31/15 | 10:50 a.m. – 5:09 p.m. | Luciana Gottlieb, Matthew Desorbo, Ronald Robel, David Slager |



**TOTALS          14 Days of Surveillance**

# January 2016 *cont.*

| DATE STARTED | DATE ENDED | TIMES THAT ARE NOTED ON REPORT | AGENTS |
|---|---|---|---|
| 1/02/16 | 1/02/16 | 1:20 p.m. – 8:09 p.m. | Matthew Desorbo, Luciana Gottlieb, Donald Robel, David Slager, Amy Horwath |
| 1/03/16 | 1/03/16 | 8:33 a.m. – 4:50 p.m. | Michael Viggiani, Milosz Szymczak, Mark Kelley, Glenn Knuth, Carrie Kelley, Welden Howard, Shannon Ciesla |
| 1/03/16 | 1/04/16 | 5:00 p.m. – 11:41 p.m. | Matthew Desorbo, Luciana Gottlieb, Donald Robel, David Slager, Amy Horwath |
| 1/04/16 | 1/04/16 | 8:30 a.m. – 4:24 p.m. | Milosz Szymczak, Carrie Kelley, Mark Kelley, Shannon Ciesla, Michael Viggiani, Glenn Knuth, Welden Howard |
| 1/04/16 | 1/05/16 | 4:52 p.m. - 11:57 p.m. | Donald Robel, Matthew Desorbo, Timothy Loeh, David Slager |
| 1/05/16 | 1/05/16 | 8:34 a.m. – 4:34 p.m. | Carrie Kelley, Mark Kelley, Glenn Knuth, Milosz Szymczak, Michael Viggiani, Shannon Ciesla |
| 1/05/16 | 1/06/16 | 4:43 p.m. - 9:16 p.m. | Luciana Gottlieb, Amy Horwath, Matthew Desorbo, Donald Robel, Timothy Loeh |
| 1/06/16 | 1/06/16 | 8:30 a.m. – 4:45 p.m. | Glen Knuth, Welden Howard, Milosz Szymczak, Shannon Ciesla, Carrie Kelley, Mark Kelley |
| 1/06/16 | 1/06/16 | 4:52 p.m. – 8:15 p.m. | Luciana Gottlieb, Matthew Desorbo, Donald Robel, David Slager, Timothy Loeh |
| 1/07/16 | 1/07/16 | 2:00 p.m. – 4:43 p.m. | Amy Horwath |
| 1/08/16 | 1/08/16 | 8:45 a.m. – 3:24 p.m. | Matthew Desorbo, Luciana Gottlieb, Timothy Loeh, David Slager |
| 1/08/16 | 1/09/16 | 4:42 p.m. – 12:10 a.m. | Welden Howard, Milosz Szymczak, Michael Viggiani, Carrie Kelley, Mark Kelley, Shannon Ciesla |
| 1/09/16 | 1/09/16 | 8:44 a.m. – 3:54 p.m. | Luciana Gottlieb, Donald Robel, David Slager, Timothy Loeh, Amy Horwath |
| 1/09/16 | 1/10/16 | 4:44 p.m. – 12:28 p.m. | Welden Howard, Carrie Kelley, Mark Kelley, Glenn Knuth, Milosz Szymczak, Michael Viggiani |

# January 2016 *cont.*

| DATE STARTED | DATE ENDED | TIMES THAT ARE NOTED ON REPORT | AGENTS |
|---|---|---|---|
| 1/10/16 | 1/10/16 | 8:50 a.m. – 3:23 p.m. | Matthew Desorbo, Luciana Gottlieb, Amy Horwath, Donald Robel, David Slager |
| 1/10/16 | 1/11/16 | 4:43 p.m. – 12:06 a.m. | Glenn Knuth, Mark Kelley, Carrie Kelley, Welden Howard, Shannon Ciesla, Milosz Szymczak, Michael Viggiani |
| 1/11/16 | 1/11/16 | 8:47 a.m. – 3:30 p.m. | Luciana Gottlieb, Matthew Desorbo, Amy Horwath, Timothy Loeh, Donald Robel |
| 1/11/16 | 1/12/16 | 4:25 p.m. – 12:31 a.m. | Shannon Ciesla, Mark Kelley, Carrie Kelley, Glenn Knuth, Michael Viggiani, Welden Howard |
| 1/12/16 | 1/12/16 | 8:53 a.m. – 4:42 p.m. | Luciana Gottlieb, Amy Horwath, Donald Robel, Timothy Loeh, David Slager |
| 1/12/16 | 1/13/16 | 4:46 p.m. – 12:40 a.m. | Shannon Ciesla, Carrie Kelley, Glenn Knuth, Michael Viggiani, Milosz Szymczak |
| 1/13/16 | 1/13/16 | 8:45 am. – 3:57 p.m. | Luciana Gottlieb, Matthew Desorbo, Donald Robel, David Slager, Timothy Loeh |
| 1/13/16 | 1/14/16 | 3:36 p.m – 11:29 p.m. | Glenn Knuth, Welden Howard, Milosz Szymczak, Shannon Ciesla, Carrie Kelley, Mark Kelley |
| 1/14/16 | 1/14/16 | 8:46 a.m. – 2:58 p.m. | Luciana Gottlieb, Matthew Desorbo, Donald Robel, David Slager, Timothy Loeh |
| 1/14/16 | 1/15/16 | 4:35 p.m. – 12:40 a.m. | Shannon Ciesla, Welden Howard, Glenn Knuth, Milosz Szymczak, Michael Viggiani |
| 1/15/16 | 1/15/16 | 11:33 a.m. – 3:17 p.m. | Matthew Desorbo, Donald Robel, David Slager, Timothy Loeh, Amy Horwath |
| 1/15/16 | 1/16/16 | 4:41 p.m. – 12:11 a.m. | Welden Howard, Milosz Szymczak, Michael Viggiani, Shannon Ciesla, Carrie Kelley, Mark Kelley |
| 1/16/16 | 1/16/16 | 8:43 a.m. – 2:50 p.m. | Matthew Desorbo, Donald Robel, David Slager, Amy Horwath, Timothy Loeh |
| 1/16/16 | 1/16/16 | 2:00 p.m. – 6:24 p.m. | Welden Howard, Carrie Kelley, Glenn Knuth, Milosz Szymczak, Michael Viggiani |

# January 2016 *cont.*

| DATE STARTED | DATE ENDED | TIMES THAT ARE NOTED ON REPORT | AGENTS |
|---|---|---|---|
| 1/19/16 | 1/19/16 | 10:43 a.m. – 6:00 p.m. | Matthew Desorbo, Amy Horwath, Donald Robel, David Slager, Timothy Loeh, Jonathan Adkins, Michal Buono, Eric Fraser, Joseph Zuraw |
| 1/20/16 | 1/20/16 | 10:37 a.m. – 6:58 p.m. | Luciana Gottlieb, Matthew Desorbo, Donald Robel, David Slager, Timothy Loeh |
| 1/20/16 | 1/21/16 | 7:10 p.m. – 11:02 p.m. | Lance Barnes, Marc Dinkel, Mark Dring, Michael Brusacoram |
| 1/21/16 | 1/21/16 | 3:00 a.m. – 5:25 a.m. | Eliot Mustell, Garrett Rein, Byron Franz |
| 1/21/16 | 1/21/16 | 10:48 a.m. - | Matthew Desorbo, Donald Robel, David Slager, Timothy Loeh |
| 1/21/16 | 1/22/16 | 5:50 p.m. – 2:03 a.m. | Jennifer Walkowski |
| 1/22/16 | 1/22/16 | 10:46 a.m. – 6:30 p.m. | Matthew Desorbo, Luciana Gottlieb, Donald Robel, David Slager, Timothy Loeh |
| 1/23/16 | 1/23/16 | 2:10 a.m. – 10:56 a.m. | Ronald Mosback, Matthew Bazala, G.B. Jones, Monica Shipley, Brian McGowan |
| 1/23/16 | 1/23/16 | 6:00 a.m. – 6:14 p.m. | Luis Salzberg, Melanie Steele, James Chang, Brian Kopp |
| 1/23/16 | 1/24/16 | 6:22 p.m. – 1:40 a.m. | Craig Markham, Parker Susan Lee, W. Cory King |
| 1/24/16 | 1/24/16 | 12:00 a.m. – 2:07 p.m. | James Chang, Brian Keith Kopp, Luis Salsburg, Melanie Steele |
| 1/24/16 | 1/24/16 | 3:10 a.m. – 5:40 a.m. | Mark Dring, Michael D. Brusacoram, Chad Piontek, Marc Dinkel |
| 1/24/16 | 1/25/16 | 5:51 p.m. - 12:27 a.m. | Craig Markham, W. Cory King, Parker Susan Lee |
| 1/25/16 | 1/25/16 | 10:02 a.m. – 3:10 p.m. | Brian Kopp, Melanie Steele, James Chang, Luis Salzberg, Matthew Desorbo, G.B. Jones, Michael Brusacoram |



**TOTALS**     22 Days of Surveillance