UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs*.　　　　　　　　　　　　　　　　　　　Case No. 16-CR-21

SAMY M. HAMZEH,

    *Defendant*.

## MOTION TO SEAL

Samy Hamzeh, by counsel, under General Local Rule 79(d), hereby requests that the Court file and maintain under seal exhibits F and G attached to the Defense Sentencing Memo, filed via CM/ECF today, as the exhibits contain confidential information.

Dated at Milwaukee, Wisconsin this 18th day of May, 2022.

    Respectfully submitted,

    /s/    *Craig W. Albee*
    Craig W. Albee, WI Bar #1015752
    Joseph A. Bugni WI Bar # 1062514
    FEDERAL DEFENDER SERVICES
     OF WISCONSIN, INC.
    411 E. Wisconsin Ave.
    Milwaukee, WI  53202
    Tel. (414) 221-9900
    E-mail: craig_albee@fd.org

    *Counsel for Defendant*, Samy M. Hamzeh

Federal Defender Services
of Wisconsin, Inc.