UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       *Plaintiff*,

    *vs.*

SAMY HAMZEH,
       *Defendant*.

Case No. 16-cr-21

**ORDER**

Upon the motion of the defendant and good cause appearing therefore,

IT IS HEREBY ORDERED, pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, that exhibits F and G attached to the Defense Sentencing Memo, in the above-captioned case be **SEALED** until further order of this Court.

SO ORDERED this _____ day of May, 2022.

                Honorable Pamela Pepper
                Chief Judge, U.S. District Court