# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Alex Vlisides

411 East Wisconsin Avenue
Suite 2310
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

May 24, 2022

Honorable Pamela Pepper
Chief Judge, United States District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:   *United States v. Samy Hamzeh*
      Case No. 16-cr-21

Dear Judge Pepper:

Attached is one additional letter in support of Mr. Hamzeh in anticipation of tomorrow's sentencing. The letter is from Othman Atta, the Executive Director for the Islamic Society of Milwaukee.

Thank you for your consideration.

Sincerely,

*s/ Craig W. Albee*
Craig W. Albee

CWA/jmb