UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

    Case No. 16-cr-21-PP

SAMY M. HAMZEH,

    *Defendant*.

### UNOPPOSED MOTION FOR RELEASE OF MR. HAMZEH'S PASSPORT

Samy Hamzeh, by counsel, moves for an order directing the clerk of court to release his passports. I have communicated with AUSA Benjamin Taibleson, and he has no objection to this request.

As part of Mr. Hamzeh's bond, he was required to surrender his passports—both American and Jordanian. His case is now over and he is no longer subject to supervision and he would like to have his passports returned to him. Thus, the defense respectfully requests that the Court enter a text order only directing the clerk of courts to release Mr. Hamzeh's passports. Again, I have communicated with AUSA Benjamin Taibleson, and he has no objection to this request.

Federal Defender Services
of Wisconsin, Inc.

Dated at Madison, Wisconsin this 10th day of June, 2022.

        Respectfully submitted,

        /s/    *Joseph A. Bugni*
        Joseph A. Bugni, WI Bar No. 1062514
        FEDERAL DEFENDER SERVICES
          OF WISCONSIN, INC.
        22 E. Mifflin Street, Suite 1000
        Madison, WI 53703
        Tel. (608) 260-9900
        E-mail: joseph_bugni@fd.org

        *Counsel for Defendant*, Samy M. Hamzeh